IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE BANKS, | * |
| Plaintiff, | * |
| v. | * CASE NUMBER 1:05CV01688 |
| | * JUDGE: Henry H. Kennedy |
| BANK OF AMERICA, N.A. *100 NORTH TRYON ST* *Charlotte, N.C. 28255* | * DECK TYPE: Personal Injury/Malpractice |
| Defendant. *SERVE C.T. CORPORATION 255 HILLSBOROUGH STREET RALEIGH, N.C. 27603* | * DATE STAMP: 08/24/2005 |

\* \* \* \* \* \* \*

### NOTICE OF REMOVAL

Defendant, Bank of America, N.A. ("Defendant"), by its undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice to this Court that it is removing the action entitled <u>George Banks v. Bank of America</u>, Case No. 05-0004542, from the Superior Court for the District of Columbia. As grounds therefore, Defendant states as follows:

### INTRODUCTION

1.  On June 15, 2005, Plaintiff, George Banks ("Plaintiff"), filed an action against Defendant in the Superior Court for the District of Columbia entitled, <u>George Banks v. Bank of America</u>, Case No. 05-0004542.

2.  On July 25, 2005, Plaintiff served CT Corporation, agent for Defendant, via Certified Mail, with a Complaint, Writ of Summons, and Initial Order. True and correct copies of the Complaint, Writ of Summons, and Initial Order are attached as Exhibit A.

3.  The parties jointly filed a Praecipe extending Defendant's time to plead or otherwise respond to the Complaint through and until August 30, 2005. A copy of the Praecipe is attached as Exhibit A. No further pleadings or papers have been filed or served.

3.  This Notice of Removal is being filed within thirty (30) days after receipt of notice by Defendant of a copy of the Complaint, Summons, and Initial Order on July 25, 2005, and is timely filed under 28 U.S.C. §1446(b).

4.  A Notice of Removal has been filed with the Superior Court for the District of Columbia contemporaneously herewith. A copy of that Notice is attached hereto as Exhibit B.

### FACTS AND LAW SUPPORTING REMOVAL

5.  Plaintiff is a citizen and resident of the District of Columbia, residing at 1317 Bryant Street, NE, Washington, D.C. 20011.

6.  Defendant, Bank of America, N.A. is a national banking association with its principal place of business at 100 North Tyron Street, Charlotte, North Carolina 28255.

7.  This is an action for negligence and an alleged violation of 42 U.S.C. § 1981.

8.  The matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

9.  There is complete diversity of citizenship among the parties and this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332. Pursuant to 28 U.S.C. §1348, which provides that other than cases commenced against national banking associations by the United States, "[a]ll national banking associations shall, for the purposes of all other actions by or against them, be deemed citizens of the States in which they are respectively located."[1] Defendant has its principal place of business in North Carolina, and thus is located in North Carolina for purposes of diversity. Thus, this action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).

---

[1] The proper interpretation of the term "located" as utilized in 28 U.S.C. § 1348 is an issue currently pending before the U.S. Supreme Court in Wachovia Bank, N.A. v. Schmidt, 388 F.3d 414 (2004), cert. granted, 125 S. Ct. 2904 (U.S. June 13, 2005) (No. 04-1186). Counsel is not aware of any Federal or State decisions which specifically address the issue of the citizenship of national banking associations or which prevents Defendant from removing this case.

10.   Pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, papers, and Orders, which have been served upon Defendant in this matter, are attached hereto as Exhibit A.

WHEREFORE, Defendant, Bank of America, N.A., requests that the above-entitled action be removed to this Court from the Superior Court for the District of Columbia.

Respectfully submitted,

_____
Tessa Laspia Frederick
Federal Bar No. 465519
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

OF COUNSEL:

Jefferson V. Wright
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Counsel for Defendant, Bank of America, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24 day of August, 2005, a copy of the foregoing *Notice of Removal* was sent by first class mail, postage prepaid, to:

>Donald M. Temple, Esquire
>1229 15th Street, N.W.
>Washington, D.C. 20005
>
>Attorney for Plaintiff

_____
Tessa Laspia Frederick

::ODMA\PCDOCS\BALT01\979171\1

4