
EXHIBIT A

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

George Banks
1317 Bryant Street, NE
Washington, DC 20011

*Plaintiff*

vs.

Bank of America
100 North Tyron Street
Charlotte, NC 28255    *Defendant*

Serve: CT Corporation
225 Hillsborough Street
Raleigh NC 27603

Civil Action No. 05-0004542

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Donald M. Temple, Esq.
_____
Name of Plaintiff's Attorney
1229 15th Street, NW
_____
Address
Washington, D.C. 20005
_____
(202) 628-1101
_____
Telephone

Clerk of the Court

05-1688

By _____
Deputy Clerk

Date  6/15/05

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

FILED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

GEORGE BANKS
Vs.
BANK OF AMERICA

C.A. No.    2005 CA 004542 B

### **INITIAL ORDER**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NEAL E. KRAVITZ

Initial Conference: 9:30 am, Friday, September 16, 2005
Location:  Courtroom 415
          500 Indiana Avenue N.W.
          WASHINGTON, DC  20001

Caio.doc

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

GOERGE BANKS,

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,

    Defendant.

Civil No. 05-CA-004542
Calendar ___
Judge Neal E. Kravitz
Next Calendar Event:
Initial Conference - 09/16/05

## PRAECIPE

Plaintiff, George Banks and Defendant, Bank of America, N.A., by and through their attorneys, and pursuant to Super. Ct. Civ. R. 55(a)(2), which allows for the parties to file a praecipe signed by both parties providing for a one-time extension of not more than 20 days within which to plead or otherwise respond, hereby file this Praecipe extending the time for Defendant to plead in response to the Complaint from August 15, 2005 to August 30, 2005.

Respectfully submitted,

_____
Donald M. Temple
Bar No. 408749
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101

Attorney for Plaintiff

_____
Tessa Laspia Frederick
Bar No. 465519
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorney for Defendant,
Bank of America, N.A.

::ODMA\PCDOCS\BALT01\976672\1

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GEORGE BANKS, | : |
| Plaintiff, | : |
| vs. | : Civil No. 05-CA-004542 |
| | Judge Neal E. Kravitz |
| | : Next Calendar Event: |
| BANK OF AMERICA, | Initial Conference - 09/16/05 |
| | : |
| Defendant. | |
| _____ | : |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant, Bank of America, N.A., by its undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby notifies this Honorable Court and Plaintiff, George Banks, of Defendant's Notice of Removal filed in the United States District Court for the District of Columbia on August 23, 2005, a copy of which is attached hereto as Exhibit A and incorporated herein by reference.

Respectfully submitted,

/s/ Tessa Laspia Frederick

Tessa Laspia Frederick, # 465519
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Counsel for Defendant,
Bank of America, N.A.

FILED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24 day of August, 2005, a copy of the foregoing *Notice of Filing of Notice of Removal* was sent by first class mail, postage prepaid, to:

> Donald M. Temple, Esquire
> 1229 15th Street, N.W.
> Washington, D.C. 20005
>
> Attorney for Plaintiff

                                                                    _____
                                                                    Tessa Laspia Frederick

::ODMA\PCDOCS\BALT01\979180\1