

FILED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

GEORGE BANKS,

     Plaintiff

vs

BANK OF AMERICA, N.A.

     Defendant

Civi

CASE NUMBER   1:05CV01688

JUDGE: Henry H. Kennedy

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/24/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Bank of America, N.A.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Bank of America, N.A.__ which have any outstanding securities in the hands of the public:

Bank of America Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

465519
BAR IDENTIFICATION NO.

Tessa L. Frederick
Print Name

Miles & Stockbridge P.C., 10 Light Street
Address

Baltimore, MD   21202
City  State  Zip Code

(410) 727-6464
Phone Number

2