IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688 |
| BANK OF AMERICA, N.A. | * | |
|     Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO COMPLAINT

Defendant, Bank of America, N.A. ("Defendant"), by its undersigned attorneys and pursuant to Federal Rules of Civil Procedure 7, 8, and 12, hereby answers the Complaint in this matter filed by Plaintiff, William Banks ("Plaintiff").

## RESPONSES TO SPECIFICALLY NUMBERED PARAGRAPHS

1.      Paragraph 1 is not an averment of fact, but rather a legal conclusion, and therefore no response is required.

2.      Defendant is without knowledge or information sufficient to form a belief as to the citizenship, residency or occupation of Plaintiff as stated in Paragraph 2, and therefore denies the same.

3.      Defendant admits only that it is a national banking association doing business in the District of Columbia. All other and contrary allegations set forth in paragraph 3 of the Complaint are denied.

4.      Defendant lacks sufficient information to respond to the allegations contained in paragraph 4 of the Complaint, and, therefore, denies the same.

5. Defendant lacks sufficient information to respond to the allegations contained in paragraph 5 of the Complaint, and, therefore, denies the same.

6. Defendant lacks sufficient information to respond to the allegations contained in paragraph 6 of the Complaint, and, therefore, denies the same.

7. Defendant lacks sufficient information to respond to the allegations contained in paragraph 7 of the Complaint, and, therefore, denies the same

8. Defendant lacks sufficient information to respond to the allegations contained in paragraph 8 of the Complaint, and, therefore, denies the same

9. Defendant lacks sufficient information to respond to the allegations contained in paragraph 9 of the Complaint, and, therefore, denies the same

10. Defendant lacks sufficient information to respond to the allegations contained in paragraph 10 of the Complaint, and, therefore, denies the same

11. Defendant lacks sufficient information to respond to the allegations contained in paragraph 11 of the Complaint, and, therefore, denies the same

12. Defendant lacks sufficient information to respond to the allegations contained in paragraph 12 of the Complaint, and, therefore, denies the same

13. Defendant lacks sufficient information to respond to the allegations contained in paragraph 13 of the Complaint, and, therefore, denies the same

14. Defendant lacks sufficient information to respond to the allegations contained in paragraph 14 of the Complaint, and, therefore, denies the same

15. Defendant lacks sufficient information to respond to the allegations contained in paragraph 15 of the Complaint, and, therefore, denies the same

16. Denied.

## COUNT I

17.   Defendant incorporates herein its responses to Paragraphs 1 through 16 set forth above.

18.   Denied.

19.   Denied.

20.   Denied.

21.   Denied.

## COUNT II

22.   Defendant incorporates herein its responses to Paragraphs 1 through 21 set forth above.

23.   Denied.

24.   Denied.

WHEREFORE, Defendant Bank of America, N.A. respectfully requests that Plaintiff's Complaint be dismissed with prejudice and that Defendant be awarded such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        _____/s/_____
        Tessa Laspia Frederick
        D.C. Federal Bar No. 465519
        MILES & STOCKBRIDGE P.C.
        10 Light Street
        Baltimore, Maryland  21202
        (410) 727-6464

OF COUNSEL:        Jefferson V. Wright
        MILES & STOCKBRIDGE P.C.
        10 Light Street
        Baltimore, Maryland  21202
        (410) 727-6464

        Counsel for Defendant, Bank of America, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to LCvR 5.4 that on the __7th__ day of September 2005, Counsel for Plaintiff, Donald Temple, Esquire, should receive electronic notice of the filing the foregoing **Answer to Complaint** at TemplePC@aol.com, which e-mail address has been designated by Plaintiff's counsel to receive notices of electronic filings in this case.

_____/s/_____
Tessa Laspia Frederick

::ODMA\PCDOCS\BALT01\983377\1