IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
|    Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688 (HHK) |
| BANK OF AMERICA, N.A. | * | |
|    Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL CIVIL RULE 16.3(d) REPORT AND PROPOSED SCHEDULING ORDER

Plaintiff, George Banks and Defendant, Bank of America, N.A., by their undersigned attorneys and pursuant to Local Civil Rule 16.3(d) of this Court, hereby file this Report and Proposed Scheduling Order and state as follows:

1. **Dispositive Motions**

Prior to engaging in discovery, this case cannot be disposed of at this time by dispositive motion.

2. **Joinder of Other Parties/Amendment of the Pleadings/Narrowing of Issues**

The parties agree that the deadline by which other parties must be joined and the pleadings amended should occur within ninety days after the entry of a Scheduling Order. At this time, there are no factual or legal issues that can be agreed upon or narrowed.

3. **Assignment to a Magistrate Judge**

The parties have agreed that a Magistrate Judge <u>may handle discovery issues and disputes only</u>, but the parties request that the Honorable Judge Kennedy will preside over the pretrial conference and trial.

4. **Whether There is a Realistic Possibility of Settlement**

The parties agree that until discovery is exchanged, it is impossible to determine whether there is a realistic possibility of settling this case.

5. **Whether the Case Could Benefit From ADR**

The parties are in agreement that this case is not appropriate for alternative dispute resolution and do not want binding or non-binding arbitration. However, the parties would consider mediation, if appropriate.

6. **Dispositive Motions**

The parties agree that the dispositive motions deadline should be set for sixty days (60) from the date of the close of discovery. The parties agree that any response or opposition to dispositive motions should be set for thirty days (30) after the dispositive motions deadline and replies must be filed 20 days after responses are due.

7. **Rule 26(a)(1) Initial Disclosures**

The parties agree that it is appropriate to dispense with the initial disclosures required by Rule 26(a)(1).

8. **Discovery Matters**
   A. **Commencement of Discovery**

The Parties agree to commence discovery immediately.

   B. **Extent of Discovery**

The parties believe that the case should involve the normal exchange of Interrogatories, Request for Production of Documents, Requests for Admission and depositions. In addition, the Defendant may require the entry of a Protective Order during discovery if Plaintiff's counsel deems it appropriate to request information regarding Bank policies and procedures.

   C. **How Long Discovery Should Take**

The parties agree that the discovery deadline in this case should be set for six (6) months from the entry of the Scheduling Order.

      **D.**      **Limits on Discovery**

The parties do not currently see the need for any limits on discovery other than what is contained in the Federal Rules of Civil Procedure and the Rules of this Court.

**9.**      **Experts**

(a)      The Bank proposes that Plaintiff designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 90 days after the entry of a Scheduling Order;

(b)      Defendants will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 30 days after Plaintiff's required disclosure;

(c)      The Bank proposes that Plaintiff identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) 30 days after Defendant's disclosure;

(d)      Each party will make their experts available for deposition within 15 days of the designations and disclosures pertaining to that expert.

**10.**      **Class Certification**

This is not a case involving class certification.

**11.**      **Bifurcation of Discovery and Trial**

The parties do not wish to bifurcate the trial or discovery.

**12.**      **Pretrial Conference**

The parties propose that the Court determine the appropriate date for the pretrial conference.

13. **Trial**

The Parties do not believe the Court should set a firm trial date but should rather, at this time, provide only that trial, if any, will be set from 30 to 60 days after the pretrial conference.

14. **Other Matters**

[Reserved].

A proposed Scheduling Order is attached hereto and incorporated herein by reference.

WHEREFORE, the Plaintiffs and Defendants respectfully submit this report and the proposed Scheduling Order for the Court's review and consideration.

Respectfully submitted,


| /s/ | /s/ |
|---|---|
| Donald M. Temple | Tessa Laspia Frederick # 465519 |
| 1229 15th Street, N.W. | Miles & Stockbridge P.C. |
| Washington, D.C. 20005 | 10 Light Street |
| (202) 628-1101 | Baltimore, Maryland 21202 |
| | (410) 727-6464 |
| Counsel for Plaintiff, George Banks | Counsel for Defendant, Bank of America, N.A. |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688 (HHK) |
| BANK OF AMERICA, N.A. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Report and Proposed Scheduling Order filed by the parties pursuant to Local Civil Rule 16.3(d), it is _____ day of _____, 200__, hereby

ORDERED that the deadline for joining additional parties be, and the same hereby is, _____; it is further

ORDERED that the deadline for amendments of pleadings be, and the same hereby is, _____; and it is further

ORDERED that Plaintiff will designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; Defendants will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; Plaintiff will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; and it is further

ORDERED that the deadline for the completion of all discovery be, and the same hereby is, _____; and it is further

ORDERED that the deadline for the filing of dispositive motions be, and the same hereby is, _____; and it is further

ORDERED that any oppositions to dispositive motions shall be filed by _____, and any replies shall be filed by _____; it is further

ORDERED that the parties shall appear on the _____ day of _____, 2006 in courtroom _____ at _____ am/pm for a pretrial conference; it is further

ORDERED that the trial of this matter is set to commence on the _____ day of _____, 2006.

Dated: _____

_____
The Honorable Henry H. Kennedy, Jr., Judge
United States District Court for the
District of Columbia