UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE BANKS,**<br><br>          Plaintiff,<br><br>     v.<br><br>**BANK OF AMERICA, N.A.,**<br><br>          Defendant. | Civil 05-01688 (HHK) |

ORDER TO SHOW CAUSE

On January 13, 2006, this case was called for an initial scheduling conference. Counsel for defendant appeared but Donald M. Temple, counsel for plaintiff, did not. Accordingly, it is this 13th day of January, 2006, hereby

**ORDERED** that Mr. Temple shall show cause in a writing that shall be filed by no later than January 30, 2006, why he should not be held in contempt of court or otherwise sanctioned for his failure to appear.

                                                                                    Henry H. Kennedy, Jr.
                                                                                    United States District Judge