UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE BANKS,**<br><br>              **Plaintiff,**<br><br>      **v.**<br><br>**BANK OF AMERICA, N.A.,**<br><br>              **Defendant.** | Civil 05-01688 (HHK) |

## SCHEDULING ORDER

Upon consideration of the report and proposed scheduling order filed by the parties pursuant to Local Civil Rule 16.3(d), it is this 18th day of January, 2006, hereby,

**ORDERED** that the deadline for joining additional parties is, March 14, 2006; and it is further

**ORDERED** that plaintiff will designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by April 14, 2006; defendants will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by May 14, 2006; plaintiff will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by June 1, 2006; and it is further

**ORDERED** that the deadline for the completion of all discovery is July 1, 2006; and it is further

**ORDERED** that the deadline for the filing of any dispositive motions is August 1, 2006; and it is further

**ORDERED** that any opposition to any dispositive motion shall be filed by August 21, 2006; and any reply shall be filed by September 5, 2006.

                                              Henry H. Kennedy, Jr.
                                              United States District Judge