UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| George Banks ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  05ca01688 |
| ) | Judge Kennedy, Jr. |
| vs. ) | |
| ) | Next Event |
| Bank of America, N.A., ) | |
| ) | |
| Defendant. ) | |

**REPLY TO COURT'S JANUARY 13, 2006  ORDER TO SHOW CAUSE
WHY COUNSEL  SHOULD NOT BE HELD IN CONTEMPT OF COURT OR
OTHERWISE SANCTIONED FOR HIS FAILURE TO APPEAR**

COMES NOW,  Plaintiff's  Counsel,  and respectfully shows cause why he  should not be held in contempt of court or otherwise sanctioned for his failure to appear  at a scheduling conference on January 13, 2006.

For reasons stated more fully below, the undersigned urges this court not to hold him in contempt  or to be  otherwise sanctioned.

The undersigned counsel's failure to appear was attributed to an oversight caused by an associate's failure to properly calendar the January 13, 2006 hearing.  This counsel is working on the immediate case with an associate who was assigned the responsibility of assisting in the preparation of the file for litigation, including recording of dates in the firm's litigation diary, as is our practice.  Unfortunately, in the last two (2) months of 2005, the attorney began to experience significant personal family concerns related to the health of both his sister and his mother.   The Associate's sister, located in England,  was in the final stages of an aggressive

breast cancer.   She passed in December and his mother passed the day after her funeralization.

Although the matter, including the 16.3 statement  had been discussed with opposing counsel, the date was not calendared either in the manual or computer schedule, which quite unfortunately,  caused the undersigned to miss the court's scheduled 16-3 hearing.

The undersigned respectfully apologizes to the court and opposing counsel for any inconvenience caused by his absence and assures the court that maximum efforts are being implemented to ensure that this will not happen again.

                                                       Respectfully submitted,


                                                       Donald M. Temple [408749]
                                                     1229 15th  Street, N.W.,
                                                     Washington, D.C.  20005
                                                   (202) 628-1101

_____