UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE BANKS,<br><br>                Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A.,<br><br>                Defendant. | Civil 05-01688 (HHK) |

**ORDER**

In light of plaintiff's counsel explanation for his failure to appear for the initial scheduling conference scheduled in this case for January 13, 2006, his apology to this court and his opposing counsel for the inconvenience caused by his absence, and his statement to the court that "maximum efforts are being implemented to ensure that this will not happen again," this court's order to show cause (#7) is **DISCHARGED**.

    **SO ORDERED**

                                                          Henry H. Kennedy, Jr.
                                                          United States District Judge

Dated: February 2, 2006