IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688 |
| BANK OF AMERICA, N.A. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Jessica A. duHoffmann of Miles & Stockbridge P.C., who will join the case as co-counsel with Tessa Laspia Frederick of Miles & Stockbridge P.C., for the Defendant, Bank of America, N.A., in the above-captioned matter.

/s/
_____
Tessa Laspia Frederick
Federal Bar No. 465519
Jessica A. duHoffmann
Federal Bar No. 476383
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202
Tel:  (410) 727-6464
Fax:  (410) 385-3700

Counsel for Defendant, Bank of America, N.A.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY pursuant to LCvR 5.4 that on the __20th__ day of February 2006, Counsel for Plaintiff, Donald Temple, Esquire, should receive electronic notice of the filing the foregoing **Entry of Appearance** at TemplePC@aol.com, which e-mail address has been designated by Plaintiff's counsel to receive notices of electronic filings in this case.

                                              /s/
                                      Tessa Laspia Frederick

::ODMA\PCDOCS\BALT01\1057849\1