IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688 |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Defendant, Bank of America, N.A. (the "Bank"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 37, hereby moves this Court (1) to compel Plaintiff, George Banks to fully respond to all written discovery served upon him by the Bank and award the Bank an amount equal to the attorneys' fees that the Bank has incurred in connection with its efforts to have Plaintiff comply with its discovery obligations, including, but not limited to, those associated with this motion and the memorandum in support hereof; or (2) to preclude the introduction of any evidence or testimony at trial relating to the discovery that Plaintiff has failed to properly and fully respond to as set forth more fully in the Memorandum in support hereof, which is filed contemporaneously herewith and is incorporated herein.

Respectfully submitted,

_____/s/_____
Tessa Laspia Frederick (#465519)
Jessica A. duHoffmann (#476383)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202
Tel:  (410) 727-6464
Fax:  (410) 385-3700
*C*ounsel for Defendant,
Bank of America, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to LCvR 5.4 that on the 26th day of June 2006, Counsel for Plaintiff, Donald Temple, Esquire, should receive electronic notice of the filing the foregoing **Memorandum in Support of Motion to Compel Discovery and for Sanctions** at TemplePC@aol.com, which e-mail address has been designated by Plaintiff's counsel to receive notices of electronic filings in this case.

                                                       /s/
                                    Tessa Laspia Frederick

::ODMA\PCDOCS\BALT01\1094686\1