IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688 |
| BANK OF AMERICA, N.A. | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF GOOD FAITH

Defendant, Bank of America, N.A. (the "Bank"), by its undersigned attorneys and pursuant to Federal Rule 37(a)(2)(A), hereby certifies that despite the following good faith attempts, the parties have been unable to resolve the discovery disputes resulting from Plaintiff's failure to adequately respond to the Bank's Interrogatories and Request for Production of Documents.

1.   On November 3, 2006, the Bank served, via first class mail, postage prepaid, Interrogatories and a First Request for Production of Documents on Plaintiff.

2.   On January 18, 2006, this Court entered a Scheduling Order in this case. The discovery deadline was set for July 1, 2006.

3.   On February 28, 2006, counsel for the Bank sent a letter to Plaintiff's counsel regarding the overdue discovery responses. The letter requested that Plaintiff's counsel contact the Bank's counsel to inform her of when she could expect the Plaintiff's responses. A true and correct copy of the February 28, 2006 letter is attached hereto as **Exhibit A**.

4.   Jessica A. duHoffmann, co-counsel for the Bank, contacted Plaintiff's counsel numerous times by telephone between March 6, 2006 and May 15, 2006 to request that Plaintiff

EXHIBIT 3

provide discovery responses immediately. On May 16, 2006, counsel for the Bank again contacted Plaintiff's counsel regarding the overdue discovery. Plaintiff's counsel agreed to provide discovery responses by May 19, 2006. A true and correct copy of the e-mail documenting and memorializing that conversation from May 16, 2006 is attached hereto as **Exhibit B**.

5. On May 17, 2006, Plaintiff's counsel forwarded a copy of Plaintiff's Answers to Interrogatories via facsimile. However, Plaintiff did not provide responses to the Bank's Request for Production of Documents at that time.

6. On May 26, 2006, counsel for the Bank received Plaintiff's responses to the Bank's Request for Production of Documents.

7. On June 13, 2006, counsel for the Bank sent a letter via facsimile and first class mail to Plaintiff's counsel, which letter contained the Bank's objections to Plaintiff's Interrogatories. The letter requested that Plaintiff's serve supplemental Interrogatories within five (5) days of the date of the letter. A true and correct copy of the June 13, 2006 letter is attached hereto as **Exhibit C**.

8. On Friday, June 16, 2006, Plaintiff's counsel contacted counsel for the Bank and agreed to promptly provide additional and proper discovery responses pursuant to the Bank's June 13, 2006 correspondence. Plaintiff's counsel also requested a thirty day extension to the discovery deadline, for the sole purpose of taking depositions in this case. A true and correct copy of the email memorializing this discussion is attached hereto as **Exhibit D**.

/s/ Tessa Laspia Frederick
_____
Tessa Laspia Frederick  (#465519)
Jessica A. duHoffman (#476383)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Counsel for Defendant,
Bank of America, N.A.

::ODMA\PCDOCS\BALT01\1096308\1

3