IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688 |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Defendant, Bank of America, N.A.'s Motion to Compel Discovery and for Sanctions, and any response hereto, it is hereby

ORDERED, that Defendant, Bank of America's Motion to Compel and for Sanctions is hereby GRANTED, and it is further

ORDERED, that Plaintiff provide complete responses to the Answers to Interrogatories and Responses to Request for Production of Documents which are the subject of the Motion within ____ days of the date of this Order, and it is further

ORDERED, that Plaintiff pay to Defendant the sum of $1,000 to Defendant's counsel for the costs of preparing the Motion to Compel and Good Faith Certificate.

Dated:_____

_____
The Honorable Henry H. Kennedy, Jr., Judge
United States District Court for the
District of Columbia