UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE BANKS,**<br><br>                **Plaintiff,**<br><br>         v.<br><br>**BANK OF AMERICA, N.A.,**<br><br>                **Defendant.** | Civil 05-01688 (HHK) |

**ORDER REFERRING MOTION
TO UNITED STATES MAGISTRATE JUDGE**

It is this 27th day of June, 2006, hereby,

**ORDERED** that defendant's Motion to Compel Discovery and for Sanctions [#12], filed June 26, 2006, is referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Alan Kay, "AK," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

_____

                                                                                    Henry H. Kennedy, Jr.
                                                                                    United States District Judge