UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE BANKS, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>BANK OF AMERICA, N.A., </br></br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 05-CV-1688 (HHK)(AK) |

## ORDER

Pending before this Court is Defendant's Motion To Compel Discovery and Memorandum In Support (Mot.) [13].  The Defendant, Bank of America, N.A. moves the Court to (1) compel the Plaintiff, George Banks, to fully respond to all written discovery served upon him by the Defendant; (2) award the Defendant attorney's fees that the Bank has incurred in connection with this motion; (3) preclude the introduction of any evidence or testimony at trial relating to the discovery that the Plaintiff has failed to provide.  Plaintiff was required to file any opposition by no later than July 10, 2006.  *See* LCvR 7(b); Fed. R. Civ. P. 6(e).  Having considered the Defendant's motion and noting the absence of an opposition by the Plaintiff, it is this _19th_ day of July, hereby

　　ORDERED that Defendant's motion to compel discovery is GRANTED as unopposed, and it is

　　FURTHER ORDERED that Defendant's requests for attorneys' fees and to preclude the introduction of evidence is DENIED without prejudice to renew pending Plaintiff's compliance

with this Order.

SO ORDERED.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE