IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| George Banks, et al. | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) No. 05-CV-01688 |
| v. | ) |
| Bank of America | ) |
| Defendant, | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO COMPEL DISCOVERY**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff George Banks, by and through undersigned counsel, hereby opposes Defendant's Motion to Compel Discovery, and in the alternative, request that this Honorable Court grant an extension of time to complete discovery.

### INTRODUCTION

Despite Defendant's allegation to the contrary, Plaintiff has produced all information requested by Defendant. Counsel for Plaintiff and Defendant agreed to an extension of time for completion of discovery. An extension of discovery is needed due to extraordinary circumstances placing great constraints on Plaintiff's counsel's time.

Counsel for Plaintiff conferred with Defendant's counsel on July 17, 2006, following an oral deposition of witnesses for the Defendant. During this conference, Defendant counsel

confirmed that they had received all of the information requested form the Plaintiff.  Plaintiff's only remaining concern was that Plaintiff provide information an estimation of actual damages suffered.  Plaintiff's counsel informed Defendant's counsel that actual damages were not yet fixed, but would not include economic losses incurred by Plaintiff's business, but would rather in the alternative include costs such as medical bills and bills for psychological counseling.  During the deposition Plaintiff had presented exact figures for estimation of compensatory and punitive damages.

### I. Plaintiff and Defendant Agreed to Submit a Consent Motion for Extension of Time To Respond to Discovery Requests and Plaintiff's Counsel Has Complied With All Requests To Date

Per the scheduling order, parties were required to complete all discovery requests by July 1.  However, on June 16, the parties agreed to request a 30-day extension of the discovery deadline for the purpose of completing depositions.  Additionally, there has been some difficulty in communication.  Some time during the past two weeks, Plaintiff counsel's assistant Alicia spoke with Defendant counsel's assistant Jeanie to confirm receipt of deposition notices.  Jeanie confirmed that they had received faxes on the 12th, 22nd and 27th of June, but would not confirm the content, identification of the documents actually received.  Plaintiff counsel's fax confirmation log indicates that several faxes were sent on July 10, 2006 and June 21, 2006 and June 27, 2006.

Defense counsel has received all information per her discovery requests.  Upon receipt by fax on June 30, 2006, of defense counsel's letter indicating she had not received the supplemental responses to interrogatories, Plaintiff  completed the responses within a few days of her notice.  During a brief meeting following depositions on July 17, 2006, Defendant counsel confirmed the supplemented interrogatory responses were adequate, and that her only remaining

concern was Plaintiff's failure to provide an estimation of his actual damages during the deposition. In this brief meeting, Plaintiff, by and through counsel, clarified further what the actual damages would entail.

### II. Defendant Is Not Prejudiced By The Extension of Time For Discovery and Plaintiff Counsel Needs An Extension Due to Extenuating Circumstances

On July 17, 2006, in a brief meeting with defense counsel following depositions, Plaintiff's counsel informed defense counsel that he would be unable to work for an extended period of time, August 1, 2006, to September 14, 2006, due to major surgery and protracted post-operative treatment. In addition, Plaintiff counsel has been required to be out of the office on numerous occasions for medical consultations and visits to his father who is seriously ill. These circumstances impact greatly on Plaintiff counsel's time, and, as such, Plaintiff is duly requesting that an extension be granted for complete satisfaction of both parties' discovery needs.

Additionally, as the deadline for all discovery was July 1st, and defense counsel has agreed to a 30-day extension for depositions, it is reasonable for defense counsel to consent to the grant of the extension for the interrogatory responses as well. Defendant counsel has not expressed to Plaintiff any concerns of prejudice to her client in the event she consents to a discovery deadline extension.

### **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendant's Motion to Compel Discovery.

                                                      Respectfully submitted,

                                                     _____
                                                     Donald M. Temple
                                                     1229 15th St., NW
                                                     Washington, DC 20005

Dated: July 18, 2006                                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July ___, 2006, a copy of the foregoing *Plaintiff's Opposition to Defendant's Motion to Compel Discovery* was served by e-mail and first class mail, postage prepaid, on:

The Honorable Judge Henry Kennedy
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Tessa Frederick, Esq.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487
(410) 727-6464
(fax) (410) 385-3700


Attorney for Defendant

_____
Donald M. Temple, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| George Banks, et al. | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | No. 05-CV-01688) |
| v. | ) | |
| | ) | |
| Bank of America | ) | |
| | ) | |
| Defendant, | ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff Counsel's Opposition to Defendant's Motion to Compel Discovery, and the Court being fully informed, it is this_____ day of _____ , 2006, hereby

ORDERED, that the Defendant's Motion to Compel Discovery is DENIED, and in the alternative Plaintiff's Request for Extension of Time For Discovery be GRANTED.

_____
The Honorable Henry Kennedy
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA