UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GEORGE BANKS** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-CV-01688 |
| | ) | Judge: Henry Kennedy |
| v. | ) | Deck Type: Civil |
| | ) | |
| **BANK OF AMERICA** | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COMES NOW**, Plaintiff, George Banks by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 15, and respectfully moves this Honorable Court for leave to file an amended complaint for the following reasons: 1) facts and information that were revealed in the course of discovery give rise to additional claims  2) Leave to Amend should be granted pursuant to Rule 15 and  3) Defendant will not be prejudiced by the relief requested.

Pursuant to District of Columbia Superior Court Rule 12, Plaintiff has sought consent for this motion from Counsel for Defendant and consent was      .

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant leave to file his Amended Complaint and such other relief as the Court deems appropriate.

Grounds for this motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____/S/_____
Donald M. Temple #408749
1229 15th St., N.W.
Washington, D.C. 20005
(202) 628-1101
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **George Banks** : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> : <br> **Bank of America,** : <br> : <br> : <br> **Defendant** : <br> : <br> : | **Case No. 05-CV-01688** <br> **Judge Henry Kennedy** <br> **Deck Type: Civil** |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION FOR LEAVE TO AMEND**

Plaintiff, by and through undersigned counsel, submits this memorandum of points and authorities in support of his Motion for Leave to File an Amended Complaint. Plaintiff's Motion should be granted for the reasons set forth below.

**I.   INTRODUCTION**

George Banks ("Plaintiff" or "Mr. Banks") filed suit against Bank of America ("Defendant") on June 15, 2005, alleging negligence and violation of civil rights under 42 U.S.C. 1981.

The Motion before this Court seeks to allow Plaintiff to amend his complaint to include negligent supervision and training and gross negligence, *See* Complaint, attached hereto at Exhibit A ("Complaint"), Plaintiff should be allowed to amend the Complaint based upon facts and information that were revealed in the course of discovery in this case. Furthermore, Defendant would not suffer any cognizable prejudice if this Motion were granted.

## II. ARGUMENT

### A. Plaintiff's Motion For Leave to Amend Should be Granted

Rule 15(a) of the Superior Court Rules of Civil Procedure provides that after the initial opportunity for the amendment of pleadings has expired, "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Super. Ct. Civ. R. 15(a). After the filing of responsive pleadings, leave to amend is within the discretion of the trial court. *Johnson v. Fairfax Village Condo IV,* 641 A.2d 495, 501 (D.C. 1994). *Johnson* also provides that "although the decision rests within the trial court's discretion, the policy which favors resolution of cases on the merits imposes a "virtual presumption" that leave should be granted absent sound reasons which dictate a contrary result." *Johnson* at 501.

In granting a motion to amend, the Court may consider, in part, the following factors: the number of requests to amend, presence of bad faith, and prejudice to Defendant. In the instant case, this is the first request that Plaintiff has made to amend the Complaint. Further, Plaintiff in his request to amend, has displayed good faith because he is including new counts in his complaint based on the fact that discovery and depositions have revealed additional facts to substantiate additional claims. No prejudice to Defendant will result in the granting of this Motion.

### III.  CONCLUSION

For each of the foregoing reasons, Plaintiff's Motion should be granted.

Respectfully submitted,

_____/S/_____
Donald M. Temple [407849]
1229 15th Street, NW.
Washington, DC  20005
Phone No. (202) 628-1101
Fax No. (202) 628-1149
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Donald M. Temple, hereby certify that the foregoing *Plaintiff's Motion for Leave to Amend*, *Plaintiff's Memorandum of Points and Authorities in Support of Motion for Leave to Amend, and Plaintiff's Amended Complaint* were served on counsel on the Defendant by mailing a copy of the same, first-class postage prepaid, this 11th day of August 2006, to the following address:

Tessa Frederick, Esq.
Jessica duHoffman, Esq.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487

                                                                  /S/
                                               Donald M. Temple, Esq.