UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GEORGE BANKS** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-CV-01688 |
| | ) | Judge: Henry Kennedy |
| v. | ) | Deck Type: Civil |
| | ) | |
| **BANK OF AMERICA** | ) | |
| | ) | |
| Defendant | ) | |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Leave to file Amended Complaint, it is this

_____ Day of _____ 2006

**ORDERED**, that the above-referenced motion is GRANTED.

**SO ORDERED**.

_____
The Honorable Henry Kennedy
United States District Judge

Copies to:

Tessa Frederick, Esq.
Jessica duHoffman, Esq.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487
**Attorney for Defendant**

Donald M. Temple, Esq.
1229 15th Street, NW
Washington, D.C. 20006
**Attorney for Plaintiff**