IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GEORGE BANKS,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688 HHK - AK |
| **BANK OF AMERICA, N.A.,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, Bank of America, N.A.'s ("BOA") Motion for Sanctions, and any response hereto, it is hereby

ORDERED, that Defendant, Bank of America's Motion for Sanctions is hereby GRANTED, and it is further

ORDERED that Plaintiff pay the sum of _____ to counsel for BOA for the costs of preparing the Motion to Compel and Motion for Sanctions; and it is further

ORDERED, that Plaintiff is barred from introducing at trial evidence of actual damages, which evidence was not disclosed in written discovery prior to the discovery deadline; including all medical bills not produced and bills from counseling received from Wisdom Ministries.

Dated:_____       _____
                                                                        Judge/Magistrate Judge
                                                                        United States District Court for the
                                                                        District of Columbia