SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **George Banks**                        ) | |
|             **Plaintiff,**      ) | |
|                                  ) | Civil Action No. 05-CV-01688 |
| **v.**                                  ) | |
| **Bank of America**                     ) | |
|             **Defendant.**      ) | |

## PRAECIPE

TO THE CLERK OF COURT: please note that the Amended Complaint was inadvertently omitted from the attachments to Plaintiff's Motion for Leave to File Amended Complaint, filed on August 11, 2006. Attached are the corrected Motion, Proposed Order, and Amended Complaint. Please replace Plaintiff's August 11th filing with the attached pleadings. Thank you for your attention and assistance in this matter.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Donald M. Temple, Esq.[408749]
                                              Temple Law Offices
                                              1229 15th Street, N.W.
                                              Washington, DC 20005
                                              Tel: (202) 628-1101
                                              Fax: (202) 628-1149

                                              **Attorney for Plaintiff**

praecipe.wpd