**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GEORGE BANKS,** | |
| **Plaintiff,** | |
| **v.** | **Civil 05-01688 (HHK)** |
| **BANK OF AMERICA, N.A.,** | |
| **Defendant.** | |

**ORDER REFERRING MOTIONS**
**TO UNITED STATES MAGISTRATE JUDGE**

It is this 30th day of August, 2006, hereby,

**ORDERED** that defendant's Motion for Sanctions [#19], filed August 22, 2006 and

plaintiff's Motion for Leave to File Amended Complaint [#21], filed August 22, 2006, are

referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR

72.2(a).  Henceforth, and until this referral is terminated, ALL filings in this case shall include the

initials of Magistrate Judge Alan Kay, "AK," in the caption next to the initials of the undersigned

judge.  *See* LCvR 5.1(f).



                                            Henry H. Kennedy, Jr.
                                            United States District Judge