UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE BANKS,

        Plaintiff,

v.

BANK OF AMERICA, N.A.,

        Defendant.

Civil Action No. 05-1688
(HHK) (AK)

## ORDER

Pending before this Court is Defendant's Motion for Sanctions and Memorandum in Support ("Motion") [19]. Defendant Bank of America, N.A. ("BOA") moves the Court to grant it reasonable attorney's fees associated with the preparation of its Motion and bar Plaintiff from introducing at trial evidence of actual damages, which evidence had not been disclosed to Defendant prior to the July 1, 2006 discovery deadline.[1] *See generally* Mot. In the alternative, Defendant requests that the Court order Plaintiff to produce evidence of damages pursuant to the discovery requests and allow Defendant to file a dispositive motion by September 8, 2006. Mot. at 1. Plaintiff filed no opposition to this Motion. Having considered Defendant's Motion and the entire record, noting that the discovery deadline and dispositive motions deadline have been extended by a separate Memorandum Order [23], it is this  29th  day of September, 2006

---

[1] Defendant initially requests, *inter alia*, that this action be dismissed. However, later in its Motion and in its attached Proposed Order, Defendant appears to replace this request with the request to bar Plaintiff introducing evidence of damages at trial. *See generally* Mot.

hereby

**ORDERED** that Plaintiff produce evidence of damages pursuant to Defendant's outstanding discovery requests; and it is further

**ORDERED** that a ruling on Defendant's Motion for Sanctions is **DEFERRED** until after the December 1, 2006 discovery deadline, which will take into account Plaintiff's compliance with this Order; and it is further

**ORDERED** that Defendant's request to file a dispositive motion by September 8, 2006 is **DENIED AS MOOT**.

**SO ORDERED.**

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE