# EXHIBIT B

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
                                    :
GEORGE BANKS,                       :
                                    :
          Plaintiff,                :
                                    :
                                    : Case No. 1:02CV02304
     v.                             : Judge R. M. Urbina
                                    :
DISTRICT OF COLUMBIA, et al,        :
                                    :
          Defendants.               :
                                    :
- - - - - - - - - - - - - - -x

                    Washington, D.C.
                    Thursday, November 6, 2003

          The deposition of GEORGE BANKS, called

for examination by counsel for Defendants in the

above-entitled matter, pursuant to notice, in the

Temple Law Offices, 1200 G Street, Northwest,

Suite 370 Washington, D.C., convened at 11:50 a.m.,

before Sandy Medford Nelson, a notary public in and

for the District of Columbia, when were present on

behalf of the parties:

1    out the way this will go.  I'll ask you questions,

2    and you'll give me answers under oath.  And if you

3    don't understand one of my questions, please tell

4    me and I will attempt to rephrase the question so

5    that you do understand it.  If you answer my

6    question, I will assume you understood my question.

7    Is that fair?

8        A    Fair.

9        Q    And if you need a break, please say so and

10   we will take a break.  And with that, sir, let's

11   start at the beginning.  Where were you born?

12       A    I was born in Vrewerville, Liberia.

13       Q    Whichville?

14       A    Vrewerville.

15       Q    And how do you spell that?

16       A    V-R-E-W-E-R-V-I-L-L-E.

17       Q    Uh-huh.  And where?  Liberia you said?

18       A    Yes.

19       Q    And when was this?

20       A    This was September 24, 1956.

21       Q    Okay.

22                    (Discussion off the record.)

20

1    or a psychiatrist before 2002?

2        A    No, never.

3        Q    All right.  Let me then turn your

4    attention to the events of June 15th, 2002.

5        A    Yes.

6        Q    Where was the bank about which we've been

7    discussing today?

8        A    It's on Columbia Road, not too far from

9    Columbia and 18th Street.

10        Q    And do you bank there regularly?

11        A    No.  My bank is at 15th and Pennsylvania

12    Avenue, next to the Treasury Department.  That's

13    the bank that I use.

14        Q    I see.  So would it be fair to say they

15    don't know you in this bank on Columbia Road?

16        A    On Columbia Road, I've been there once or

17    twice, and I never, you know--they change people

18    most of the time, so I don't know if they know me.

19        Q    So, you don't know?

20        A    I'm saying I visit that bank--because it's

21    closer to where I live--once or twice.  Once in

22    awhile, this--I can't tell whether they know me

21

1   because normally they rotate their people, and I

2   don't know whether they knew me or not.

3        Q    I see.  And so, I guess I was going to ask

4   you why you were in that particular bank branch

5   that day, but I think you've answered it, haven't

6   you?

7        A    It opens on Saturday.

8        Q    And the one on Pennsylvania doesn't open

9   on Saturday?

10       A    No.

11       Q    I see, okay.  All right.  So, why did you

12  go into the bank?  What were you trying to

13  accomplish?

14       A    I went into the bank to transact business.

15  I had a checking--two checking accounts with the

16  bank, which one is where I deposit money most of

17  the time.  The other is a payroll account.  So, I

18  went there to transfer money from one account to

19  the other account.

20       Q    And how did you do this?

21       A    I wrote a withdrawal slip for $1,000, and

22  I was taking $700 to transfer it to the other

23

1    Q    Not personal accounts?

2    A    Yes.

3    Q    Okay.  So, you filled out the withdrawal

4 slip, and what did you do with it?

5    A    I gave it to the lady.  I gave it to her

6 with my driver's license.

7    Q    Uh-huh.

8    A    And she looked at it and she asked me for

9 another ID.

10    Q    Did she specify what other ID?

11    A    She just said, do you have another ID.

12    Q    Okay.

13    A    I took my private detective license ID,

14 which I have--it's listed there--and gave it to

15 her.

16    Q    Uh-huh.  And then what happened?

17    A    And she processed the transaction and

18 handed me the documents, you know.  She processed

19 it.  She was getting ready to hand me the money.

