# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| George Banks ) | |
| ) | |
| Plaintiff, ) | Case No. 05-CV-01688 |
| ) | Judge: Alan Kay |
| v. ) | Deck Type: Civil |
| ) | |
| Bank of America ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES

COMES NOW Plaintiff, George Banks by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure hereby responds to Defendant Bank of America's ("BOA") Interrogatories.

Subject to the objections and responses as set forth below, the Plaintiff says:

(a) The information supplied in these Answers to Interrogatories is not based solely on the knowledge of the executing party, but includes the knowledge of the party and attorneys, unless privileged.

(b) The word usage and sentence structure may be that of the attorneys assisting in preparation of these Answers and, thus, does not necessarily purport to be the precise language of the executing party.

(c) Plaintiff reserves the right to amend these answers after discovery from the Defendant, with further information as it may come to the party prior to hearing dates.

## GENERAL OBJECTIONS

(d) **Relevance**: Plaintiff objects to these interrogatories to the extent they seek information or documentation not relevant to the issues raised in this lawsuit, and to the extent that the interrogatories are not reasonably calculated to lead to the discovery of admissible evidence. Nothing herein should be construed as an admission by Plaintiff of the admissibility or relevance of any fact or document. An objection that an interrogatory is overboard includes the concern that it seeks irrelevant information.

(e) **Vague, ambiguous and Overly-Broad**: Plaintiff objects to these interrogatories to the extent that they are vague, ambiguous, overly-broad, unduly burdensome, oppressive or fail to identify with sufficient particularity the information requested and, thus, are not susceptible to response.

(f) **Excessive Burden**. Plaintiff objects to these interrogatories that require an unduly burdensome search for documents that have little or no relevance to this lawsuit. The value of producing such responses, if the documents could be found, would be far outweighed by the time, expense, and effort involved in searching for them.

(g) **Repetitive**. Plaintiff objects to these interrogatories to the extent that they are repetitive of other requests.

(h) Plaintiff objects to each interrogatory to the extent that it purports to request information protected from disclosure by the attorney-client privilege, the accountant-client privilege or the attorney work-product doctrine.

(i) Plaintiff objects to the instructions to interrogatories to the extent that they purport to impose upon the Plaintiff obligations in addition to or different than those imposed by the Federal Rules of Civil Procedure or the Local Rules of this Court.

## Response to Interrogatories

**INTERROGATORY #30:** Explain the factual and legal basis of your allegations of gross negligence and negligent supervision and training alleged by you in your Amended Complaint.

**RESPONSE:** The Bank of America policies and procedures regarding customer service will provide the response to Interrogatory #30. Plaintiff is currently awaiting receipt of these documents from Defendant. Additionally, the deposition transcript record of the Bank Manager, German Jordan and bank tellers Valentina Elebesunu and Roxanna Fuentes will also provide further factual basis. Also see Count II., III., and IV. of Plaintiff's Amended Complaint.

_____
George Banks

_____
Date: DEC

Respectfully submitted,

_____
Donald M. Temple (Bar# 407849)
1229 15th Street, NW
Washington, DC 20005
Phone: 202-628-1101
Fax: 202-628-1149

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December, 2006, a true and correct copy of the foregoing Response to Defendant's Interrogatories was mailed, first class, postage prepaid to:

Tessa Laspia Frederick
Jessica duHoffman
Miles & Stock bridge P.C.
10 Light Street
Baltimore, MD 21201
(410) 727-6464

Attorneys for Defendant

_____
Donald M. Temple, Esq.