# EXHIBIT D

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                      DISTRICT OF MARYLAND

 3   - - - - - - - - - - - -x

 4   GEORGE BANKS                  :

 5        Plaintiff                :

 6        vs.                      :  Case No.

 7   BANK OF AMERICA, N.A.,        :  05-CV-01688

 8        Defendants               :

 9   - - - - - - - - - - - - -x

10

11

12        The deposition of George Banks was held on

13   Monday, July 17, 2006, commencing at 9:40 a.m., at

14   Hamilton & Hamilton, LLP, 1900 M Street, Suite 410,

15   Washington, D.C.  20036, before Okeemah S. Henderson,

16   LSR, Notary Public.

17

18

19

20

21   REPORTED BY: Okeemah S. Henderson
```

Page 30

1   A.   I can't recall.
2        BY MS. FREDERICK:
3   Q.   Is it possible?
4   A.   I'm not sure.
5   Q.   Were there any other Bank of America
6   branches open on Saturdays that you would go to
7   besides the Columbia Road address?
8   A.   I can't recall.
9   Q.   What was your business for going to
10  the bank that day?
11  A.   I was going to withdraw some money
12  from one account to another account. I think it was
13  from either savings to checking or checking to
14  savings.
15  Q.   Do you know at that time in June of
16  2002 how many accounts you had at -- your company had
17  at Bank of America?
18  A.   Three accounts.
19  Q.   Checking, savings and what else?
20  A.   CDs.
21  Q.   I'm going to ask you please,

Page 31

1   Mr. Banks, if you will, to describe the whole
2   incident from start to finish, and then I'm going to
3   break it down and we're going to kind of go over it
4   again. But I want to give you a chance to tell me
5   from the start what happened. Is that okay?
6   A.   Fine.
7   Q.   Can you tell me what happened when you
8   got to the branch on that day?
9        MR. TEMPLE: I'll object to the form of
10  the question.
11       MS. FREDERICK: You can answer.
12  A.   Left my home that morning. I came, I
13  drove I actually parked on 18th Street. 18th and
14  Columbia, that's where I parked my car and I was
15  driving my security car.
16       MS. FREDERICK:
17  Q.   Was this a company car?
18  A.   Yes. And I went into the bank. I had
19  on a T-shirt and jeans. I went in and they had a
20  business line and a ordinary line.
21  Q.   Okay. Like a commercial versus --

Page 32

1   A.   Yes. So I went to the commercial line
2   and I, the lady, I got the forms from the bank,
3   filled them out, I had to withdraw $1,000.00 and
4   transfer $700.00 to one account which was, it was
5   from savings to checking and I was taking $300.00
6   with me. So I was withdrawing $1,000.00 total.
7   Q.   So you were taking $1,000.00 out but
8   then depositing $700.00 into another account?
9   A.   Yes.
10  Q.   Okay. And taking $300 for cash for
11  yourself?
12  A.   Yes.
13  Q.   Understood. Now, you said when you
14  got there, you filled out the forms when you got
15  there --
16  A.   Yes.
17  Q.   -- that you needed?
18  A.   Yes.
19       MR. TEMPLE: Hold on one second.
20  Objection. You have a pending question on the
21  narrative.

Page 33

1        MS. FREDERICK: I understand.
2        MR. TEMPLE: And now you're asking --
3   so now can you finish the underlying question?
4        MS. FREDERICK: Sure. You can
5   continue to tell me what happened.
6   A.   So I fill out the forms. I gave the
7   bank teller that was available, I gave them the
8   forms. They asked me for two IDs. I gave them my
9   driver's license and my private detective agency
10  license. They stamped, they took their stamp, I was
11  standing in front of them and the bank stamp the form
12  and entered both IDs on the form, one says driver's
13  license with a number the other one says MPD that
14  license that's for this, metropolitan police
15  department.
16       And when I had to process, I was
17  watching the lady, she went through the process. She
18  was bringing the money to me after the transaction
19  was over, then a lady in the back in the same teller
20  I think she's the head teller, Caucasian lady she
21  said, "He doesn't look like he own the business." So

Page 38

1  took me to third district and locked me up for a
2  while. I said let me make a phone call to then my
3  lawyer Attorney Lisa Jones and they refused.
4      Q.   All right. Well, let's not talk about
5  what the police did, but with regard to the bank once
6  you left the bank that was it, you were transported
7  to the police station, correct?
8      A.   Yes.
9      Q.   Okay. Let's go through this a little
10 bit slower. You said that you when you went into the
11 branch that mid-morning you used slips that were
12 available in the bank to prepare your transaction,
13 correct?
14     A.   Yes.
15     Q.   And then you went to the commercial
16 line for assistance. You waited in that line; is
17 that right? Do you know how long you wait in line?
18     A.   Not too long.
19     Q.   Was it a busy morning there, do you
20 recall?
21     A.   It was busy it was very busy but, you

Page 39

1  know, they have two lines.
2      Q.   Were you upset that you had to wait in
3  line?
4      A.   Not at all.
5      Q.   Do you recall when it was your turn to
6  be waited on who the teller was that helped you?
7      A.   I can't remember.
8      Q.   Was she white or black?
9      A.   She was white -- she may be --
10     Q.   Hispanic?
11     A.   May be Hispanic or?
12         MR. TEMPLE: When you ask your
13 question, can he get a chance to finish, please?
14         MS. FREDERICK: Understood.
15     A.   She could have been a Hispanic lady.
16         BY MS. FREDERICK:
17     Q.   So do you know that she was Hispanic
18 or is that just a guess?
19     A.   I mean, I'm not a human special but I
20 know I felt the accent because I deal with people,
21 that's part of what I do for a living also.

Page 40

1      Q.   The second teller that came up later
2  during your transaction, do you know what her racial
3  make up was?
4      A.   She may have been Caucasian.
5      Q.   She may have been Caucasian?
6      A.   Yes.
7      Q.   Do you recall specifically if she was
8  or not?
9      A.   I have never actually talked to her
10 but she appeared to be one.
11     Q.   What about Mr. Jordan, do you know
12 what his racial background is?
13     A.   Mr. Jordan is Caucasian. Because I
14 talked to Mr. Jordan.
15     Q.   When you first got up to the window,
16 you gave -- did you give the teller the documents to
17 process your transaction?
18     A.   Yes.
19     Q.   And you said that she asked you for
20 two forms of ID; is that right?
21     A.   Yes. Actually, I presented the IDs

Page 41

1  with the forms.
2      Q.   Both of them?
3      A.   Yes.
4      Q.   You don't recall giving her your
5  license then her asking you for another form of ID?
6      A.   No, I don't.
7      Q.   Now, you said that your transaction
8  was already processed and that they were about to
9  give you the money; is that right?
10     A.   Yes.
11     Q.   Did you see the money coming out of
12 the drawer?
13     A.   Yes.
14     Q.   And at what point did the other teller
15 come and interrupt the transaction?
16     A.   When she was about to give me the
17 money.
18     Q.   Do you still have any of the documents
19 from that transaction?
20     A.   Yes, I do.
21     Q.   What do you have?