# EXHIBIT E

Page 1

1  IN THE UNITED STATES DISTRICT COURT OF THE

2  DISTRICT OF COLUMBIA

3  CIVIL DIVISION

4  ------------------------------------:

5  GEORGE BANKS                        :

6          Plaintiff                   : Case No.

7          v.                          : 05-CV01688

8  BANK OF AMERICA, ET AL              :

9          Defendants                  :

10 ------------------------------------:

11                              Washington, D.C.

12                              Monday, July 17, 2006

13 Deposition of:

14       VALENTINA ELEBESUNU,

15 called for oral examination by counsel for

16 Plaintiff, pursuant to notice, at the Temple

17 Law Offices, 1229 15th Street, N.W., Washington,

18 D.C. 20005, before Sheri C. Stewart,

19 Registered Professional Reporter and Notary

20 Public in and for the District of Columbia,

21 beginning at 3:25 p.m., when were present on

22 behalf of the respective parties:

Page 5

```
1      A      Okay.
2      Q      I'll try not to step on your answers
3   and you try not to step on my questions.  If we
4   let each other finish talking, it would be
5   important, since this deposition is being
6   recorded.
7      A      Okay.
8      Q      Also it's critical that you state yes
9   or no to an answer rather than nodding your head
10  one way or the other.
11     A      Okay.
12     Q      Have you ever been a party to a
13  lawsuit?
14     A      No.
15     Q      Okay.  Witness to a lawsuit?
16     A      No.
17     Q      What's your educational background?
18     A      I have a Bachelor's in geography and a
19  Master's in population studies.
20     Q      Where is your Bachelor's from?
21     A      University.
22     Q      Yes.
```

Capital Reporting Company

Page 6

```
1       A       From University of Benin, Nigeria.
2       Q       And Master's?
3       A       Master's from the same university.
4       Q       And how long have you been in the
5    United States?
6       A       Since an adult.  I've been here ten
7    years.
8       Q       American citizen?
9       A       Yes, I am.
10      Q       And you are presently employed at the
11   bank?
12      A       Yes, I am.
13      Q       As a head teller?
14      A       No.  I'm the manager now.
15      Q       Okay.  Manager where?
16      A       The banking center in Forestville,
17   Maryland, on Marlboro Pike.
18      Q       Sorry?
19      A       On Marlboro Pike.
20      Q       How long have you been manager?
21      A       I've been manager for two and a half
22   years now.
```

1  Q   Okay. What's the policy and procedure
2  for presentation of identification for doing a
3  transaction that would be consistent with Exhibit
4  2B?
5  A   Can you explain a little what you want
6  me to do?
7  Q   What's the policy, bank policy in terms
8  of required identification for doing a transaction
9  with an over the counter check?
10  A   Over counter check?
11  Q   For a thousand dollars or less.
12  A   A thousand dollars or less?
13  Q   Yes.
14  A   Less than -- for something less than a
15  thousand, for something, for an item $500 and
16  less, requires one I.D. Anything over $500
17  require one I.D. A primary I.D., a driver's
18  license, passport, military I.D. Second I.D. can
19  be a Social Security check, a Social Security
20  card, it can be a work I.D., it can be a student
21  I.D. At that time we couldn't take business
22  cards, that was 2002. Things have changed since

Page 26

1  then but that's what we could accept as a second
2  I.D.
3     Q    And I show you Exhibit 2A.
4     A    Okay.
5     Q    Why don't you tell me what that
6  document is?
7     A    It's a counter document.
8     Q    What is it?
9          MS. FREDERICK:  Did you say 2A?  It's
10 this one.
11    A    Oh, that's a pre-encoded deposit slip.
12    Q    Is there a relationship between a
13 deposit slip and a debit slip here, these two
14 documents?
15    A    The relationship that I see right now,
16 it's the name, the security center, security
17 international and international check, that's the
18 only thing I see, and the address.
19    Q    Where would this deposit slip come from
20 here with the security international on it, do you
21 know?
22    A    Yes.

