# EXHIBIT F

**Capital Reporting Company**

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT OF THE

 2                    DISTRICT OF COLUMBIA

 3                       CIVIL DIVISION

 4    ------------------------------------:

 5    GEORGE BANKS                         :

 6                   Plaintiff,            : Case No.

 7            v.                           : 05-CV01688

 8    BANK OF AMERICA, ET AL.              :

 9                   Defendants.           :

10    ------------------------------------:

11                              Washington, D.C.

12                              Monday, July 31, 2006

13    Deposition of:

14                   GERMAN JORDAN,

15    called for oral examination by counsel for

16    Plaintiff, pursuant to notice, at the office of

17    Miles & Stockbridge, 1900 M Street, N.W.,

18    Washington, D.C., before Sheri C. Stewart,

19    Registered Professional Reporter and Notary

20    Public in and for the District of Columbia,

21    beginning at 10:15 a.m., when were present on

22    behalf of the respective parties:
```

Capital Reporting Company

Page 7

| | | |
|---|---|---|
| 1 | A | I would say April 2002. |
| 2 | Q | And when did you actually leave there? |
| 3 | A | May 2005. |
| 4 | Q | How long have you been with Bank of |
| 5 | America? | |
| 6 | A | Eight years and a half. |
| 7 | Q | What's your present title at Beacon |
| 8 | Hill? | |
| 9 | A | I am the banking center manager. |
| 10 | Q | And your title at Adams Morgan? |
| 11 | A | Same. |
| 12 | Q | You have an accent. |
| 13 | A | Yes, I do. |
| 14 | Q | Okay. What kind of accent? |
| 15 | A | Spanish. |
| 16 | Q | Where are you from originally? |
| 17 | A | From Bolivia. |
| 18 | Q | Okay. How long have you been in the |
| 19 | United States? | |
| 20 | A | On and off, it will be 25 years. |
| 21 | Q | Are you familiar with the policies and |
| 22 | procedures of the bank regarding customer service? | |

Capital Reporting Company

Page 24

```
1    your own incident report in this particular case?
2         A      Briefly, yes.
3         Q      What is your recollection as to what
4    happened on this particular Saturday?
5         A      My recollection is that I was helping a
6    customer open an account at my desk.  I heard a
7    disturbance at the teller line, lots of screaming,
8    shouting, yelling.
9                So I got up, went to the teller line,
10   and that's where I first encountered Mr. Banks who
11   was, you know, complaining, you know, and arguing,
12   at that time, we, the tellers, as well as the
13   officer, Officer Tubbs.
14        Q      The police officer?
15        A      The police officer, yes.
16        Q      Now, at that particular point in time,
17   what was he complaining about?
18        A      He was -- what I recall was that he was
19   complaining transaction wasn't being honored at
20   that point in time, and I do remember he was
21   saying something about discrimination.
22        Q      What was Tubbs doing?
```

(866) 448 - DEPO
www.CapitalReportingCompany.com

Capital Reporting Company

Page 25

```
 1      A     He was in line waiting to be served.
 2   He was one of our customers.
 3      Q     What was he doing when you approached
 4   Mr. Banks?
 5      A     He was just -- you know, he was
 6   talking, you know, or not talking, but arguing
 7   with Mr. Banks.
 8      Q     Do you know what the nature of the
 9   argument was?
10      A     That he was telling, you know,
11   Mr. Banks to calm down.
12      Q     Um-hum.
13      A     So when I approached, that's -- like I
14   said, you know, please calm down, you know, let me
15   help you.
16            And, you know, Mr. Tubbs -- excuse me,
17   Banks kept on being loud.  And Officer Tubbs told
18   him, manager told you he come to help you, calm
19   down, you know, and he just kept on going.
20      Q     What was Banks saying?
21      A     He was just -- just complaining.
22      Q     What was he saying in his complaint?
```

Page 41

```
 1      Q     Did you ever -- when you talked to
 2  Roxanna, did she ever tell you that she had
 3  actually approved the transaction?
 4      A     No.
 5      Q     And to your knowledge, as of today, you
 6  don't know that she did, it's your view that she
 7  did not approve the transaction?
 8            MS. FREDERICK:  Objection.
 9  BY MR. TEMPLE:
10      Q     Would that be accurate?
11      A     Yes.
12      Q     And do you know why she said Mr. Banks
13  was arguing with her?
14      A     Because she requested a second ID.
15      Q     And tell me, please, what kind of
16  discretion does she have to process a transaction,
17  commercial, corporate, when the patron has only
18  one ID and the requested transaction is a thousand
19  dollars or less?
20      A     With the system that we had back then,
21  they had to have two IDs.
22      Q     Absolute, unequivocal requirement?
```

```
 1      A      If you don't know the person, yes.
 2      Q      And so the answer to my question is
 3   that she had no discretion?
 4      A      Correct, for that amount of money,
 5   correct.
 6      Q      Then would the head teller have any
 7   discretion for that amount of money if the patron
 8   only had one ID?
 9      A      Discretion, yes.
10      Q      To what extent?
11      A      I -- the discretion would be based on
12   the customer.
13             If there's a person who shows up the
14   first time and I don't know the person, you know,
15   it goes into effect.
16             The tellers are given -- tellers are
17   given full, can I say, you know, freedom to act.
18   If they don't feel comfortable with the
19   transaction, they will not do it.
20      Q      You said teller, you meant head teller?
21      A      Yes.
22      Q      The teller doesn't have the freedom to
```