# EXHIBIT G

**Capital Reporting Company**

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT OF THE
 2                   DISTRICT OF COLUMBIA
 3                      CIVIL DIVISION
 4   ------------------------------------:
 5   GEORGE BANKS                        :
 6               Plaintiff               : Case No.
 7          v.                           : 05-CV01688
 8   BANK OF AMERICA, ET AL              :
 9               Defendants              :
10   ------------------------------------:
11                          Washington, D.C.
12                          Monday, July 17, 2006
13   Deposition of:
14              ROXANNA FUENTES,
15   called for oral examination by counsel for
16   Plaintiff, pursuant to notice, at the Temple
17   Law Offices, 1229 15th Street, N.W., Washington,
18   D.C. 20005, before Sheri C. Stewart,
19   Registered Professional Reporter and Notary
20   Public in and for the District of Columbia,
21   beginning at 1:49 p.m., when were present on
22   behalf of the respective parties:
```

Capital Reporting Company

Page 26

```
 1      Q     Sorry.  What did you say?
 2      A     We have a security guard every day.
 3      Q     Yes.
 4      A     Back then it was only one day of the
 5   week which is Saturday.
 6      Q     Um-hum.  When did they start just
 7   having security guards -- when did they start have
 8   security guards every day?
 9      A     I can't recall.  Maybe sometime this
10   year or last year.
11      Q     During the time that there was only a
12   security guard on Saturdays, did you see a
13   security guard escorting people out of the bank?
14      A     Yes.  If they were going to make -- if
15   they were to scream or yell or cuss at the
16   customer or at the teller, yeah, maybe.  Like I
17   said, many times.
18      Q     Who supervises security guards?
19      A     The company they work for.
20      Q     So these security guards are not
21   employees of the bank?
22      A     No, they're not.
```

Page 32

```
 1   Ms. Valencia (sic), yourself, were working at that
 2   time?
 3        A    Yes, they were.
 4        Q    And there were other tellers but you
 5   don't remember who they were?
 6        A    No.  Because I've seen many tellers
 7   leave, they come and leave.
 8        Q    You remember Mr. Banks?
 9        A    Yes.
10        Q    Okay.  Why don't you tell me what you
11   remember about your interaction with him?
12        A    He was a commercial customer.  I was
13   taking care of the commercial line.  He came to my
14   window trying to make a withdrawal and I asked for
15   his I.D.  He gave me a Rhode Island driver's
16   license, Rhode Island state.  Then I explained to
17   him that because of the amount, I needed a second
18   form of I.D. to record it on the counter document
19   he was using.
20             He refused to give it to me, said he
21   didn't have any other form of I.D., that he banked
22   there and how come we, I was not willing to give
```

```
 1   him the money and I told him it was part of the
 2   policies and procedures with his account in the
 3   bank.  He got upset because obviously he wanted
 4   the cash, he wanted the money, needed to do a
 5   transaction.  So he started getting upset and
 6   cursing, being disrespectful.  So because I did my
 7   best to handle the transaction myself, I couldn't
 8   because of his attitude, that's when I called,
 9   obviously -- well, Valentina, she was always
10   taking care of the line so whenever she saw a
11   customer giving a hard time to the teller she
12   would step in, she would come and find out the
13   problem and what's going on.  So that's when she
14   was -- she also talked to him and he got worse.
15              The manager was outside in the lobby on
16   the other side of the teller line.  So when he
17   says that, then he comes to the window to and find
18   out what's going on, like a manager.  So he
19   couldn't control the situation so that's when,
20   when they went to look for the security guard and
21   he was not there, he was in the bathroom at that
22   moment.  So someone else outside went to get him
```

Page 34

