## IN THE UNITED STATES DISTRICT COURT FOR THE COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **George Banks** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 05-CV-01688 |
| ) | |
| **Bank of America** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, George Banks, by and through undersigned counsel and respectfully files this motion for Enlargement of Time to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Counsel for Defendants does not object to the filing of this motion. Reasons in support of this motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/_____
Donald M. Temple #408749
1229 15th Street N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiff***

IN THE UNITED STATES DISTRICT COURT FOR THE COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **George Banks** <br><br> Plaintiff, <br><br> v. <br><br> **Bank of America** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  05-CV-01688 <br> ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S**
**OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, George Banks, by and through the undersigned Counsel, and hereby submits this Memorandum of Points and Authorities in Support of its Motion for Enlargement of Time to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

1. On January 5, 2007, Defendants filed an extensive Motion for Summary Judgment.

2. Plaintiff's opposition to Defendants' Motion for Summary Judgment is due on or around January 25, 2007.

3. Counsel has been attempting to address a myriad of legal matters requiring priority attention after a six (6)week illness related absence and therefore requires additional time to prepare an appropriate response to Defendants' Motion.

4. Further, counsel is going to be on vacation for one week and returning to work on February 6, 2007. Therefore, this counsel respectfully urges this court to enlarge the time in which it can respond to Defendants' Motion until Friday, February 16, 2007.

5. Counsel for Defendants does not object to the filing of this motion., but requires sufficient time in which to file its reply.

**WHEREFORE**, Plaintiff respectfully urges this Court to grant this motion to allow Plaintiff until February 16, 2007 to file its Opposition to Defendants' Motion for Summary Judgment._____

Respectfully submitted,

/s/
Donald M. Temple #408749
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **George Banks** | ) |
| | ) |
|   **Plaintiff,** | ) |
| | ) |
| **v.** | )   05-CV-01688 |
| | ) |
| **Bank of America** | ) |
| | ) |
|   **Defendants.** | ) |
| | ) |

### ORDER

Upon consideration of Plaintiff's Motion For Enlargement of Time  File Defendant's Plaintiff's Opposition  to Defendants' Motion for Summary Judgments, it is this _____ day of _____ 2007.

**ORDERED**, that the above-referenced motion is **GRANTED** and it is

**SO ORDERED**.

_____
Judge

Case 1:05-cv-01688-HHK    Document 28    Filed 01/25/2007    Page 5 of 5