## IN THE UNITED STATES DISTRICT COURT FOR THE COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| **George Banks**           ) | |
|                 **Plaintiff,**           ) | |
| v.           ) | 05-CV-01688 |
|            ) | Judge: Henry Kennedy |
| **Bank of America**           ) | Deck Type: Civil |
|                 **Defendants.**           ) | |

**SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, George Banks, by and through the undersigned counsel and respectfully files this Second Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Counsel for Defendants does not object to the filing of this motion. Reasons in support of this motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/_____
Donald M. Temple #408749
1229 15th Street N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiff***

IN THE UNITED STATES DISTRICT COURT FOR THE COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| **George Banks** ) | ) |
| ) | |
| **Plaintiff,** ) | ) |
| ) | |
| v. ) | **05-CV-01688** |
| ) | **Judge: Henry Kennedy** |
| **Bank of America** ) | **Deck Type: Civil** |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

   COMES NOW Plaintiff, George Banks, by and through the undersigned Counsel, and hereby submits this Memorandum of Points and Authorities in Support of its Second Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

   1.   On January 5, 2007, Defendants filed an extensive Motion for Summary Judgment.

   2.   On January 25, 2007, Plaintiff filed a Consent Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant Motion for Summary Judgment, which was subsequently granted.

   3.   Plaintiff, George Banks has been out of the country to attend the funeral of his father. Counsel for Plaintiff has not been able to confer and meet Plaintiff in order to complete its opposition to Defendant's Motion for Summary Judgment.

4. Additionally, the undersigned is awaiting to received documents regarding Bank of America policies, which plaintiff requires to review in preparation of its opposition to Defendant's Motion for Summary Judgment. Therefore, this counsel respectfully urges this court to enlarge the time in which it can respond to Defendant's Motion until Wednesday, February 21 2007.

5. Counsel for Defendants does not object to the filing of this motion., but requires sufficient time in which to file its reply.

**WHEREFORE**, Plaintiff respectfully urges this Court to grant this motion to allow Plaintiff until February 21, 2007 to file its Opposition to Defendant's Motion for Summary Judgment._____

Respectfully submitted,

/s/
Donald M. Temple #408749
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE BANKS** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-CV-01688 |
| ) | Judge: Henry Kennedy |
| v. ) | Deck Type: Civil |
| ) | |
| **BANK OF AMERICA** ) | |
| ) | |
| **Defendant** ) | |

## PROPOSED ORDER

Upon consideration of Plaintiff's Second Motion for Enlargement of Time to file Plaintiff's Opposition to Defendant's Motion for Summary Judgments, it is this _____ day of _____ 2007

**ORDERED**, that the above-referenced Motion is GRANTED.

_____
The Honorable Henry Kennedy
United States District Judge

Copies to:

Tessa Frederick, Esq.
Jessica duHoffman, Esq.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487
**Attorney for Defendant**

Donald M. Temple, Esq.
1229 15th Street, NW
Washington, D.C. 20005
**Attorney for Plaintiff**