## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GEORGE BANKS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 05-CV-01688-HHK** |
| | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| **Defendant.** | § | |

## MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT *NUNC PRO TUNC*

COMES NOW Plaintiff, George Banks, by and through undersigned counsel, and respectfully files this Motion for Leave to File Plaintiff's Opposition to Defendant Bank of America's Motion for Summary Judgment *Nunc Pro Tunc*.

Reasons in support of this motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,


_____/s/_____
Donald M. Temple [Bar #: 408749]
TEMPLE LAW OFFICES
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101
(202) 628-1149 (fax)
ATTORNEY FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GEORGE BANKS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Case No. 05-CV-01688-HHK** |
| | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| **Defendant.** | § | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANT BANK OF AMERICA'S MOTION FOR
SUMMARY JUDGMENT *NUNC PRO TUNC***

COMES NOW Plaintiff, George Banks, by and through the undersigned Counsel, and hereby submits this Memorandum of Points and Authorities in Support of its Motion for Leave to File Plaintiff's Opposition Plaintiff's Opposition to Defendant Bank of America's Motion for Summary Judgment *Nunc Pro Tunc*. Plaintiff's Opposition was due on Wednesday, February 21, 2007.

1.     This case involves claims of customer discrimination and negligence against Bank of America ("BOA"). The nature of Defendant's arguments necessitated extensive research and review of BOA's policies and procedures, and review of the factual record. Additionally, and quite regretfully, the company which was retained to scan Plaintiff's exhibits failed to properly scan them, and then upon our return the company was closed.

2.     Plaintiff's research and review of the record should greatly assist the court in is consideration of the issues raised in Defendant's Motion.

**WHEREFORE,** Plaintiff respectfully urges that this Court to grant this motion and allow Plaintiff's opposition to be filed *Nunc Pro Tunc.*

Respectfully submitted,

_____ /s/ _____

Donald M. Temple [Bar #: 408749]
TEMPLE LAW OFFICES
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101
(202) 628-1149 (fax)
ATTORNEY FOR PLAINTIFF