IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE BANKS,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br>    Defendant. | § § § § § § § § Case No. 05-CV-01688-HHK |

## ORDER

Upon consideration of Plaintiff's Motion For Leave to File Plaintiff's Opposition to Bank of America's Motion for Summary Judgment *Nunc Pro Tunc*, on this ____ day of _____ 2007.

It is **ORDERED**, that the above-referenced motion is **GRANTED**.

_____
Judge