# EXHIBIT A

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
                 :
GEORGE BANKS,           :

       Plaintiff,    :

                 : Case No. 1:02CV02304
    v.           : Judge R. M. Urbina

DISTRICT OF COLUMBIA, et al, :

     Defendants.    :
                 :
- - - - - - - - - - - - - - -x

Washington, D.C.
Thursday, November 6, 2003

The deposition of GEORGE BANKS, called

for examination by counsel for Defendants in the

above-entitled matter, pursuant to notice, in the

Temple Law Offices, 1200 G Street, Northwest,

Suite 370 Washington, D.C., convened at 11:50 a.m.,

before Sandy Medford Nelson, a notary public in and

for the District of Columbia, when were present on

behalf of the parties:

5

1    out the way this will go.  I'll ask you questions,

2    and you'll give me answers under oath.  And if you

3    don't understand one of my questions, please tell

4    me and I will attempt to rephrase the question so

5    that you do understand it.  If you answer my

6    question, I will assume you understood my question.

7    Is that fair?

8        A    Fair.

9        Q    And if you need a break, please say so and

10   we will take a break.  And with that, sir, let's

11   start at the beginning.  Where were you born?

12       A    I was born in Vrewerville, Liberia.

13       Q    Whichville?

14       A    Vrewerville.

15       Q    And how do you spell that?

16       A    V-R-E-W-E-R-V-I-L-L-E.

17       Q    Uh-huh.  And where?  Liberia you said?

18       A    Yes.

19       Q    And when was this?

20       A    This was September 24, 1956.

21       Q    Okay.

22                   (Discussion off the record.)

6

BY MR. BURKETTE:

Q    And how long did you live in Liberia?

A    In Liberia, I lived there for about--from the time I was born until 1989 on and off, you know. I would travel to Syria for school and come back to Liberia.

Q    I see. And in 1989, where did you go?

A    I came to the States.

Q    You came to the America, and where did you go in America first?

A    To JFK, and I went to North Carolina where my immediate family was, and then from there I went to Rhode Island.

Q    Rhode Island?

A    Yeah. I stayed there for, like, two months, and then I went to Rhode Island.

Q    And where did you go in Rhode Island?

A    I stayed in Providence, Rhode Island.

Q    And what did you do when you were in Providence?

A    I went to school and worked security effective January 1990.

7

1      Q      When you say you worked security, what

2   does that mean?

3      A      I worked as a security officer for Guards

4   mart.

5      Q      Guard Smart?

6      A      Guards Mart.  It's a security company.

7      Q      I see, okay.  And how long did you do

8   that?

9      A      I did that from 1990 to 1996 on and off.

10     Q      Okay.  And you said you went to school.

11  What schools were you in in Rhode Island?

12     A      I did an Associate's degree at the

13  community college in Rhode Island, and I went ahead

14  and finished up my four-year college at Rhode

15  Island College.

16     Q      And is that in Providence?

17     A      Providence, Rhode Island.

18     Q      Okay.  And what was your BA in?

19     A      Criminal justice slash justice studies.

20     Q      Okay.  Now, you said I think that you

21  worked on and off in security for six years?

22     A      For six years.

14

1      Q      And did they certified you?

2      A      Yes.

3      Q      And what did it take to get you certified?

4      A      Oh, you have to have a degree, which I

5  have in criminal justice.  I have training in

6  investigation.  I also have experience in security.

7  So, all of those things were criteria that they

8  used.

9      Q      Did you have to take a test?

10     A      Yes.

11     Q      Was it a written test?

12     A      Not exactly.  I mean, they give you a

13 form, and you fill it out.  And then they look at

14 the form--since I have a degree in criminal

15 justice, that actually qualifies me.

16     Q      I see.  And how long did you do that?

17     A      I did that from 1996 to 1999 when I

18 started my business.

19     Q      Okay.

20     A      And I still do some of it once in awhile,

21 but not on the criminal side, the civil side.

22     Q      I see.  So, you say you started your

15

1    business in 1999?

2         A    Yes.

3         Q    And why did you do that?

4         A    Because my intention was to own a business

5    at one point to be able to help society.

6         Q    Okay.  So what business did you start?

7         A    I started a security business, which is

8    also a private defective agency.

