# EXHIBIT C

Capital Reporting Company, Greenbelt, MD (301) 345 - DEPO, www.CapitalReportingCompany.com

We Never Take Your Business For Granted!

Alexandria, VA (703) 684 - DEPO
Tysons Corner, VA (703) 684 - DEPO

**Capital Reporting Company**

**DISK ENCLOSED**

Page 1

1   IN THE UNITED STATES DISTRICT COURT OF THE

2   DISTRICT OF COLUMBIA

3   CIVIL DIVISION   **ORIGINAL**

4   -------------------------------:

5   GEORGE BANKS                    :

6              Plaintiff           : Case No.

7         v.                       : 05-CV01688

8   BANK OF AMERICA, ET AL          :

9              Defendants          :

10  -------------------------------:

11                  Washington, D.C.

12                  Monday, July 17, 2006

13  Deposition of:

14          ROXANNA FUENTES,

15  called for oral examination by counsel for

16  Plaintiff, pursuant to notice, at the Temple

17  Law Offices, 1229 15th Street, N.W., Washington,

18  D.C. 20005, before Sheri C. Stewart,

19  Registered Professional Reporter and Notary

20  Public in and for the District of Columbia,

21  beginning at 1:49 p.m., when were present on

22  behalf of the respective parties:

Page 13

1        MS. FREDERICK:  Do you mean during the

2    period of time of the incident or now?

3        MR. TEMPLE:  All my questions are going

4    to be directed -- I'm sorry, thank you --

5    toward 2002, June.

6    A    Okay.  We did, we used to do the same

7    thing like we do now.

8    Q    Now, would there be a difference if

9    someone were coming to the bank to do a

10   transaction that did not involve a check but that

11   involved a withdrawal of funds?

12   A    Withdrawal?  Had to be the owner.

13   Q    Owner of the account?

14   A    Of the account.

15   Q    Yes.

16   A    If it was written to someone else, then

17   we still got to pull that signature to verify that

18   the owner signed the check to that person.

19   Q    But we're not talking about a check

20   now.  I'm not talking -- so you understand, I'm

21   not talking about a check.  I'm talking about

22   someone coming to withdraw money from his or her

Page 14

1    account.  You got me?

2        A    Yes.

3        Q    Okay.  What would the policy and

4    procedure require in terms of identification for

5    that person?

6            MS. FREDERICK:  Personal or business?

7            MR. TEMPLE:  This is a business

8        account.

9        A    First thing I do is verify, ask for

10   I.D., first, primary I.D. which is a driver's

11   license, passport or state issued I.D.  Depending

12   on the amount they're taking out, then I request a

13   second form of I.D.

14       Q    What amount would require you to

15   request a second form of I.D.?

16       A    Back then -- well, we talking about

17   2002, 500, over $500.

18       Q    Okay.  Is that the withdrawal amount

19   or -- strike that.

20            If someone's take out less than $500,

21   and transferring $300, would that require then the

22   presentation of a second form of identification?

Capital Reporting Company

1        MS. FREDERICK:  I'm just going to

2     object because I didn't understand that but

3     if you do, go ahead.

4   BY MR. TEMPLE:

5        Q     You understand that question?

6        A     Yeah.  500 plus three, $800.

7        Q     If --

8        A     But I don't request a second form of

9   I.D., just one.

10       Q     Why?

11       A     Because they're just taking it out,

12   it's coming out of the bank.  If they're taking it

13   out of the bank, then we have to record the I.D.

14   on a piece of paper.

15       Q     I apologize for my question, maybe it

16   wasn't clear.  But let me just try to go to where

17   you are.

18            Are you saying that a depositor comes

19   to the bank, June 2002, and they request to take

20   $300 out of the bank and to transfer $500 from an

21   account A to an account B, you only require one

22   photo identification?

Capital Reporting Company

1      A      That's correct.

2      Q      Why not two?

3      A      Because it's making a transfer from one

4  of their accounts to the other account and they're

5  just taking part of that money out of the bank.

6      Q      Can you think of any instance where the

7  bank would require in a same transaction a second

8  identification or a reason why the bank would

9  require a second identification based on your

10 training?

11     A      Just part of the policies, just part of

12 security.  The bank security, protection, and the

13 customers as well.

14     Q      But would the bank -- can you think of

15 a situation where the bank would tell a depositor

16 that he or she would have to present a second

17 identification if they're only taking 300 out of

18 an account and transferring 500 from an account,

19 from one account to another of their accounts?

20         MS. FREDERICK:  Objection.  You can

21     answer.

