# EXHIBIT D





Each private detective and security officer must carry this Certificate of Authority on his or her person while on official business.

This card must be displayed upon the request of any person with whom such private detective or security officer may have contact in connection with carrying on the business of a private detective or security officer.

CITIZENS NOTICE: The bearer is not a police officer and only has the power of an ordinary citizen.

P.D 622 REV 8/95

Signature of Licensee

Name and Mailing Address of Licensee
George S. Banks
7705 Georgia Avenue, NW Ste 212
Washington, DC 20012