# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GEORGE BANKS.** | * | |
| **Plaintiff** | * | Case No. 05-CV-0168-HHK |
| v. | * | |
| **BANK O F AMERICA, NA** | * | |
| **Defendant** | * | |
| | * | |

### AFFIDAVIT

I, George Banks, do solemnly swear and affirm that the following statements are true and correct, to the best of my recollection

1. My name is George S. Banks, and I am the owner, Chairman and CEO of Sentry Security International, Inc., headquartered in Washington, D.C. I hold a licenses as Private Detective and as a Detective Agency owner from the District of Columbia government agreement.

2. I have a bachelors degree in Justice Studies from Rhode Island College.

3. I started my business in July, 1999 and opened accounts at Bank of America (then Nations' Bank) in 1999 at its Silver Spring Branch and later at 15th Street and Pennsylvania Avenue, N.W. DC Branch.

4. On June 15, 2002 I went to the BOA branch at 1835 Columbia Road , NW to conduct a business transaction; I withdrew $1,000 from one account and transferred $700 of that money to another business account and intended to withdraw $300. This was a paper transaction involving my business account, at no time did I present a check for deposit and to withdraw from.

5. I provided the teller with completed withdrawal and deposit forms simultaneously because I was not withdrawing $1,000 that I was moving $1,000.00 from one account, depositing $700 and withdrawing $300.00.I also gave the teller my Rhode Island driver's license. She then immediately requested an additional form of identification. I then gave her my Private Detective Agency License, which was in the company's name.   I travel with this photo identification at all times. It states "Metropolitan Police Department Security Officers Management Branch: Private Detective. It is also critical to my business that I maintain a crime free background.

Page 1 of 3

6. After I provided the teller my second piece of identification, she started to process the transaction and was getting ready to give me $300, at which time walked towards and intervenes stating that I did not look like I owned the business. This person appeared to be white and/or Hispanic to me. She did not look or sound like an African.

7. I responded with a question about the way that owners of these types of businesses look. She then stated that she was not going to honor my transaction, I was shocked and responded that the transaction was completed; I told her that I I had given the identifications and that I had three accounts at the bank: savings, checking and a CD account and I didn't know why I couldn't get my money.

8. At no time did I yell or scream at the bank teller or at the other woman who came to her window.

9. After the other woman intervened, the teller returned my two IDs and the forms that I had completed, pushing them back toward me. I continued to insist however, that they honor my transaction and give me my money, the teller refused.

10. Almost immediately a white male off-duty police officer approached me and threatened to arrest me because I was insisting that the bank honor my transaction.

11. The Bank Manager then came to the window and asked me to sit down at one of the nearby desks, which I did. He then spoke briefly with the teller. He never asked to see my identification, never one sat down with me or engaged me in any conversation, and he never asked me any questions.

12. While I was seated the off duty police officer and the bank's security guard stood very close to me. While there I attempted to explain to them that this should not be happening to me a customer and had money in three different accounts.

13. Within minutes, the bank manger came to where I was seated and ordered the Bank's security guard to "get him (me) out of the bank."  I couldn't believe this was happening.

14. At that point I was handcuffed by the Bank's security guard and the police officer and charged with Disorderly Conduct. I was taken to the Third Police District and held for five (5) hours. I had never been arrested before this.

15. I was required to retained legal counsel and fight these bogus criminal charges.

16. There was a video tape which the Bank gave the prosecution. Upon reviewing the video tape, charges against me were no "papered".

_____
George Banks

On this 22 day of February, 2007, before me, the undersigned, personally appeared George Banks, who, I am satisfied, is the person who signed the foregoing instrument.

My commission Expires: May 20, 2007

_____
Notary Public

HERNAN E. SICILIANO
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 20, 2007

Page 3 of 3