# EXHIBIT F

**SENTRY SECURITY INTERNATIONAL, INC.**
202-291-8030
7705 GEORGIA AVE.
SUITE 212
WASHINGTON, DC 20012

**DEPOSIT TICKET**

DATE 06-15-02

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

CURRENCY ▶ 700 00
COIN ▶
CHECKS ▶

USE OTHER SIDE FOR ADDITIONAL LISTING. BE SURE EACH ITEM IS PROPERLY ENDORSED.
TOTAL ITEMS 1

TOTAL FROM OTHER SIDE ▶
$ 700.00

**Bank of America**
ACH ID 054001204

⑈:503010050⑈: 0019202171 18⑈"

---

**Bank of America**

**Checking / Savings Withdrawal - DC**    **DEBIT**

Not Negotiable - Withdrawals are permitted only through Payment to the depositor

Date 06-15-02

Name and Address SENTRY SECURITY INTL
7705 GEORGIA AVE
SUITE 212 WASH, DC 20012
Telephone No. (202) 291-8030

ONE THOUSAND 0/100 Dollars

Save time in line and help us avoid errors. The next time you make a withdrawal, please use your pre-printed withdrawal slips for your account.

X _____
Customer Signature

Total Withdrawal  $ 1000.00

Iss. by RT    Type DL
Iss. Date        Exp. Date 9/24/05 Alice
ID # 4010286    Metropolitan
2ND ID/TYPE

Account Number  0019 20972903

⑈:540500138⑈:



```
CASH CHK/SAV WD - HOLD                     119
NDC 20180001   004  MEDICAL        06/17/02
NDC 540300138 ACCT#01920972703
CK# 0                              $1,030.00
06/15/02 10:55 AM
```