# EXHIBIT H

## Capital Reporting Company

**DISK ENCLOSED**

Page 1

1    IN THE UNITED STATES DISTRICT COURT OF THE

2                    DISTRICT OF COLUMBIA

3                      CIVIL DIVISION          ORIGINAL

4    ---------------------------------:

5    GEORGE BANKS                      :

6              Plaintiff             : Case No.

7         v.                         : 05-CV01688

8    BANK OF AMERICA, ET AL           :

9              Defendants            :

10   ---------------------------------:

11                       Washington, D.C.

12                       Monday, July 17, 2006

13   Deposition of:

1                 VALENTINA ELEBESUNU,

15   called for oral examination by counsel for

16   Plaintiff, pursuant to notice, at the Temple

17   Law Offices, 1229 15th Street, N.W., Washington,

18   D.C. 20005, before Sheri C. Stewart,

19   Registered Professional Reporter and Notary

20   Public in and for the District of Columbia,

21   beginning at 3:25 p.m., when were present on

22   behalf of the respective parties:

Greenbelt, MD (301) 345 - DEPO
www.CapitalReportingCompany.com
We Never Take Your Business For Granted!
Alexandria, VA (703) 684 - DEPO
Tysons Corner, VA (703) 684 - DEPO

1    Q    Where?

2    A    The customer orders them and they're

3  actually mailed to him.

4    Q    So on this particular day, June 15, the

5  customer would have come into the bank, he would

6  have more than likely had this slip in his

7  possession; is that correct?

8    A    Rephrase your question.  Are you asking

9  whether he had it or more than likely he had it?

10    Q    Asking more than likely he had it.

11    MS. FREDERICK:  Are you talking about

12  Mr. Banks or any customer?

13  BY MR. TEMPLE:

14    Q    This particular customer, this

15  particular form.

16    A    I saw that with him.

17    Q    Yes.  Okay.  When you saw it with him,

18  what do you mean?

19    A    I saw it with him.  He had that with

20  him, okay.  He had it in his hand.

21    Q    Okay.  So when he had it in his hand,

22  did he have Exhibit 2A here as well?

Page 28

1           MS. FREDERICK:   2B.

2      A     At the time I saw him, he had that in

3  his hand, produced that.  This was with the check

4  on the table.

5      Q     Let me come back to that.  So, but to

6  be sure, this Exhibit 2A is not something that,

7  for this particular corporation, this is not

8  something that you or Ms. Fuentes would have had

9  in some type of supply or on hand; is that right?

10     A     That's true.

11     Q     Okay.  Do you know whether Mr. Banks

12  produced to Ms. Fuentes Exhibits 2A and B

13  simultaneously or not?

14     A     He did not.

15     Q     Okay.  How do you know that?

16     A     Because I'm the head teller, I listen.

17  I'm listening to everything that's going on.  I

18  saw -- I heard the discussion, the discussion on

19  the check when I heard it required him two I.Ds in

20  order to cash the counter document and I heard

21  conversation back and forth from him.

22           When I finished with my customer, I

Capital Reporting Company

Page 29

1    went over there to help her out.  I'm her

2    supervisor so I went over there to help her out

3    and to see exactly what is going on.  She showed

4    me this, and she said he has one I.D.

5         Q    Exhibit 2B.

6         A    Counter document.

7         Q    Yes.

8         A    He wants to cash his check.  We have

9    one I.D.  So I said do you have a second I.D., he

10   said no.  Then I said, okay, do you have a check,

11   your own personal check, he showed me that, I said

12   okay, not that, but an actual check, because if

13   you have an actual check with your name on it

14   already printed on it and you want to cash that

15   out for a thousand dollars, we only require one

16   I.D.  He says he does not have it.

17        Q    All right.  Let me rewind for a minute,

18   okay?  Let me go back to this day and let me go

19   back to you were working at that teller window

20   directly next to Ms. Fuentes.  You had a customer

21   that you were seeing at that time?

22        A    Yes.

Page 30

1      Q      Okay.  And was there someone working to

2  the window to your left?

3      A      Yes.

4      Q      Who was working there?

5      A      Her name is Doris, that's her first

6  name, I don't remember her last name.  Her name

7  was Doris.

