# EXHIBIT I

1

WASHINGTON, D. C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

——————————————————X

GEORGE BANKS,                          :

                                          :

     Plaintiff,                        : Civil Action No.

vs.                                    : 02-2304-(RMU)

THE DISTRICT OF COLUMBIA,              :

     Defendant.                        :

——————————————————:

                                          X

Wednesday, January 7, 2004

Washington, D. C. 20005

The deposition of, GERMAN JORDAN, witness, was called for examination by counsel for the plaintiff, pursuant to notice, at the offices of Jeanette Henry, Esq., & Jared Ellison, 1200 G. Street, Northwest, Suite 370, Washington, D. C., before Sharon L. Banks, C.R., a notary public in and for the District of Columbia, commencing at 10:30 o'clock a.m., when were present on behalf of the respective parties:

Page 46

he handcuffed Mr. Banks?
A      Yes.
Q      Why don't you describe for me from the time Officer Tubbs came over to the personal bankers desk until he had Mr. Banks in handcuffs?
A      Okay. The officer came and asked him to leave. He would not. Then the officer told him that he was going to be arrested you know, if they kept arguing backwards and forwards. Then I guess Officer Tubbs sort of turned him around to handcuff him.
Q      While Mr. Banks was seated?
A      Well, he sort of got up.
Q      What do you mean "sort of got up"?
A      He was sort of I guess kind of trying to defend himself or something.
Q      I want you to tell me exactly what you observed?
A      He was sitting down. Mr. Banks was sitting down. The officer told him to get up you know and just you know, I guess sort of picked him up and as he was turning him around, to handcuff him, the -- Mr. Banks was fighting back.
Q      Okay. So the officer picked up

Page 47

1  Mr. Banks?
2  A      Sort of by the arms.
3  Q      By one or both arms?
4  A      By both -- by one.
5  Q      By one arm?
6  A      Yes.
7  Q      Mr. Banks was seated when the
8  officer first made contact with him?
9  A      Yes.
10 Q      You said Mr. Banks was fighting
11 back?
12 A      Mr. Banks; yes.
13 Q      How?
14 A      He was struggling, did not want to
15 be handcuffed, you know. So he was moving his hands,
16 fighting back.
17 Q      You have said -- what do you mean
18 moving his hands so that he is not handcuffed?
19        MR. BURKETT: Asked and answered. He
20 said fighting back.
21        MS. HENRY: Fighting back means a whole
22 lot of different things.
23        MR. BURKETT: That is fine.

Page 48

BY MS. HENRY:
Q      That is noted for the record. I will ask until I understand Mr. Jordan.
A      He was fighting back.
Q      Mr. Burkett understands about what that means. I don't.
A      Okay.
Q      So you will describe for me, what you mean by Mr. Banks was fighting back.
A      He was fighting back -- in other words can I show you?
Q      Yes, please.
A      Okay. As the officer was saying you have to go, come on, let's go, that is when Mr. Banks stood up and he was fighting back as the guy was trying to handcuff him, the guy was doing that, putting his hands up. (Indicating)
Q      Is that what he was doing? He was putting his hands up?
A      In front of his body.
Q      In front of his body?
A      Yes. And the officer was trying to pull his hands back which he was struggling with him.

Page 49

1  Q      For the record, you described --
2  well, your demonstration and you tell me if my
3  description is in any way inaccurate, that Officer Tubbs
4  held Mr. Banks by his arm, and told him to get up and he
5  is in motion getting up. He is holding him by his
6  hand. He is trying to get his hands around his back and
7  Mr. Banks is putting his hands in front of his body?
8  A      Correct.
9  Q      And how did, based on your
10 observation, how did the officer get to handcuff Mr.
11 Banks?
12 A      Oh, it was a matter of -- he was
13 bigger and stronger than Mr. Banks.
14 Q      So the officer put Mr. Banks'
15 hands behind his back?
16 A      Yes.
17 Q      Did the security guard, Mr. Wrice,
18 assist the officer?
19 A      Yes.
20 Q      How did he assist the officer?
21 A      They just held him back.
22 Q      He held back Mr. Banks?
23 A      Right.

Page 50

1  Q   Where was Mr. Wrice holding on to
2 Mr. Banks?
3  A   Well --
4  Q   What part of his body?
5  A   He was not holding on to his body.
6 It was pretty much the officer, as he was struggling, you
7 know, and he -- Mr. Banks was fighting back, you know,
8 trying to avoid from being handcuffed. He was sort of
9 in between them and he held his hands back and they
10 handcuffed him.
11  Q   Both of them were pulling his hands
12 back and Officer Tubbs just handcuffed Mr. Banks?
13  A   Right.
14  Q   All right. What happened next?
15  A   Mr. Banks was screaming and you
16 know, sort of kicking.
17  Q   Kicking?
18  A   Yes.
19  Q   Kicking who?
20  A   He was just trying to um, I don't
21 know. I guess just fighting back.
22  Q   He was just fighting back?
23  A   Yes.

Page 51

1  Q   Fighting who?
2  A   The officer. I guess he did not
3 want to be, you know, pulled out of the bank.
4  Q   How did Mr. Banks get from the
5 personal bankers desk to the outside of the bank?
6  A   As he was handcuffed, the officer
7 from behind, was sort of kind of pushing him a long the
8 way. He kept on trying to stop, you know, as he was --
9 just as he got close to the doors, he was putting his
10 feet I guess against the frame of the door so he would
11 not put him out of the bank.
12  Q   You stated he was putting his feet
13 against the frame of the door?
14  A   Yes.
15  Q   And his hands were handcuffed
16 behind his back?
17  A   Right.
18  Q   Where was the officer positioned
19 next to Mr. Banks?
20  A   Behind him.
21  Q   Behind him?
22  A   Right.
23  Q   Where was Mr. Wrice?

Page 52

1  A   Mr. Wrice was opening the door. I
2 don't know.
3  Q   I don't want you to guess. I want
4 you to tell me what you recall?
5  A   I don't know.
6  Q   You don't know?
7  A   I was focusing on what was
8 happening to Mr. Banks.
9  Q   So after Mr. Banks was handcuffed
10 and moved from the personal banker's desk area, did you
11 remain in that area to continue your observations or did
12 you follow them?
13  A   I sort of followed them.
14  Q   Okay. How far did you go?
15  A   I went all the way to the outside
16 of the bank.
17  Q   Uh, huh.
18  A   Where Officer Tubbs was waiting for
19 a police car.
20  Q   Okay. What happened out there?
21  A   Um, Mr. Banks kept on saying you
22 have not told them to arrest me or something to that
23 affect. You can tell him to let me go. You have not

Page 53

1 told him to arrest me. I said something to the affect
2 that just let him go. He told me no. It is a police
3 matter and he has been arrested.
4  Q   Did you remain outside the bank
5 until the transport vehicle came?
6  A   I stayed there for a few minutes. I
7 think, yes. I think, yes.
8  Q   You saw Mr. Banks being placed in a
9 transport vehicle?
10  A   No, I did not.
11  Q   Okay. From the time you heard
12 the raised voices while you were assisting a customer in
13 your office until the point where Mr. Banks was
14 handcuffed, approximately how much time had transpired?
15  A   Maybe fifteen minutes, 20 minutes.
16  Q   Fifteen, 20 minutes.
17     MR. BURKETT: No. Say that again?
18     THE WITNESS: Twenty minutes.
19     MS. HENRY: He said fifteen to twenty
20 minutes.
21     MR. BURKETT: I thought he said fifteen
22 to ten minutes.
23     MS. HENRY: No. Fifteen to twenty.