IN THE UNITED STATES DISTRICT COURT FOR THE COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **George Banks** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-CV-01688 HHK |
| | ) | |
| **Bank of America** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANT BANK OF AMERICA'S MOTION FOR
<u>SUMMARY JUDGMENT *NUNC PRO TUNC*</u>**

COMES NOW Plaintiff, George Banks, by and through undersigned counsel, and respectfully files this motion for Enlargement of Time to File Plaintiff's Opposition to Defendant Bank of America's Motion for Summary Judgment *Nunc Pro Tunc*.

Despite numerous attempts, Plaintiff was unable to reach Defendant's Counsel to obtain consent for the filing of this motion. Reasons in support of this motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/_____
Donald M. Temple #408749
1229 15th Street N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiff***

IN THE UNITED STATES DISTRICT COURT FOR THE COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **George Banks** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | 05-CV-01688 HHK |
| ) | |
| **Bank of America** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT BANK
OF AMERICA'S MOTION FOR SUMMARY JUDGMENT *NUNC PRO TUNC***

COMES NOW Plaintiff, George Banks, by and through the undersigned Counsel, and hereby submits this Memorandum of Points and Authorities in Support of its Motion for Leave to File Plaintiff's Opposition to Defendant Bank of America's Motion for Summary Judgment *Nunc Pro Tunc*. Plaintiff's Opposition was due on Wednesday, February 21, 2007

1. This case involves claims of customer discrimination and negligence against Bank of America ("BOA"). The nature of Defendant's arguments necessitated extensive research and review of BOA's policies and procedures, and review of the factual record. Additionally, and quite regretfully the company which was retained to scan Plaintiff's exhibits. The company failed to properly scan and redact the appropriate exhibits.

2. Plaintiff's research and review of the record should greatly assist the court in its consideration of the issues raised in Defendant's Motion.

2

**WHEREFORE**, Plaintiff respectfully urges this Court to grant this motion to allow Plaintiff 's opposition to be filed *Nunc Pro Tunc*.

                                                Respectfully submitted,

                                                /s/
                                        Donald M. Temple #408749
                                        1229 15th Street, N.W.
                                        Washington, D.C. 20005
                                        (202) 628-1101
                                        ***Attorney for Plaintiff***