IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A.,<br>Defendant. | §<br>§<br>§ | |

## ORDER

Upon consideration of Plaintiff's Motion For Leave to File Plaintiff's Opposition to Bank of America's Motion for Summary Judgment *Nunc Pro Tunc*, on this ____ day of _____ 2007.

It is **ORDERED**, that the above-referenced motion is **GRANTED**.

_____
Judge