IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE OPPOSITION NUNC PRO TUNC AND MOTION TO STRIKE**

Defendant, Bank of America, N.A. ("Defendant"), by its undersigned attorneys hereby files this Opposition to Plaintiff's Motion for Leave to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment Nunc Pro Tunc and moves to strike the opposition and states as follows.

Plaintiff has consistently failed to meet deadlines set by this Court. Defendant has been more than courteous in allowing Plaintiff to continually provide excuses to this Court for its failure to prosecute this case and gain extensions of time in which to file papers. A brief history of the deadlines and Plaintiff's failure to abide by them are set forth below and are important to this Court's decision on this matter.

On September 29, 2006, as a result of a discovery dispute, Magistrate Judge Kay ordered that discovery be extended in this case until December 1, 2006 and ordered that dispositive motions would be due on January 5, 2007, the responses to such motions were due on January 25, 2007 and any replies to be filed by February 9, 2007. Defendant timely filed its Motion for Summary Judgment on January 5, 2007. On the date on which Plaintiff's response to the dispositive motion was due, January 25, 2007, Plaintiff filed a Motion for an extension of time, citing, among other things, an illness and a vacation.

Defendant consented to the filing of the motion.  This Court granted that motion and gave Plaintiff and additional three weeks in which to file a response to Defendant's summary judgment motion.

Once again, on the date the response was due, February 16, 2007, filed a motion for a second extension of time until February 21, 2007.  This Court again granted the extension.  However, Plaintiff failed to file anything on February 21.  Then, five days later on February 26, 2007, Plaintiff filed a Motion for Leave to file its response to the summary judgment motion.  This Court denied that motion due to Plaintiff's failure to discuss the filing of the motion with opposing counsel as required by local rules.  The next day, on February 27, 2006, refiled the motion adding that Plaintiff attempted to contact Defendant's counsel, but was unsuccessful.

Defendant vigorously opposes the relief sought by Plaintiff.  Plaintiff has had seven weeks to file a response and has been given two extensions of time in which to file a response.  Further, the reasons set forth in Plaintiff's Memorandum in support of its Motion for Leave make absolutely no sense and simply highlight Plaintiff's complete lack respect for this Court by his failure to time file anything and his failure to properly prosecute his case.

This case should be dismissed on summary judgment.  Plaintiff has failed to file a timely response and does not have Defendant's permission for a third, after the fact, extension of time in which to file a response to the summary judgment motion.  Defendant filed a timely motion nearly two months ago and Plaintiff has only provided meritless excuses for his failure to timely file a response after being given TWO extensions of time to file that response and then failing to file any documents by the deadline.

Therefore, Defendant moves to strike the Opposition as untimely filed for all the reasons stated above.

WHEREFORE, for the reasons set above, Defendant Bank of America opposes Plaintiff Motion for Leave and respectfully requests that this Court strike Plaintiff's Opposition to the Motion for Summary Judgment.

                               Respectfully submitted,

                               /s/
                               Tessa Laspia Frederick (#465519)
                               Jessica A. duHoffmann (#476383)
                               MILES & STOCKBRIDGE P.C.
                               10 Light Street
                               Baltimore, Maryland  21202
                               (410) 727-6464

                               Counsel for Defendant, Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, pursuant to LCvR 5.4 that on the 1st day of March 2007, Counsel for Plaintiff, Donald Temple, Esquire, should receive electronic notice of the filing the foregoing **Opposition to Plaintiff's Motion for Leave and Motion to Strike** at TemplePC@aol.com, which e-mail address has been designated by Plaintiff's counsel to receive notices of electronic filings in this case.

                      /s/
                      Tessa Laspia Frederick (#465519)