## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXTEND TIME TO FILE REPLY TO
## OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant, Bank of America, N.A. ("Defendant"), by its undersigned attorneys hereby files this Motion to Extend Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment and states as follows.

In support of this Motion, Defendant refers the Court to the Memorandum in Support of Defendant's Motion to Extend Time filed contemporaneously herewith and incorporated herein.

As required by the Local Rules, Defendant's counsel did seek to obtain consent from Plaintiff's counsel for the relief sought in this motion by leaving a message with Plaintiff's secretary on March 6, 2007, but Plaintiff has not responded to the message.

WHEREFORE, for the reasons more fully set forth in the accompanying Memorandum, Defendant requests that its Motion to Extend Time be granted.

                                                Respectfully submitted,

                                                /s/
                                                Tessa Laspia Frederick (#465519)
                                                Jessica A. duHoffmann (#476383)
                                                MILES & STOCKBRIDGE P.C.
                                                10 Light Street
                                                Baltimore, Maryland  21202
                                                (410) 727-6464
                                                Counsel for Defendant, Bank of America, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to LCvR 5.4 that on the 7th day of March 2007, Counsel for Plaintiff, Donald Temple, Esquire, should receive electronic notice of the filing the foregoing **Motion to Extend Time to File Reply to Opposition to Motion for Summary Judgment** at TemplePC@aol.com, which e-mail address has been designated by Plaintiff's counsel to receive notices of electronic filings in this case.

_____/s/_____
Tessa Laspia Frederick (#465519)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION
TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION**

Defendant, Bank of America, N.A. ("Defendant"), by and through its undersigned attorneys, hereby files this Memorandum in Support of the Bank's Motion to Extend Summary Judgment and states as follows:

Defendant timely filed its Motion for Summary Judgment on January 5, 2007. Plaintiff was given two extensions of time to file an Opposition to this Motion, which resulted in Plaintiff being given eight weeks to file an Opposition. In the Order entered by Magistrate Judge Kay on September 29, 2006, the Court set the dates for filing dispositive motions, oppositions and replies. The Order provided that parties would have 15 days to file any Reply to an Opposition to a motion for summary judgment. In light of the fact that Plaintiff received numerous extensions of time to file his Opposition and because the original date on which replies were due became moot, Defendant respectfully requests that it be given the same amount of time in which to file its Reply to Plaintiff's Opposition to the motion for summary judgment as was originally allowed by this Court In September 2006.

This Court has now docketed the Opposition as being filed on March 5, 2007. Thus, Defendant seeks an Order allowing it to file a Reply on or before March 20, 2007, fifteen days after the Opposition was deemed filed by this Court.

                                            Respectfully submitted,

                                            /s/
                                      Tessa Laspia Frederick (#465519)
                                      Jessica A. duHoffmann (#476383)
                                      MILES & STOCKBRIDGE P.C.
                                      10 Light Street
                                      Baltimore, Maryland 21202
                                      (410) 727-6464

                                      Counsel for Defendant,
                                      Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, pursuant to LCvR 5.4 that on the 7th day of March 2007, Counsel for Plaintiff, Donald Temple, Esquire, should receive electronic notice of the filing the foregoing **Memorandum in Support of Motion to Extend Time to File Reply to Opposition to Motion for Summary Judgment** at TemplePC@aol.com, which e-mail address has been designated by Plaintiff's counsel to receive notices of electronic filings in this case.

                                      /s/
                                    Tessa Laspia Frederick (#465519)