IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, Bank of America's Motion to Extend Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment, and any opposition thereto, and for good cause shown, it is this ___ day of _____ 2007, hereby

**ORDERED** that Defendant's Motion to Extend Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment be and is hereby GRANTED, and it is further

**ORDERED** that Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment shall be filed on or before March 20, 2007.

Dated:_____     _____
                              Judge, United States District Court
                              for the District of Maryland