IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO STRIKE PLAINTIFF'S MOTION FOR RECONSIDERATION

Defendant, Bank of America, N.A. ("BOA"), by its undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(f) and 59(e) hereby moves to strike Plaintiff's Motion for Reconsideration of this Court's Order on BOA's Motion for Summary Judgment. In support of this Motion, BOA states as follows.

## PROCEDURAL BACKGROUND

BOA filed its Motion for Summary Judgment in this matter on January 5, 2007. After twice extending the time in which Plaintiff could file his response, Plaintiff filed an Opposition to the Motion for Summary Judgment on February 26, 2007. By Order of the Court, BOA filed its Reply to Plaintiff's Opposition on March 20, 2007.

On September 6, 2007, this Court filed a 14 page Memorandum Opinion and Order which entered judgment in favor of BOA on three (3) of the four (4) claims contained in Plaintiff's Complaint. The only claim remaining in this case is Plaintiff's §1981 claim. On December 5, 2007, a full three months after this Court issued its Memorandum Opinion and Order, Plaintiff filed a Motion for Reconsideration of the Court's Order.

## ARGUMENT – POINTS AND AUTHORITIES

BOA moves to strike Plaintiff's Motion for Reconsideration pursuant to F.R.C.P. 12(f) on the grounds that Plaintiff's Motion is untimely under F.R.C.P. 59(e).  As noted above, this Court granted BOA's Motion for Summary Judgment with respect to all but one of Plaintiff's claims on September 6, 2007.  Three months later, Plaintiff files his Motion for Reconsideration.  This Motion is untimely and should be stricken.  Rule 59(e) provides as follows:

> **Motion to Alter Amend Judgment.**  Any motion to alter or amend a judgment should be filed no later than ten (10) days after the entry of the judgment.

Pursuant to F.R.C.P. 54(a), the term "judgment" as used in the Federal Rules "includes a decree and any order from which an appeal lies."  Rule 54(a).  This Court's entry of judgment in favor of BOA in September 2007 is a judgment is an order from which an appeal lies.  Thus, under Rule 59(e), Plaintiff would have only had ten (10) days to file a Motion for Reconsideration of this judgment.[1]

Therefore, because the Plaintiff has filed this Motion for Reconsideration three months after the date on which this Court's Judgment Order on BOA's motion for summary judgment was entered by this Court, the Motion is untimely and should be stricken for Plaintiff's failure to file a motion for reconsideration within 10 days of the entry of the judgment.

## CONCLUSION

Based upon the foregoing, Defendant, Bank of America, respectively requests that this Court enter an Order striking Plaintiff's Motion for Reconsideration as untimely under the Federal Rules.

---

[1] Any party could also move under F.R.C.P. 60 seeking relief from a judgment order only if there were clerical mistakes in the judgment or for other reasons including inadvertence, surprise or excusable neglect.  However, none of those matters are at issue here.

                    Respectfully submitted,

                    _____/s/_____
                    Tessa Laspia Frederick (#465519)
                    Jessica A. duHoffmann (#476383)
                    MILES & STOCKBRIDGE P.C.
                    10 Light Street
                    Baltimore, Maryland 21202
                    (410) 727-6464

                    Counsel for Defendant,
                    Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, pursuant to LCvR 5.4 that on the 6th day of December 2007, Counsel for Plaintiff, Donald Temple, Esquire, should receive electronic notice of the filing the foregoing ***Motion to Strike Plaintiff's Motion for Reconsideration*** at TemplePC@aol.com, which e-mail address has been designated by Plaintiff's counsel to receive notices of electronic filings in this case.

                _____/s/_____
                Tessa Laspia Frederick (#465519)