# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendant, Bank of America, N.A.'s Motion to Strike and an opposition hereto, it is hereby

ORDERED, that Plaintiff's Motion for Reconsideration is hereby stricken as untimely under the Federal Rules of Civil Procedure.

_____
The Honorable Henry H. Kennedy
Judge, U.S. District Court