# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **GEORGE BANKS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.  05-01688** |
| ) | |
| ) | |
| **BANK OF AMERICA, N.A.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### PRAECIPE

Plaintiff, by and through undersigned counsel, hereby withdraws Plaintiff's December 5, 2007 Motion for Reconsideration of this Court's Order Granting in Part and Denying in Part Portion of Defendant's Motion for Summary Judgment.

Respectfully submitted,
**TEMPLE LAW OFFICES**

_____
Donald M. Temple, Esq.
1229 15th Street, NW
Washington, D.C.  20005
(202) 628-1101