UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE BANKS,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**BANK OF AMERICA, N.A.,**<br><br>　　　　　**Defendant.** | Civil 05-01688 (HHK)(DAR) |

**ORDER**

**REFERRING ACTION TO UNITED STATES MAGISTRATE JUDGE DEBORAH A. ROBINSON FOR THE PURPOSE OF MEDIATION**

　　It is this 8th day of December 2007, hereby

　　**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Deborah A. Robinson for the purpose of conducting mediation proceedings to conclude by February 7, 2008. The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge