**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO CONTINUE
STATUS CONFERENCE AND SET MEDIATION DATE**

Plaintiff, George Banks and Defendant, Bank of America, N.A., by their undersigned counsel hereby file this Consent Motion to continue the status conference set for January 28, 2008 and set a mediation in this matter before Magistrate Judge Robinson for February 6, 2008 at 3:30 p.m.

Respectfully submitted,

_____/s/_____                     _____/s/_____
Donald M. Temple, Esquire                                       Tessa Laspia Frederick (#465519)
Temple Law Offices                                                     Jessica A. duHoffmann (#476383)
1229 15th Street, N.W.                                               MILES & STOCKBRIDGE P.C.
Washington, D.C. 20005                                            10 Light Street
                                                                                    Baltimore, Maryland  21202
Counsel for Plaintiff                                                    (410) 727-6464

Counsel for Defendant,
Bank of America, N.A.