UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE BANKS,**<br><br>          **Plaintiff,**<br><br>      **v.**<br><br>**BANK OF AMERICA, N.A.,**<br><br>          **Defendant.** | Civil 05-01688 (HHK) |

**ORDER**

It is this 17th day of March 2008 hereby

**ORDERED** that the order requiring the filing of a joint pretrial statement docketed on March 14, 2008 [#46] is **VACATED**.

                                                                                                 Henry H. Kennedy, Jr.
                                                                                                 United States District Judge