# EXHIBIT A

RFP 0 0 0 0

**Bank of America**

Checking/Savings Withdrawal - DC

**DEBIT**

Not Negotiable - Withdrawals are permitted only through Payment to the depositor

Name and Address: SENTRY SECURITY INC
7705 GEORGIA AVE
STE 212 WASH, DC 20012
Telephone No. ( 202) 291- 8030

Date 06 - 15 - 02

ONE THOUSAND 0/100 Dollars

X _____ Customer Signature

Save time in line and help us avoid errors. The next time you make a withdrawal, please use your pre-printed withdrawal slips for your account.

Account Number

0019 20972903

Total Withdrawal $ 1000.00

Iss. by RT  Type D L
Iss. Date
ID # 4010 986  Exp. Date 09/29/05
2ND ID/TYPE    METROPOLITAN Police (metro Police ID)

For DC Use Only   87-14-30758 7-1999

⑆540500138⑆

**EXHIBIT**
3 Jenkins SUB
12-13-07

CASH CHK/SAV WD - HOLD
NBC  2018001  004  NBKO54L  06/17/02  139
NBC  549S00138 ACCT#3192/07.3P03
CK# 3                   $1,000.00
06/15/02 10:55 AM

SENTRY SECURITY INTERNATIONAL, INC.

202-291-8030
7705 GEORGIA AVE.
SUITE 212
WASHINGTON, DC 20012

**DEPOSIT TICKET**

DATE: 06-15-02

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

USE OTHER SIDE FOR
ADDITIONAL LISTING.
BE SURE EACH ITEM IS
PROPERLY ENDORSED.

TOTAL ITEMS

| CURRENCY ▶ | 700 00 |
| COIN ▶ | |
| CHECKS ▶ | |
| TOTAL FROM OTHER SIDE ▶ | |
| $ | 70 000 |

LIST CHECKS SINGLY OR ATTACH LIST

⑆5030 ⑈00 500⑆ 00 ⑈9 20 2⑈2 7⑈8 ⑈⑆

---

**Bank of America**

Name and
Address

SENTRY SECURITY INT.
7705 GEORGIA AVE.
STE 212 WASH, DC 20012

Telephone No. ( 202 ) 291-8030

Account Number

0019 2097 2903

⑆54 0500 ⑈38⑈⑆

---

**Checking / Savings Withdrawal · DC**    **DEBIT**

Not Negotiable - Withdrawals are permitted
only through Payment to the depositor

Save time in line and help us
avoid errors. The next time you
make a withdrawal, please use
your pre-printed withdrawal
slips for your account.

Date 06-15-02

ONE THOUSAND 0/100 ——————— Dollars

X _____
Customer Signature

$ 1000.00

Total Withdrawal