20    Q    And then what happened?

21    A    A lady came from the back of the tellers

22 and said, he doesn't look like he owns the

24

1    business.

2        Q    And who is this lady?

3        A    One of the tellers.

4        Q    And was she white or black?

5        A    She was, I think, Hispanic.

6        Q    Hispanic?

7        A    I'm not sure.

8        Q    Okay.  All right.  Do you know her name?

9        A    Not at all.

10       Q    Okay.  And so she said, he doesn't look

11   like he owns it?

12       A    Yeah.

13       Q    Or something to that effect, right?

14       A    Yes.

15       Q    And then what happened?

16       A    So I said, do they have special type of

17   people that own this type of business.

18       Q    And what happened then?

19       A    And, you know, she didn't listen to me.

20   So, I stood right there and she's like, oh, we have

21   to check this and forth.  That's one officer--

22       Q    Wait a minute.  Wait a minute.  Wait a

26

1    Okay.  First, I made a statement, and I told her

2    I'd given two ID's.  Normally, as a client in the

3    bank, you're entitled to only one give ID.  I gave

4    her two, one with the police department seal on it

5    saying that I'm a private detective, which has a

6    company logo on it.  You see, it comes up with my

7    license from the police department.  That's what I

8    did.  I said, that's all I can do.  And she was

9    treating me--they had already processed the

10   transaction.  Everything was processed, signed and

11   everything, and the money was about to be given to

12   me.

13        Q    And did you raise your voice?

14        A    Not at all.

15        Q    You spoke to her as we're speaking today?

16        A    Yes.

17        Q    Completely normal tone of voice?

18        A    Very normal.

19        Q    You were not loud in any way?

20        A    I was not loud.

21        Q    Were you angry?

22        A    I was not feeling good, but it's normal

28

1    A    No further.  I stood there where I was

2  standing and I was waiting.  I made a statement

3  that is there a special people that own this type

4  of business.  I made that statement, and she said

5  they already had my ID to check and see the

6  transaction.  So, I was waiting right there by the

7  teller for my money.

8    Q    And you weren't speaking?

9    A    Not at that point.

10    Q    All right.  Then what happened?

11    A    When I made this statement that if there

12  are certain people that own this type of business,

13  that's when this off-duty police officer came to me

14  on top of my head and held a tear gas on my head

15  saying that.

16    Q    Okay.  Hang on.  What was the officer

17  wearing?

18    A    Plain clothes.

19    Q    And what was he wearing?

20    A    What was he wearing?

21    Q    Yeah.

22    A    Whites--I mean, I can't describe what he

29

1    had on.  He had on something, like, normal, you

2    know, like, Saturday dressing, you know, casual

3    clothes, not in uniform.

4         Q    He wasn't in uniform?

5         A    No.

6         Q    Did he have shorts on?

7         A    No.  He had on long pants.

8         Q    Okay.  Now, you say he had some sort of

9    pepper spray?

10        A    Yes.  He held the pepper spray on my head

11   and asked if he could take me outside the bank.

12        Q    Wait a minute.  How do you know it was

13   pepper spray?

14        A    I buy and I give pepper spray out to my

15   officers.  I give guns to my officers.  I also give

16   batons.  I train my officers.  They take the same

17   training that police officers take, the SPO armed.

18        Q    And how did he put this pepper spray in

19   your face?

20        A    He had it on top of my head and asking the

21   bank if he should take me out of the bank.

22        Q    All right.  Asking who?

30

1    A    Asking the tellers.  He rushed--I don't

2   know where he came from, but all of the sudden he

3   was on top of my head asking the people if he could

4   take me out of the bank.

5    Q    And what hand did he have it in, if you

6   recall?

7    A    It should have been his right hand.

8    Q    And did he use it?

9    A    No.  Because the Manager walked in right

10  away and came in from where he was sitting and

11  said, leave him alone; we will handle it.  This is

12  a bank issue and, Mr. Banks, go sit down to my

13  desk.

14   Q    Okay.  And then what did you do?

15   A    I walked over to the Manager's desk and

16  sat under the chair.

17   Q    And where was Officer Tubbs at that point?

18   A    He moved further a little bit, and he was

19  standing not too far from me.  He said, if you say

20  one more word, I will handcuff you, and you will be

21  under arrest.