Capital Reporting Company

Page 27

```
1      Q      Where?
2      A      The customer orders them and they're
3   actually mailed to him.
4      Q      So on this particular day, June 15, the
5   customer would have come into the bank, he would
6   have more than likely had this slip in his
7   possession; is that correct?
8      A      Rephrase your question.  Are you asking
9   whether he had it or more than likely he had it?
10     Q      Asking more than likely he had it.
11            MS. FREDERICK:  Are you talking about
12   Mr. Banks or any customer?
13  BY MR. TEMPLE:
14     Q      This particular customer, this
15   particular form.
16     A      I saw that with him.
17     Q      Yes.  Okay.  When you saw it with him,
18   what do you mean?
19     A      I saw it with him.  He had that with
20   him, okay.  He had it in his hand.
21     Q      Okay.  So when he had it in his hand,
22   did he have Exhibit 2A here as well?
```

Page 28

```
1         MS. FREDERICK:   2B.
2    A    At the time I saw him, he had that in
3  his hand, produced that.  This was with the check
4  on the table.
5    Q    Let me come back to that.  So, but to
6  be sure, this Exhibit 2A is not something that,
7  for this particular corporation, this is not
8  something that you or Ms. Fuentes would have had
9  in some type of supply or on hand; is that right?
10   A    That's true.
11   Q    Okay.  Do you know whether Mr. Banks
12 produced to Ms. Fuentes Exhibits 2A and B
13 simultaneously or not?
14   A    He did not.
15   Q    Okay.  How do you know that?
16   A    Because I'm the head teller, I listen.
17 I'm listening to everything that's going on.  I
18 saw -- I heard the discussion, the discussion on
19 the check when I heard it required him two I.Ds in
20 order to cash the counter document and I heard
21 conversation back and forth from him.
22        When I finished with my customer, I
```

Page 29

```
 1   went over there to help her out.  I'm her
 2   supervisor so I went over there to help her out
 3   and to see exactly what is going on.  She showed
 4   me this, and she said he has one I.D.
 5        Q    Exhibit 2B.
 6        A    Counter document.
 7        Q    Yes.
 8        A    He wants to cash his check.  We have
 9   one I.D.  So I said do you have a second I.D., he
10   said no.  Then I said, okay, do you have a check,
11   your own personal check, he showed me that, I said
12   okay, not that, but an actual check, because if
13   you have an actual check with your name on it
14   already printed on it and you want to cash that
15   out for a thousand dollars, we only require one
16   I.D.  He says he does not have it.
17        Q    All right.  Let me rewind for a minute,
18   okay?  Let me go back to this day and let me go
19   back to you were working at that teller window
20   directly next to Ms. Fuentes.  You had a customer
21   that you were seeing at that time?
22        A    Yes.
```

Page 30

```
 1      Q      Okay.  And was there someone working to
 2  the window to your left?
 3      A      Yes.
 4      Q      Who was working there?
 5      A      Her name is Doris, that's her first
 6  name, I don't remember her last name.  Her name
 7  was Doris.
 8      Q      What was her race?
 9      A      Say that again?
10      Q      What was her race?
11      A      She's Spanish.
12      Q      You don't remember her last name?
13      A      I don't remember her last name.
14      Q      Were there any other tellers other than
15  Doris?
16      A      Yes.
17      Q      Who else?
18      A      Next to Doris was Marco.
19      Q      Um-hum.
20      A      Next to Marco we had Alicia.
21      Q      Last name?
22      A      Alicia, I don't know her last name.
```

Capital Reporting Company

Page 65

```
1      Q     Did you know that Mr. Banks was
2   arrested that day?
3      A     Yes, I did, um-hum.
4      Q     How did you know that?
5      A     It was at the end of the day.
6      Q     Do you know if the D.C. police came?
7      A     No, I don't know who came.
8      Q     What's the racial make up of your
9   customer base at that time?
10     A     At that time, I would say 70 percent
11  Hispanic, I would say 25 percent African, not
12  African American but African, and then 5 percent
13  Caucasian, white.
14     Q     And what was the racial make up of the
15  staff?
16     A     At that time, we had two of us that
17  were African American or African, as you say, and
18  the rest, everybody was Hispanic.
19     Q     Was Mr. Jordan Hispanic?
20     A     Yes.
21     Q     Have you ever seen a white or Hispanic
22  customer upset with the teller?
```