```
1    but everyone that was supposed to be there was
2    there.  I don't remember the tellers but the
3    manager was there, the assistant manager was
4    there, Valentina was there.  So all the you
5    supervisors were there that day, and the security
6    guard.
7              And this was a busy day like every
8    Saturday where customers get upset easily because
9    probably the waiting time, maybe.  What else can I
10   think of?  Waiting time maybe, I don't know.
11        Q    So on that day, Ms. Gutierrez would
12   have been present, you say?
13        A    Yes.
14        Q    You said she still works at the bank?
15        A    I don't know.  She left a long time
16   ago.  She was transferred but now I don't know why
17   she's at.
18        Q    Did Ms. Gutierrez see what was going on
19   with you and Mr. Banks?
20        A    I don't remember her talking to him or
21   me.
22        Q    Okay.
```

Page 35

1  A   When a manager's there, he's in charge.
2  When both of them are there, she doesn't really
3  have to get involved.  If she has to, yeah, but
4  she probably got involved in getting the security
5  guard's attention because -- and I was so busy
6  that after they took him from the, from the
7  window, I just kept helping customers.
8      I didn't -- I didn't see any arrest or
9  anything because I was busy taking other customers
10 and then they were there trying to resolve a
11 problem with Mr. Banks.
12 Q   Now --
13 A   That's the last thing I remember.
14 Q   You said that Mr. Banks was upset and
15 he didn't present a second identification to you?
16 A   That's correct.
17 Q   Okay.  Did there ever come a time where
18 you had money to give to him, that you pulled the
19 $300 -- strike that.  Did you ever take $300 from
20 your bin to give to Mr. Banks.
21 A   No.  I tried to help him.  I was trying
22 because I never refused to -- I can never say I

Page 36

1  can't help you because I always try to help the
2  customer.  If they don't have a second form of
3  I.D., I would pull their profile, ask them
4  questions like the Social Security number, their
5  address.  Obviously it's in front of me but I want
6  him to tell me their information, date of birth.
7  And then if I go to a transaction history, ask
8  them a few questions, what's the last transaction
9  you made, either a deposit or withdrawal, and
10 based on their answers then I take the initiative
11 to help them.
12       And maybe that's what I did, I was
13 trying to help him but then he was too upset,
14 that's when my coordinator came.  So I explained
15 to the teller coordinator what's going on and
16 she's, like, well, what are you doing right now,
17 how are you helping Mr. Banks, what are his needs?
18 So I told her what he needed.
19    Q    What did you tell her?
20    A    That he was taking $1,000 out and he
21 was making a deposit, part of that money sorry,
22 only needed part of it cash.

Page 37

```
 1      Q      Which was $300?
 2      A      Right.
 3      Q      Did you have the discretion to give him
 4   the $300 with a single Rhode Island State driver's
 5   license?
 6      A      I was trying to help him, yeah.  I was
 7   willing to give it to him because he was, he was
 8   only taking $300 out.
 9      Q      So why didn't you give it to him?
10      A      Because he was very rude and upset and
11   he was cursing at me and that's when the teller
12   coordinator came to me, to my window, and I
13   explained to her what was going on to her.
14      Q      When you said he was --
15      A      So she told me that, okay.  So
16   obviously I reversed the transaction.
17      Q      What do you mean, "you reversed the
18   transaction"?
19      A      I didn't complete that transaction.
20      Q      At the time that you didn't complete
21   the transaction, what stage were you, what
22   information did you know about Mr. Banks?
```

Page 38

```
 1      A     The first I.D. he gave me, the first
 2   I.D., I don't recall his balance or his
 3   transactions when I pulled his profile.
 4      Q     Did you go to the computer to pull his
 5   profile?
 6      A     Yeah, just to look at, view it.
 7      Q     You did see his profile?
 8      A     Yes.
 9      Q     Did you observe whether he had
10   sufficient funds to cover the transaction?
11      A     That's what I was trying to do but I
12   don't remember what was there.
13      Q     You say that he was rude to you.  What
14   did he say that was rude to you?
15      A     His tone of voice like, "this is my
16   account", I'm just -- I cannot remember every
17   single word he said.
18      Q     I understand.  What do you recall that
19   he said that was rude?
20      A     "Why can't you give me the money, this
21   is my account."  I'm not -- "This is no one else's
22   account, this is my account."  Things like that
```