9         Q    Both?

10        A    It's in touch with the license as a

11   private defective agency, but you do a variety of

12   things under that (sic).  You can do security

13   officers, special police, commission officers.  I

14   carry guns, my officers carry guns.  They can be

15   gone to do a lot of things.

16        Q    Now, who licenses your officers to carry

17   guns?

18        A    Who licenses them?

19        Q    Yeah.

20        A    The license--the police department SOMB

21   commissions them because it's special police

22   officers.  We have security officers, and then we

20

1    or a psychiatrist before 2002?

2        A    No, never.

3        Q    All right.  Let me then turn your

4    attention to the events of June 15th, 2002.

5        A    Yes.

6        Q    Where was the bank about which we've been

7    discussing today?

8        A    It's on Columbia Road, not too far from

9    Columbia and 18th Street.

10        Q    And do you bank there regularly?

11        A    No.  My bank is at 15th and Pennsylvania

12    Avenue, next to the Treasury Department.  That's

13    the bank that I use.

14        Q    I see.  So would it be fair to say they

15    don't know you in this bank on Columbia Road?

16        A    On Columbia Road, I've been there once or

17    twice, and I never, you know--they change people

18    most of the time, so I don't know if they know me.

19        Q    So, you don't know?

20        A    I'm saying I visit that bank--because it's

21    closer to where I live--once or twice.  Once in

22    awhile, this--I can't tell whether they know me

21

1  because normally they rotate their people, and I

2  don't know whether they knew me or not.

3      Q    I see.  And so, I guess I was going to ask

4  you why you were in that particular bank branch

5  that day, but I think you've answered it, haven't

6  you?

7      A    It opens on Saturday.

8      Q    And the one on Pennsylvania doesn't open

9  on Saturday?

10     A    No.

11     Q    I see, okay.  All right.  So, why did you

12  go into the bank?  What were you trying to

13  accomplish?

14     A    I went into the bank to transact business.

15  I had a checking--two checking accounts with the

16  bank, which one is where I deposit money most of

17  the time.  The other is a payroll account.  So, I

18  went there to transfer money from one account to

19  the other account.

20     Q    And how did you do this?

21     A    I wrote a withdrawal slip for $1,000, and

22  I was taking $700 to transfer it to the other

22

account.

Q    Okay.  So, you wanted to put $700 in the

account and keep $300 for yourself?

A    Yes.

Q    Is that right?

A    Yes.

Q    Okay.  So, how did you go about doing

this?  You said you filled out a withdrawal slip,

and then what happened?

A    Do you want to see the slip?

Q    Okay.  If you have the withdrawal slip,

I'd love to see it.

A    It's right here.

Q    So, this is on your business account,

right?

A    Yes.

Q    Now both of these checking accounts you

referred to, are they both in the name of Century

Security?

A    Yes.

Q    They are both business accounts?

A    Yes.

23

1      Q      Not personal accounts?

2      A      Yes.

3      Q      Okay.  So, you filled out the withdrawal

4   slip, and what did you do with it?

5      A      I gave it to the lady.  I gave it to her

6   with my driver's license.

7      Q      Uh-huh.

8      A      And she looked at it and she asked me for

9   another ID.

10     Q      Did she specify what other ID?

11     A      She just said, do you have another ID.

12     Q      Okay.

13     A      I took my private detective license ID,

14   which I have--it's listed there--and gave it to

15   her.

16     Q      Uh-huh.  And then what happened?

17     A      And she processed the transaction and

18   handed me the documents, you know.  She processed

19   it.  She was getting ready to hand me the money.

20     Q      And then what happened?

21     A      A lady came from the back of the tellers

22   and said, he doesn't look like he owns the

24

1  business.

2  Q    And who is this lady?

3  A    One of the tellers.

4  Q    And was she white or black?

5  A    She was, I think, Hispanic.

6  Q    Hispanic?

7  A    I'm not sure.

8  Q    Okay.  All right.  Do you know her name?

9  A    Not at all.

10  Q    Okay.  And so she said, he doesn't look

11  like he owns it?

12  A    Yeah.

13  Q    Or something to that effect, right?

14  A    Yes.

15  Q    And then what happened?

16  A    So I said, do they have special type of

17  people that own this type of business.