22     A      I just said one form of I.D.

Page 18

1    have to go to other resources to get their

2    information to make sure that's the owner.

3        Q    So if a person comes -- let me back up.

4    At your bank, you have all your depositors on some

5    kind of computer system; is that right?

6        A    That's correct.

7        Q    Okay.  If someone banks at another

8    branch, are they on some centralized database that

9    you can access?

10       A    Yes, because it's the same company.

11       Q    Okay.  So if someone banks at a branch

12   and on 14th Street, you can go in your system and

13   you can get information about that particular

14   depositor; is that correct?

15       A    Yes, that's correct.

16       Q    And what kind of information can you

17   get about that person?

18       A    Just transaction history, the profile.

19       Q    If that person who has an account at

20   14th Street came to your branch at Adams Morgan to

21   cash a check on a personal account for a thousand

22   dollars, what would be required of that person in

## Capital Reporting Company

```
 1   transferring $700 from one account to another

 2   account, what kind of identification would be

 3   required of them?

 4        A     Just one.

 5        Q     And why is that?  This is a business

 6   account.

 7              MS. FREDERICK:  I'm just going to

 8        object.  You can answer if you understand.

 9        A      Because it's an I.D.  First of all,

10   they're taking out 300, right?  They're making

11   that withdrawal.  And they're going to transfer

12   the other amount from their same, from one account

13   to the other account which is their own accounts,

14   it's not someone else's account.

15        Q     Now, you mentioned that you have

16   training on how to deal with upset customers.  Let

17   me make sure -- let me rewind for a minute.  In

18   your training, is your training a two-week period

19   of time?

20        A     Yes.

21        Q     Where do you do the training?

22        A     What did I do?
```

**Capital Reporting Company**

```
 1     Q     Where do you do the training?

 2     A     I did it downtown, 18th and K.

 3     Q     And are there classes that are actually

 4  held?

 5     A     Yeah.  That's where they train all the

 6  tellers.

 7     Q     Okay.  Is there a person that trains

 8  the tellers?

 9     A     Right.

10     Q     And who's the person?

11     A     I don't remember the name of the person

12  now.

13     Q     Was it a male or female?

14     A     Female.

15     Q     And what did your training state

16  regarding how to deal with an upset customer?

17     A     We have to be patient with them.  We

18  have to make sure that they're satisfied, they go

19  out of the bank satisfied, and if not, if it's not

20  possible, if I cannot take control of the

21  customer, then that's when I call my manager.

22            If they really don't agree with the
```

Capital Reporting Company

Page 42

1      Q      You don't remember anything that he

2      said when he was yelling?

3      A      No, I just remember what he told me

4      which was like he was mad because I wasn't doing

5      what he wanted.

6      Q      You can't remember any, a single curse

7      word that he used when he was talking to you or

8      Valentina?

9             MS. FREDERICK:  Objection.  Asked and

10            answered.  You can answer again.

11     BY MS. FREDERICK:

12     Q      Is that correct?

13     A      I don't remember the words.

14     Q      Okay.  Other than my complaining about

15     being a victim of discrimination, did he do

16     anything else that caused you to believe that he

17     was disrespecting you?

18            MS. FREDERICK:  Objection.

19            Mischaracterizing her testimony.  You can

20            answer if you want.

21     BY MR. TEMPLE:

22     Q      You can answer.

Capital Reporting Company

Page 43

1       A       Just by the -- if I'm nice to a

2   customer and they, and they respond back with an

3   attitude trying to cause a problem, trying to --

4   that's what I consider being disrespectful, by the

5   tone of voice they use.

6       Q       So --

7       A       By the aggressiveness, is what I call.

8       Q       So his attitude was disrespectful to

9   you?

10      A       Yeah.  He was mad.

11      Q       And his tone of voice was disrespectful

12  to you?

13              MS. FREDERICK:  You have to say yes or

14      no.

15      A       Yes.

16  BY MR. TEMPLE:

17      Q       And you said he was loud when he was

18  talking to you.

19      A       He wasn't that loud.  He got louder

20  when the manager came, and the security guard.

21      Q       But when he was talking to you, he

22  wasn't that loud?

Capital Reporting Company

Page 44

1       A    No, he wasn't yelling.  He was just --

2    obviously he was upset.

3       Q    Now, in your training about how to deal

4    with upset customers, you are trained that

5    sometimes customers will get upset; is that right?

6       A    Yes.

7       Q    Do they train you that sometimes

8    customers may get angry?

9       A    Yeah.

10      Q    And when customers get angry, do they

11   train you not to handle their transactions?