8      Q      What was her race?

9      A      Say that again?

10     Q      What was her race?

11     A      She's Spanish.

12     Q      You don't remember her last name?

13     A      I don't remember her last name.

14     Q      Were there any other tellers other than

15  Doris?

16     A      Yes.

17     Q      Who else?

18     A      Next to Doris was Marco.

19     Q      Um-hum.

20     A      Next to Marco we had Alicia.

21     Q      Last name?

22     A      Alicia, I don't know her last name.

1    Q    Any other last names?

2    A    I don't know them. I knew them all but

3    it's been a while. And then next to her we had,

4    again, I don't remember her last name. I don't

5    remember her last, I don't remember her first name

6    at all. She's still with the bank but I don't

7    know, I can't recall her name.

8    Q    Did you see Mr. Banks when he

9    approached Ms. Fuentes?

10    A    I didn't see him approach. I saw him

11    when he was already there at the window.

12    Q    Okay. What drew your attention to him?

13    A    What drew my attention wasn't to him.

14    I was listening to what Roxanna was saying, okay,

15    and I was hearing him also asking her back and

16    forth about one I.D.

17    Q    Okay.

18    A    And he only has one I.D., he has to

19    cash his check.

20    Q    Why don't you tell me what you heard

21    before you intervened from him and her?

22    A    Was we can't cash the check, we need

1   two I.Ds to cash a check.  I remember hearing

2   that.  Again, I'm not verbatim but that's what I

3   heard.  Next thing I heard was, you know, I've

4   cashed, I've done this before with one I.D. and

5   then Roxanna saying, yes, but have you done it

6   before but we require two I.Ds in order to cash a

7   counter document.  I remember him saying, "what do

8   you mean counter document", I remember that much.

9          And she explained it was one of the

10  checks he picked up at the bank, I remember that.

11  And then I just remember going back and forth,

12  saying the same thing, repeating the same thing.

13  And then I remember Roxanna trying to ask him some

14  questions, trying to ask him like the address, the

15  address, just she was trying to ask him some

16  questions about him, himself and the business

17  because she had the profile, she was asking him

18  questions about that.  That was when I came.

19     Q    When she was about -- how long had they

20  talked before you intervened?

21     A    I don't know.  I can't say.

22     Q    Five minutes, three minutes?

Page 33

1    A    Maybe like three, three, four minutes.

2    Q    And during the time that he was talking

3  to her, do you recall, did you hear what he was

4  saying?

5    A    Yes.  I heard partially what he was

6  saying, yes.

7    Q    And did he seem angry to you?

8    A    Yes.

9    Q    Why?

10    A    He was angry because his check was not

11  being cashed.

12    Q    What led you to believe that he was

13  angry?

14    A    Because he was raising his voice.

15        (Whereupon, there were discussions off

16  the record.)

17  BY MR. TEMPLE:

18    Q    Was his voice raised?

19    A    Yes.

20    Q    How loud was his voice.

21    A    Loud enough for me to hear them through

22  the window and we have glass in between.  And loud

## Capital Reporting Company

Page 38

because I know he's now there to take over because

it's Saturday, we have a line out the door.

3      Q      Did you hear her say anything to the

4  affect, Roxanna, that Mr. Banks doesn't look like

5  he could own that kind of business?

6      A      I never said that.

7      Q      Now, when you approached Roxanna, she,

8  to your knowledge, had not seen this deposit

9  sheet, Exhibit 2A?

10     A      I cannot say.  I cannot say for sure.

11     Q      During the time, up until the time that

12 you saw your manager, Mr. Banks had always had

13 this deposit sheet in his hand?

14     A      I saw it with him, yes.

15     Q      Okay.  Did you ever see Roxanna with

16 the deposit sheet?

17     A      I never saw her with it.

18     Q      In your experience, does the teller

19 have the authority to make an exception that would

20 allow him or her to cash a counter check for a

21 thousand dollars or less?

22     A      Rephrase the question, please.

Page 39

Q    Based on your training, your
experience, isn't it true that a teller has the
authority to cash a counter check for a thousand
dollars or less?

A    No.  A teller, their freedom to act,
what they can cash up to or make exceptions is
$750.

Q    What?

A    $ 750.  She has no authority to do
items over that.

Q    And in this particular case, did you
have any communication with Roxanna out of the
presence of Mr. Banks?

A    No.