22   Q    Did the Bank Manager ask you to leave the

31

1    bank?

2        A    Not at all.  He told me to go sit down at

3    his desk so he could inquire from the tellers what

4    happened.

5        Q    And did he do that, to your knowledge?

6        A    I guess he did.

7        Q    And did you hear what the tellers said?

8        A    I was sitting at his desk, which was far

9    away from the teller.

10       Q    Can I take that as a no?

11       A    I can't tell you.  I don't know.

12       Q    Okay.  Did anyone ever ask you to calm

13   down?

14       A    The only person that was on me constantly

15   was the off-duty police officer.

16       Q    Listen to my question.

17       A    Yes, yes.

18       Q    Who asked you to calm down?

19       A    The off-duty police officer.

20       Q    And how many times did he do this?

21       A    One time, two times at the most.

22       Q    Okay.  So, I believe your testimony was

32

1    that Officer Tubbs threatened you with arrest?

2        A    Yes, sir.

3        Q    Uh-huh.   Okay.   And no one asked you to

4    leave the bank?

5        A    No one, to my knowledge, asked me to leave

6    the bank.

7        Q    Now, did you ever have any interaction

8    with a security guard?

9        A    I did.

10       Q    And could you describe the nature of that

11   interaction?

12       A    The only time I saw the security guard was

13   when the off-duty police officer was trying to

14   handcuff me.   He came and he made a statement, if

15   you say one more word, I will arrest you and

16   handcuff you.   And that's when I said, I haven't

17   done nothing wrong.   I'm a customer to the bank.

18   There's nothing that I've done.

19           He said, we are going to handcuff you.

20   You are under arrest.   He held me up.   That's when

21   he told the security guard--because the security

22   guard was coming toward the scene.   That's when he

33

1    told the security guard to call the police.

2        Q    Can you be a little more specific?  He

3    held you up?

4        A    He grabbed me.

5        Q    Where did he grab you?

6        A    I was sitting like this.  He grabbed both

7    my hands and said he was going to handcuff me.

8        Q    So, you were are sitting down?

9        A    I was sitting down.

10        Q    He grabbed you where?

11        A    He grabbed me like this to pick me up and

12    handcuff me.  He took his things out and said, I'm

13    going to handcuff you.

14        Q    Well, wait a minute.  Your testimony is he

15    had handcuffs?

16        A    He had handcuffs.

17        Q    He had handcuffs with him?

18        A    Yes.

19        Q    And the pepper spray?

20        A    Yes, and a gun.

21        Q    How do you know that he had a gun?

22        A    He stated that today.  I didn't see it.

34

1    Q    Did you see at the time that he had a gun?

2    A    I could see that the way he was dressed

3    you can tell. Because I deal with people who have

4    guns, so you could tell that there was something

5    like a gun.

6    Q    But you didn't see a gun?

7    A    I didn't see it. He didn't pull it out.

8    Q    Okay. Thank you. That's fine. Okay.

9    All right. So, Officer Tubbs grabs you at your

10    midsection?

11    A    Yes.

12    Q    How did he do that? Was he behind you.

13    A    He was right by me on my side when I was

14    talking. The desk is like this, and I'm sitting

15    down this way. The desk is like this. So, I'm

16    sitting down, and he came up to me and said I

17    should get up because he was going handcuff me.

18    Q    How did he grab you?

19    A    He grabbed my body and said he's going to

20    handcuff me.

21    Q    Was he behind you--

22    A    He was beside me.

35

1    Q    He was beside you?

2    A    Yeah.  He was in front of me.

3    Q    Okay.

4    A    First, he was beside me, then he came in

5    front.

6    Q    Okay.  He came in front of you?

7    A    Yes.

8    Q    So, he was facing you?

9    A    No.  I'm sitting this way.  He was on this

10   side, and then he moved on this side to handcuff

11   me.

12   Q    Well, my question was, where was Officer

13   Tubbs in relation to you when he grabbed you?

14   A    He was on my side, my right side.

15   Q    Okay.  So, he bent over and grabbed you

16   from the side?