18  Q    And what happened then?

19  A    And, you know, she didn't listen to me.

20  So, I stood right there and she's like, oh, we have

21  to check this and forth.  That's one officer--

22  Q    Wait a minute.  Wait a minute.  Wait a

28

1    A    No further.  I stood there where I was

2    standing and I was waiting.  I made a statement

3    that is there a special people that own this type

4    of business.  I made that statement, and she said

5    they already had my ID to check and see the

6    transaction.  So, I was waiting right there by the

7    teller for my money.

8    Q    And you weren't speaking?

9    A    Not at that point.

10    Q    All right.  Then what happened?

11    A    When I made this statement that if there

12    are certain people that own this type of business,

13    that's when this off-duty police officer came to me

14    on top of my head and held a tear gas on my head

15    saying that.

16    Q    Okay.  Hang on.  What was the officer

17    wearing?

18    A    Plain clothes.

19    Q    And what was he wearing?

20    A    What was he wearing?

21    Q    Yeah.

22    A    Whites--I mean, I can't describe what he

30

1    A    Asking the tellers.  He rushed--I don't

2  know where he came from, but all of the sudden he

3  was on top of my head asking the people if he could

4  take me out of the bank.

5    Q    And what hand did he have it in, if you

6  recall?

7    A    It should have been his right hand.

8    Q    And did he use it?

9    A    No.  Because the Manager walked in right

10  away and came in from where he was sitting and

11  said, leave him alone; we will handle it.  This is

12  a bank issue and, Mr. Banks, go sit down to my

13  desk.

14    Q    Okay.  And then what did you do?

15    A    I walked over to the Manager's desk and

16  sat under the chair.

17    Q    And where was Officer Tubbs at that point?

18    A    He moved further a little bit, and he was

19  standing not too far from me.  He said, if you say

20  one more word, I will handcuff you, and you will be

21  under arrest.

22    Q    Did the Bank Manager ask you to leave the

41

1      sure that you are locked up.

2              MS. HENRY:  Can you clarify?

3              BY MR. BURKETTE:

4      Q      Right.  You mean Officer Tubbs?

5      A      Yes.

6      Q      Was there anyone out there with you,

7      besides Officer Tubbs?

8      A      Nobody.

9      Q      The store security manager wasn't out

10     there--I mean--excuse me--the store security guard

11     wasn't out there?

12     A      He wasn't out there.

13     Q      Okay.  What did Officer Tubbs do with his

14     pepper spray?

15     A      I don't know.

16     Q      Did you ever see it again?

17     A      No.

18     Q      Now, how far is it from where you were

19     handcuffed to the sidewalk?

20     A      It's about a hundred feet.

21     Q      Thirty yards?

22     A      Yeah, right.

42

1    Q    That is one big bank.

2    A    I'm just--because I don't do math, so it's

3    just an estimate.

4    Q    It's an estimate?

5    A    Yeah, because I don't know exactly.

6    Q    Okay.  All right.

7    A    But I'm sure it's a long distance.  It's,

8    like, from where she sits to close to the back of

9    this room.

10    Q    Okay.

11    A    Not this room, excuse me.  The building.

12    Q    All right.  So, were you told why you were

13    under arrest?

14    A    He told me only when I was in the cell.

15    That's when they told me.

16    Q    Okay.  So, you were told?

17    A    And read Miranda rights at the cell.

18    Q    Okay.  What did they tell you?

19    A    That I was under arrest for disorderly

20    conduct.  That's it.

21    Q    Okay.  And what did you do then?

22    A    And I told him that I need my lawyer, that

44

1    A    She came--well, I spoke to her on the

2    phone, and she came and asked to speak to me.

3    According to her, she was denied access to me.

4    Q    Were you released?

5    A    I was released after the officer

6    came--Officer Tubbs came, and then Lisa was outside

7    and she couldn't get to see me and left.  She left

8    $100.  She left me some money just in case I get

9    stopped somewhere or need transportation to get

10   somewhere, so she left a $100 for me.

11   Q    And did you ever take possession of that

12   $100?

13   A    No.  I never saw it.

14   Q    You never saw it?

15   A    No.  She said she gave it to somebody at

16   the front.  I think she gave it to Officer Tubbs,

17   the off-duty police officer.

18   Q    Okay.  And you were released?

19   A    I was released after five hours.

20   Q    You were released?

21   A    Yes.

22   Q    Did anyone give you a piece of paper when