12      A    No.

13      Q    Okay.  What do they tell you to do?

14      A    Give them options, give them

15   alternatives.

16      Q    This particular case, when Mr. Banks

17   became upset, did you give him options?

18      A    I was willing to help to give him -- to

19   complete his transaction but because of his

20   attitude, he got the attention of my supervisors.

21   My supervisors came and obviously I was making the

22   decision of helping him as freedom to act, you

1    know, because I wanted to because I was asking him

2    questions and he answered me all his questions.   I

3    was willing to help him but then my supervisors

4    came and they knew what I was doing and they just

5    told me, you know, the policy and procedures.   And

6    obviously Valentina, she didn't make any

7    exceptions because of the losses of the bank.

8         Q     Because of the what?

9         A     The losses, the fraud.

10        Q     Did she tell as to why she didn't make

11   any exceptions?

12        A     She didn't tell me, but that's why.

13   When we don't make exceptions, that's why we don't

14   make exceptions, because depending on the losses

15   and the fraud that the bank has.

16        Q     Did you think that there was potential

17   fraud in what Mr. Banks was doing that day?

18        A     No.

19        Q     Did Valentina tell you that she thought

20   --

21        A     No.

22        Q     Let me finish the question -- there was

Capital Reporting Company

Page 46

1    potential fraud?

2        A      Never.

3        Q      Let me go to something.  I need to

4    understand something.  You said you were willing

5    to help Mr. Banks?

6        A      Yes.

7        Q      And you were asking him questions?

8        A      Yes.

9        Q      And when you asked him questions, did

10   he answer your questions?

11       A      Yes.

12       Q      Okay?  Did he say anything that would

13   lead you to believe that the account was not his

14   account?

15       A      No.

16       Q      And when Valentina -- is it Valentino

17   or Valentina?

18       A      Valentina.

19       Q      Valentina came over to you, you were in

20   the process of helping Mr. Banks?

21       A      Yes.

22       Q      Okay.  He had calmed down?

Capital Reporting Company

1    A    No, because if he would have calmed

2  down, then she wouldn't, she would just go away

3  and let me finish with the transaction.  But in

4  that case she was already involved in the

5  conversation, in the transaction, so that's why

6  she told me I'm your supervisor and you already

7  know the policy and procedures.

8    Q    What did she mean when she told you

9  that?

10    A    That we shouldn't make exceptions in

11  the bank because of the losses we already had in

12  the past.  And as my supervisor, she just told me

13  that.

14    Q    Ms. Fuentes, had you decided based upon

15  your questioning Mr. Banks that you were going to

16  make an exception for him?

17    A    Yes.

18    Q    Okay.  And at that particular point,

19  did you begin to process the transaction?

20    A    Yes.

21    Q    Did you complete processing the

22  transaction?

Page 48

```
1      A     No.

2      Q     Okay.  And so you did not call

3   Ms. Valentina over to you, did you?

4      A     She came to me because she heard

5   arguments and she heard that Mr. Banks was kind of

6   arguing with me or something because that was -- I

7   was -- I tried to help him when I saw how upset --

8   he was already upset and that's why he got

9   Valentina's attention so that's why she came.

10     Q     You said he wasn't really upset?

11     A     Yes, because I requesting a second form

12  of I.D., some customers, they get upset because of

13  that because they feel criminals, they feel like

14  we're treating them, we're treating them like

15  that, that's how they feel.

16     Q     So when she came over to you, she

17  stopped you from helping him?

18         MS. FREDERICK:  Objection.  You can

19     answer.

20     A     I don't remember what time of the

21  transaction.  I reverse the transaction.  All I

22  remember is I tried to help Mr. Banks, that's all.
```

1    Q    But she came over to you?

2    A    I said I cannot remember every detail

3    like what time she came in, like if I was doing

4    the transaction and she interrupted me, I don't

5    think she would do that.

6    Q    Well, she came over to you without you

7    calling her, that's what happened, right?  Yes?

8    A    Yes.

9    Q    Okay.  And when she came over to you,

10   you were in the process of making an exception for

11   Mr. Banks; is that correct?

12   A    Yeah.  I was checking his account while

13   he was arguing, while he was expressing his -- I

14   don't know, he was mad or something.

15   Q    When you say you were checking his

16   account, you were checking it on the computer; is

17   that correct?

18   A    Yeah, the system that we use.

19   Q    Is that system at the teller window?

20   A    Yes.

21   Q    Okay.  And so while you were checking

22   that system, how long did it take you to check

## Capital Reporting Company

1    that out?