Q    Did you tell Roxanna -- did Roxanna
tell you that she was going to make an exception
at any point in time?

A    No.  She can't, she can't make an
exception.  That's above her limit.

Q    Do you know whether she ever approved
the transaction prior to your involvement?

A    No.

Page 40

1    Q    Did she?

2    A    I don't know.  When you say "approve

3  it" --

4    Q    Did she ever say, okay, I'm going to do

5  this transaction, Mr. Banks?

6    A    No.

7    Q    Did you ever tell her to reverse the

8  transaction?

9    A    No.  If she cashed it, I did not see

10 that part.  When I was there it was because he was

11 raising his voice and I came around to give her

12 that support that one I.D. is insufficient.  We

13 require two I.D.s to cash the check.

14    Q    You talked to Mr. Banks directly?

15    A    Yes, I did.

16    Q    Okay.  What did he say to you?

17    A    At that point when I told him that --

18    Q    Why don't you, so that we're clear,

19 tell me what the conversation consisted of, what

20 he's talking to you about?

21        MS. FREDERICK:  Objection.  Asked and

22        answered.  You can answer it again.

Page 41

1       A       I told him this is a counter document,

2  we require two I.Ds to cash this.  I said do you

3  have a second I.D., no, he says no.  He has that

4  one I.D.  Then I said to him again, do you have a

5  pre-encoded check, do you have your own check with

6  you?  That is when I saw that in his hand.

7       Q       Other than that part of the

8  conversation, did you say anything, have any other

9  exchange between you and Banks?

10      A       No.

11      Q       How does it -- and it ends when the

12 bank manager comes?

13      A       When my bank manager came there, I

14 moved over.

15      Q       Did Mr. Banks stay there at the window?

16      A       He did.

17      Q       Was there a communication there between

18 your bank manager and Ms. Fuentes and Mr. Banks?

19      A       That part, I do not know.

20      Q       Okay.  Did you know --

21      A       Yes, he was.  They were talking, they

22 were talking.  I did not hear that part.

Page 44

1      A      No, I wasn't watching anymore.

2      Q      Did you see Banks again?

3      A      I did.

4      Q      When?

5      A      He was on the opposite side of the --

6   across the lobby.  I saw him in the cubicle there.

7   The personal banker was off that day, she was not

8   there.  I saw him there seated.  I saw my manager

9   there.  I say the security guard.

10      Q      So you saw Banks, the manager, and the

11   security guard.  How far is that from you, your

12   window?

13      A      One and a half lengths of this room,

14   yeah.

15      Q      The length this way?

16      A      No, I'm sorry.  Between here, here, so

17   one and a half.

18      Q      So it's at least somewhere between 15,

19   20 feet away?

20      A      Um-hum.

21      Q      What was the security guard doing?

22      A      He was standing up.

Page 45

1      Q      And where was he relative to where

2   Mr. Banks was?

3      A      Right beside him.

4      Q      Did you see anybody else at that point

5   in time other than the three persons that you just

6   mentioned, the bank manager, Mr. Banks and the

7   security guard?

8      A      I just took notice of -- again, the

9   lobby's full and I'm doing transactions and I'm

10  still supervising.  It's a busy center.

11     Q      But the security guard is sitting, Mr.

12  Banks is sitting and the bank manager is sitting;

13  is that correct?

14     A      No, he was standing.  I looked up,

15  that's what I saw.  I continued what I was doing.

16     Q      Did you see Banks again after that?

17     A      I saw him when I heard him say "you're

18  hurting me".

19     Q      And when was that?

20     A      I saw the security guard.  Again, it's

21  full and there were people in front of me so I

22  didn't see all of it.  I saw the security guard

**Capital Reporting Company**

1    and I saw, like he was against the cubicle.

2    That's all I could see.  And then next thing I saw

3    his hands were behind his back.

4         Q    He being against the cubicle, meaning

5    Banks?

6         A    Yes.

7         Q    Okay.

8         A    Was against the cubicle.

9         Q    Okay.  Can you describe that for me so

10   that, I mean, I can visualize what you're saying?

11        A    It's a clear plastic.  It has a frame,

12   wooden frame, and it's there to divide where the

13   chairs are.  The seats and the desk are on the

14   platform.  So it just gives the customer a little

15   bit of privacy when you're doing business with a

16   customer.  So it's a cubicle, like one entrance.