17   A    Yes.

18   Q    And did he pick you up?

19   A    No.  He was trying to, but he did not.

20   Q    He did not pick you up?

21   A    He came to the front and held me up.

22   Q    When he came to the front, did he let you

36

1   go?

2        A    No.   He held me up out of the chair, so I

3   got up.

4        Q    From the side, he grabs you around your

5   midsection, right?

6        A    He picked me up.

7        Q    And so, he let you go?

8        A    No.   He continued--he moved towards me.

9   He faced me and held me.

10       Q    And did he hold you up at that point?

11       A    Yes.

12       Q    And where were your hands?

13       A    My hands were sealed by him.

14       Q    And then did he handcuff you?

15       A    He did.

16       Q    In the front?

17       A    No, in back.   He took my hands in the back

18  and handcuffed me.   Not in the front.

19       Q    Not in the front?

20       A    Not at all.

21       Q    Oh, okay.   Now, what were you saying

22  during this time, if anything?

37

1      A    I was saying, I haven't done nothing.  I

2   came here to transact business.  Why should I be

3   treated this way.  And the Bank Manager was also.

4      Q    The Bank Manager what?

5      A    Telling him to stop.

6      Q    He told him to stop?

7      A    Yes.

8      Q    I see.  So if a teller had written in a

9   statement that you had insulted the manager and the

10  teller and you were very loud, that would be wrong?

11     A    Yes.

12     Q    That would be untruthful?

13     A    Yes, sir.

14     Q    And if a Bank Manager had written in a

15  statement that you started to yell and were abusive

16  to the teller, that would also be wrong?

17     A    That would be wrong.

18     Q    That would be untruthful?

19     A    Yes.

20     Q    Is that right?

21     A    That would be wrong.

22     Q    Okay.  And if the bank security guard had

38

1   written a statement to say that you refused to calm

2   down and became combative after the security guard

3   asked you to leave, that would be wrong?

4       A     That would be wrong.

5       Q     Did the security guard ever ask you to

6   leave the bank?

7       A     Not at all.

8       Q     Did the security guard ever say anything

9   to you?

10      A     Yes, he said something.

11      Q     And what did he say to you?

12      A     He came to help the off-duty police

13  officer to handcuff me, and, by then, the off-duty

14  police already had the handcuffs on me.

15      Q     Well, what did he say to you?

16      A     That he was calling the police to come and

17  pick me up.

18      Q     Okay.

19      A     Because the off-duty police had told them

20  to call the police.

21      Q     Okay.  And what happened after you were

22  handcuffed?

39

1    A    I was dragged out of the bank.

2    Q    How were you dragged out of the bank?

3    A    My hands up like this.

4    Q    Now, wait a minute.  I thought you said he

5    handcuffed you in the bank?

6    A    Yes, in the back.  He held me and hauled

7    me back with the handcuffs in his hands and holding

8    me back.

9    Q    So, you backed out of the bank?

10    A    Yes.

11    Q    And he had you by the handcuffs?

12    A    By the handcuffs following me a distance

13    from me.

14    Q    I see.  Now, do you happen to know who

15    called 9-1-1?

16    A    There was a lady that came outside and

17    said--and told the off-duty police officer to stop

18    what he was doing, and the lady called 9-1-1.

19    Q    And do you know who that is?

20    A    I know that it's a lady.  I've never seen

21    her before.  That was the first time I saw her.

22    Q    So, you don't know who she is?

40

1        A      No.

2        Q      Okay.   And did the police come?

3        A      Yes, they came.

4        Q      How long were you out on the sidewalk in

5    handcuffs before the police came?

6        A      About close to like maybe 30 minutes.

7        Q      Thirty minutes?

8        A      Yeah.

9        Q      And what did you do while you were out

10   there?

11       A      I was there asking questions, crying that

12   I need help.   I've done nothing.   I'm asking him

13   what have I done--

14       Q      Uh-huh.

15       A      --to being subjected to this.

16       Q      And did he respond?

17       A      No.

18       Q      Not at all?

19       A      No.   He said I'm under arrest.   This is

20   police issue.   He's going to pick me up.   The first

21   time I asked him, he said no.   The second time he

22   said you are now under arrest and that we'll make