2        A        We used to have an old version of the

3    computer so it took us longer to do it because we

4    used codes and numbers to go to the transaction

5    history.

6        Q        About how long did it take?

7        A        I don't remember.

8        Q        It take more than five minutes?

9        A        No.

10       Q        Three minutes?

11       A        Maybe, yeah, yes.

12       Q        And during that three minute time

13   period, was Mr. Banks talking to you?

14       A        Yeah.  He was upset because he couldn't

15   give me the I.D.

16       Q        Okay.  So let me try and make sure this

17   is clear.  You go in the system.  When you go in

18   the system, you're asking him questions; is that

19   right?

20       A        Yeah.

21       Q        Are you asking him questions as you

22   look on the system?

Page 63

1      A      Because I saw them and I heard them

2   saying that, like, the assistant manager told

3   Valentina to make a report.

4      Q      Are you required by the policies and

5   procedures to do an incident report when you have

6   an incident with a customer?

7      A      The teller -- not the tellers.  If it's

8   a robbery, yes, because we have to give details

9   because obviously it's 80 percent contact with the

10  teller only so that's when we tellers, we give

11  report and we give details.

12     Q      Otherwise, is it the head teller who

13  has to give the incident report, prepare an

14  incident reported?

15     A      Yes, because she's a supervisor of the

16  tellers.

17     Q      Do you know if, other than Valentina,

18  if anyone else gave a statement?

19     A      The security guard, they have to make a

20  report.

21     Q      Did you see the security guard

22  statement?

Capital Reporting Company

Page 64

1    A    No.  I didn't see none of the reports.

2    Q    Did anyone from this management with

3    the bank discuss this incident with you?

4    A    With me, no.

5    Q    Do you know if any discussed it with

6    anyone?

7    A    Not that I know.

8    Q    You are aware that there was a video

9    camera at the bank that day?

10   A    That's correct.

11   Q    And did you see the video?

12   A    No.

13   Q    Do you know if anyone saw the video?

14   A    I assume the manager maybe, but I'm not

15   sure.  I don't know.

16   Q    Okay.

17   A    I didn't know that this thing was going

18   on, just I found out like maybe few weeks ago,

19   maybe.

20   Q    Did you know that Mr. Banks had been

21   arrested that day?

22   A    Arrested?  I didn't see it because

Capital Reporting Company

Page 65

1    after they took him out of my window, I kept

2    helping the customers and they just took him

3    probably to the other part of the lobby.

4        Q    You said they took him out.  Who is the

5    "they" that you're referring to?

6        A    I remember that my manager was in front

7    of me, Mr. Banks was there.  The security guard

8    came and they just walk out.  I don't know if they

9    exit the bank, the branch or they stay in or they

10   were talking, I don't know.

11       Q    Did you see Mr. Banks again that day

12   after he left your window?

13       A    No.

14       Q    Did you ever learn that he had been

15   arrested?

16           MS. FREDERICK:  Objection.  Asked and

17       answered.  You can answer again.

18       A    Yes.  They told -- we were talking

19   about it like after we finished that day because

20   it was Saturday and we're usually done by

21   2 o'clock and after that sometimes we get together

22   and we talk about incidents that happened there.

Capital Reporting Company

Page 6

1    But I just, I just heard.

2        Q    Who told you about the incident that

3    day?

4        A    They were all talking between each

5    other, the assistant manager, the manager,

6    Valentina, but I didn't get involved in the

7    conversation, I just heard them.

8            I didn't really pay attention to that

9    incident because all I was doing is trying to help

10   the customer and then if I couldn't control that

11   incident, then I will give it to the manager or

12   someone that's in charge of the branch.

13           MR. TEMPLE:  Take a brief break.

14           MS. FREDERICK:  Are you almost done

15      with her?

16           MR. TEMPLE:  Yes.

17           (Whereupon, there was a break from 2:56

18   p.m. until 3:03 p.m.)

19   BY MR. TEMPLE:

20       Q    I'm going to show you the original

21   document here and this deposit slip here?

22       A    This is not my handwriting.

Page 6

```
 1        Q     Okay. That's not your handwriting.

 2        A     No, this part right here, yeah.  This

 3   is not.  So he filled all this out and all I

 4   recorded was this part right here, first part

 5   about the I.D.

 6        Q     Okay.

 7        A     Who wrote that there?

 8        Q     Turn over to the back, please.  Do you

 9   see that on the back?

10        A     Yes.

11        Q     Now, that's a validation stamp?

12        A     Yes, it is.

13        Q     Can you read, please, what it says?

14        A     It says --

15        Q     Line by line?

16        A     First line, cash check, cash

17   checking/savings withdrawal, transaction number is

18   139.

19        Q     It says cash.  Say it again, what does

20   that say?

21        A     Check, cash check/savings, checking,

22   slash, either, because it could be either checking
```

Page 68

1  or savings account.  And then at the end it has a

2  transaction number which is 139.  Then the second

3  line is for the entity, for the State, which is a

4  D.C. account.  And 3018001 is the banking center

5  or the branch call center number and then 004 is

6  the teller number and the teller MBK34PK is teller

7  four which is my MBK, has a date 06/17/2002.