17        Q    Okay.  And when you say he was against

18   the cubicle, what do you mean?

19        A    The security guard was trying to get

20   his hands, that's all I saw.

21        Q    Where was Mr. Banks' hands?

22        A    Like this.

Page 47

1    Q    His hands were up in the air?

2    A    Like this. And he was, the security

3 guard had one hand, it was like he was trying to

4 get the other hand and he was resisting.

5    Q    Mr. Banks?

6    A    Yes, Mr. Banks.

7    Q    How do you know it was the security

8 guard?

9    A    It was the security guard because I

10 know him, he's been there for a while.

11    Q    Okay. And what was the bank manager

12 doing when the security guard was doing that to

13 Mr. Banks?

14    A    I just saw him like this.

15    Q    With his hands folded?

16    A    Yes.

17    Q    In front of his chest?

18    A    Yes, away from -- he backed off from

19 him.

20    Q    Okay. How far was he from Mr. Banks at

21 the time the security guard was attempting to

22 place handcuffs on Mr. Banks?

Page 48

| | | |
|---|---|---|
| 1 | A | Maybe about three, 3 feet. |
| 2 | Q | Okay.  Did he -- was he saying anything |

3   to the security guard?

| | | |
|---|---|---|
| 4 | A | I don't know.  I can't say.  Again, I |

5   continued with my business.

| | | |
|---|---|---|
| 6 | Q | And you could hear Mr. Banks from where |

7   you were --

| | | |
|---|---|---|
| 8 | A | Yes. |
| 9 | Q | -- say you're hurting me? |
| 10 | A | I heard it twice. |
| 11 | Q | Okay.  And he said that to the security |

12   guard?

| | | |
|---|---|---|
| 13 | A | I don't know who he was saying it to. |

14   He screamed it out twice.

| | | |
|---|---|---|
| 15 | Q | "You're hurting me, you're hurting me?" |
| 16 | A | Yes. |
| 17 | Q | Okay.  And you looked at that point in |

18   time?

| | | |
|---|---|---|
| 19 | A | Yes. |
| 20 | Q | And that's when you saw the security |

21   guard with one handcuff on him?

| | | |
|---|---|---|
| 22 | A | I didn't see the handcuff, I just saw |

Page 49

1    his hand.

2        Q    Okay.  You saw him holding Mr. Banks'

3    hand?

4        A    I saw handcuffs.

5        Q    Who had the handcuffs?

6        A    The security guard.

7        Q    Did the security guard normally have

8    handcuffs?

9        A    Yes.

10       Q    Do you remember whether there was a

11   handcuff on Mr. Banks at that time?

12       A    No, I don't remember seeing one.

13       Q    Do you know why he was being

14   handcuffed?

15       A    No.

16       Q    Did you ever ask anybody why he was

17   being handcuffed?

18       A    No.  Again, it's in the middle of the

19   day.  I was working.  Just because that's going

20   on, again, my manager's there, so I'm not going to

21   get involved in it.

22       Q    You never had a conversation with your

Page 56

1      A      No, I was shocked when I heard him say

2   that.

3      Q      And when you talked to Ms. Fuentes,

4   when you went off to talk to -- excuse me.  When

5   you left to talk to Fuentes about this

6   transaction, okay, did you immediately talk to

7   Mr. Banks?

8      A      No.

9      Q      Okay.  So you briefly talked to

10  Fuentes?

11     A      Yes.

12     Q      Did you ask her any questions?

13     A      I did.

14     Q      What did you ask her?

15     A      I asked her what's going on, what are

16  you trying to do, you know, and she tells me, I'm

17  trying to cash a check, I'm sorry, he wants to

18  cash a check.  It's above the thousand dollar

19  counter item, he only has one I.D.  That's the

20  conversation I had with her before I spoke to him.

21     Q      Did you ever see this -- let me see

22  that document for a minute.  Let me show you the

Page 57

1    original counter check.

2        A        Um-hum.

3        Q        What does that writing indicate?

4        A        That's an I.D. stamp telling us the

5    first I.D. and second I.D.

6        Q        Now, if a person only has one I.D.,

7    would a teller likely begin writing this document?