8  Because Saturdays is not a business day so

9  obviously it's going to print for that Monday's

10  date.

11          The third line, it says it's a D.C.

12  account and the routing No. 540500138, account

13  001920972903.  The fourth line is saying the check

14  number and this is a counter document so it's

15  zero.  The last line has the date the transaction

16  took place and the time which is 06/15/02, at

17  10:55 a.m., the amount, a thousand dollars.

18     Q    So when you validated that, did you

19  know -- On this sheet here, can you explain what

20  this second sheet is?

21          MS. FREDERICK:  Sheet meaning the

22          deposit slip?

Page 68

1    or savings account.  And then at the end it has a

2    transaction number which is 139.  Then the second

3    line is for the entity, for the State, which is a

4    D.C. account.  And 3018001 is the banking center

5    or the branch call center number and then 004 is

6    the teller number and the teller MBK34PK is teller

7    four which is my MBK, has a date 06/17/2002.

8    Because Saturdays is not a business day so

9    obviously it's going to print for that Monday's

10    date.

11          The third line, it says it's a D.C.

12    account and the routing No. 540500138, account

13    001920972903.  The fourth line is saying the check

14    number and this is a counter document so it's

15    zero.  The last line has the date the transaction

16    took place and the time which is 06/15/02, at

17    10:55 a.m., the amount, a thousand dollars.

18    Q    So when you validated that, did you

19    know -- On this sheet here, can you explain what

20    this second sheet is?

21          MS. FREDERICK:  Sheet meaning the

22          deposit slip?

Capital Reporting Company

1      A      The second sheet or deposit slip is a

2   business account deposit slip, a pre-printed

3   business account deposit slip saying that his

4   deposit is $700 in cash to the business account.

5   So that explained to me that he is making a

6   withdrawal of a thousand dollars from his account

7   and depositing to his business account as cash,

8   $700, and take the rest back.

9      Q      And it's your testimony that he -- did

10  he give you the deposit slip when he gave you the

11  debit slip?

12         MS. FREDERICK:  Objection.  Asked and

13         answered.  You can answer again.

14     A      At the same time?

15     Q      Yes.

16     A      No, he didn't.

17     Q      When did he give you the deposit

18  ticket?

19     A      Afterwards.  I don't remember what

20  time, how many minutes pass, but after.  That's

21  why I decided to make a transaction because he

22  wasn't taking the $1,000 out.

Reporting Company

1    Q      Okay. At some point, I gather
2  dispute between you and Mr. Banks was res
3  you had decided to give him, to do the
4  transaction?

5    A      Yes.

6    Q      Okay.

7    A      You say it was resolved?

8    Q      Yeah.

9    A      It was resolved but he was still upset
10  meaning I was still helping him but he was still
11  upset because I asked for the second form of I.D.
12  and he felt like I didn't want to help him because
13  I was discriminating him.

14    Q      But you didn't need a second form of
15  identification once you learned that he was doing
16  a --

17    A      I still needed it because he was doing
18  a withdrawal, he was using a withdrawal slip and
19  our records show it was a withdrawal.

20    Q      Of a thousand dollars?

21    A      Yes.

22    Q      And a deposit of $700?

1    A    Yes, yeah.  But I needed to record the

2    I.D. on the document which is right here.  I

3    needed to write it, hand write is because this

4    piece of paper goes to the proof department.

5    There's some other people working there making

6    sure this transaction go through.  So I had to

7    record the I.Ds.

8        Q    I'm a little confused.

9        A    I have to, but I was helping him do a

10   transaction.  Even though he was going to make a

11   deposit, I was willing to do it, I was willing to

12   help him because I had already knew that he was

13   the correct customer in front of me, he was the

14   owner and everything because we also verify that

15   he's the owner of the account.

16       Q    Okay.  So you know he's the owner of

17   the account, the correct customer, and you have

18   discretion to do that transaction based upon what

19   you just said?

20       A    Yes, based upon the, that information I

21   get.

22       Q    Okay.  Then --