8        A        As soon as she's cashing the check,

9    that's what we're told to do, take it out, stamp

10   it, start the procedure.  One I.D., okay, second

11   I.D.  Because of the amount we needed a second

12   I.D.  So that's what she started to do.

13       Q        Okay.  Do you know, is there some

14   reason -- you see the writing here?

15       A        Yes.

16       Q        First line?

17       A        Um-hum.

18       Q        Did you ever see this document?

19       A        I did.

20       Q        Okay.  When I say "this document", you

21   saw this writing?

22       A        Yes.

Page 58

1    Q    Did you know what that "RI" meant?

2    A    Rhode Island.

3    Q    Did she tell you that?

4    A    No.  I know.

5    Q    Okay.  And where it says type detail,

6    did you know what that meant?

7    A    Yes, second I.D.

8    Q    What do you mean second I.D?

9    A    That's a second I.D.

10    Q    Sorry?

11    A    A second I.D.

12    Q    I don't understand.

13    A    You have a first I.D. that was

14    documented there.  That's a space for a second

15    I.D.  The second, right here, that's the place for

16    the second I.D.

17    Q    I'm talking about where it says type,

18    that's driver's license?

19    A    Oh, type is driver's license.

20    Q    Okay.  Where it says second I.D., type,

21    it says right here?

22    A    Yes.

Page 59

1    Q    Did you see this writing on this

2    document?

3    A    No.

4    Q    Do you know what it says?

5    A    Says Metropolitan Police.

6    Q    Have you seen these I.Ds before?

7    A    I have.  I don't work for the teller

8    line now so I can't describe it but when I was in

9    the teller line, yes, I did see them.

10    Q    And what does a Metropolitan work I.D.

11    mean?

12    A    It's like a police security I.D.  It's

13    laminated, has a picture on it.  I know that much.

14    It has an issue and expiration date on it.

15    Q    If you had a second I.D. here, what

16    would happen next?

17    A    If I had a second I.D., I would have

18    gone ahead and would have cashed the check.

19    Q    What would that process entail?

20    A    Typing in what we need to take out and

21    validating the item, put it back down, give the

22    cash over to the customer.

Capital Reporting Company

1      Q      Tell me what validation -- what does

2  that mean when you say validate?

3      A      We have a machine that actually, you

4  put the document in, that gives it a stamp.

5      Q      Why would a teller do that?

6      A      The teller was cashing a check, making

7  a deposit, something to show that she did that

8  transaction.

9      Q      So what significance is that?

10     A      We are tracing who did it to show it

11 was done, the time, where, when.

12     Q      So at some point -- this is a precedent

13 before any money is given?

14     A      No.

15     Q      No?

16     A      No.

17     Q      Why not?

18     A      Because the system that we had at that

19 time, you didn't need to type in an I.D.

20     Q      You didn't need to what?

21     A      You didn't need to type an I.D. into

22 the system. We had a system called PC Teller, you

**Capital Reporting Company**

Page 61

```
 1    didn't have to type in an I.D.  All had you to do

 2    was print the customer's information and you could

 3    go ahead and cash it.

 4          Q     But you still had to validate?

 5          A     You would have to validate it, yes.

 6          Q     And what I'm talking about is the

 7    validation as a condition, per se?

 8          A     Before the cash can leave the person's

 9    counter, yes.

10          Q     So when you -- and I don't know about

11    this banking system so you've got to explain it to

12    me.  When a person validates, this machine they

13    validate on, can you explain what type of machine?

14    Is that a computer?

15          A     You have a computer, but you have a

16    supreme --

17          Q     What?

18          A     You have a separate machine that's

19    hooked up to it and that's what you actually put

20    in.  It has a little slot and that's what you

21    actually put in that gives that stamp.

22          Q     Okay.  And after you do that, does the
```

Page 6

1        A        No.

2        Q        What was it?

3        A        My concern was because of the

4    repetitious questions, I need one I.D -- I'm

5    sorry, I only have one I.D. when I cash my check.

6    Anything above 500, we need two I.D.s.  This is a

7    counter document.  What do you mean by counter

8    document?  It went back and forth like that.

9    That's what concerned me.  That's why I knew, you

10   know, maybe she needed a supervisor there to

11   actually affirm, confirm what the bank requires.

12       Q        When she is talking to him, you never

13   heard him say or do you ever hear him say I'll be

14   depositing $700?

15       A        No.

16       Q        Okay.  And when you were talking to

17   him, do you ever hear him say I'm depositing $700?

18       A        No.

19       Q        Take a brief break.

20                (Whereupon, there was a break from 4:23

21   p.m. until 4:38 p.m.)

22   BY MR. TEMPLE:

Page 65

1    Q    Did you know that Mr. Banks was

2    arrested that day?

3    A    Yes, I did, um-hum.

4    Q    How did you know that?

5    A    It was at the end of the day.

6    Q    Do you know if the D.C. police came?

7    A    No, I don't know who came.

8    Q    What's the racial make up of your

9    customer base at that time?

10    A    At that time, I would say 70 percent

11    Hispanic, I would say 25 percent African, not

12    African American but African, and then 5 percent

13    Caucasian, white.

14    Q    And what was the racial make up of the

15    staff?

16    A    At that time, we had two of us that

17    were African American or African, as you say, and

18    the rest, everybody was Hispanic.

19    Q    Was Mr. Jordan Hispanic?

20    A    Yes.

21    Q    Have you ever seen a white or Hispanic

22    customer upset with the teller?

Page 66

1       A      Yes.

2       Q      Did you ever hear them raising their

3  voice with a teller?

4       A      Yes.

5       Q      And have you ever seen the security

6  guard handcuff a white depositor or customer

7  inside the bank?

8       A      No.

9       Q      You ever seen -- have you ever seen a

10  security guard handcuff a white depositor who was

11  loud or upset with a teller inside the bank?

12      A      No.

13      Q      Have you ever seen the security guard

14  handcuff a Hispanic customer who was having a

15  dispute with the teller?

16      A      No.

17      Q      This is the first time that you saw --

18      A      First time.

19      Q      -- a customer handcuffed by a security

20  guard?

21      A      Yes.

22      Q      Do you have a view as to whether or not

Page 67

1    that was right or wrong at that time?

2        A    No.

3        Q    You don't have a view?

4            MS. FREDERICK:  I would just object.

5        She said she didn't know he was arrested in

6        the end of the day.

7        A    I didn't know he was arrested, that's

8    one thing, yes.

9        Q    Did you have a view whether or not that

10    was right or wrong at that time?

11            MS. FREDERICK:  Objection.  You can

12        answer.

13            THE WITNESS:  I can?

14            MS. FREDERICK:  You can answer.

15        A    No.  But can I tell you the reason why?

16        Q    No.  What?

17        A    I didn't, I didn't have a view, no, I

18    didn't think about it.

19        Q    Okay.

20        A    No.

21        Q    Okay.

22        A    I just thought for him to be arrested,

Page 68

1    something happened I didn't see.

2        Q    Did he do anything when he was talking

3    to you that you thought that he was so wrong as a

4    customer that he should have been arrested for?

5        A    No.

6            MS. FREDERICK:  Objection.

7        A    No, I didn't see it.

8    BY MR. TEMPLE:

9        Q    Is there anything that you saw when you

10   were talking to Ms. Fuentes that would justify him

11   being arrested?

12       A    No, um-um.

13       Q    Now, if he had come in there and

14   presented both of these exhibits here, Exhibit 2A

15   and B simultaneously, what should that have told

16   the teller?

17       A    That the customer wants to cash and

18   deposit some of it and get some back.

19       Q    Um-hum.  For those circumstances, would

20   he had been required to present one or two

21   identifications?

22       A    Requires two I.Ds.

Capital Reporting Company

Page 69

1    Q    Still?

2    A    Yes.

3    Q    Okay.  You know of anyone at the

4    bank -- were you ever disciplined as a result of

5    this incident?

6    A    Me?

7    Q    Yes.

8    A    No.  I didn't hear what you said.

9    Q    Yes.  Were you ever disciplined as a

10   result of this incident?

11   A    No.

12   Q    Was Ms. Fuentes ever disciplined as a

13   result of this incident?

14   A    Not to my knowledge.

15   Q    What's his name, Jordan?

16   A    Mr. Jordan.

17   Q    Yes.

18   A    Not to my knowledge.

19   Q    Did the bank ever conduct an

20   investigation of this particular incident to your

21   knowledge?

22   A    No, no.  Other than when they contacted