# EXHIBIT B

Case 1:05-cv-01688-HHK    Document 49-3    Filed 03/20/2008    Page 1 of 3

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")     Corporate Signature Card

Account Number ___ 001920972903 ___
Account Type ___ BUSINESS ECONOMY CHKG ___           ☐ Temporary Signature Card
Account Title ___ SENTRY SECURITY INTERNATIONAL INC ___

Name of Corporation ___ SENTRY SECURITY INTERNATIONAL INC ___
Tax Identification Number ___ 522190907 ___

By signing below, the above named Corporation agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, (3) the Miscellaneous Fees for Business Accounts and the Corporation further acknowledges the receipt of these documents.

**Substitute Form W-9.** Certification-Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

☐ Exempt (check if applicable)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (Typed or printed) | Title | Signature |
|---|---|---|
| 1. GEORGE BANKS | PRESIDENT/CEO | [signed] |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) I am the Secretary or Assistant Secretary of the Corporation named above, (2) the above named person(s) are those person(s) currently empowered to act under the Corporate resolutions authorizing this account and the other banking services provided for therein, (3) that the title and specimen signature set forth opposite the name of each person are true and genuine, and (4) the Substitute Form W-9 certification.

This ___ 14th ___ day of ___ July 2003 ___              ___ [signed] ___
                                                        Secretary/Assistant Secretary

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Signature _____     Title _____

**Bank Information**

Date ___ 07/14/2003 ___           Banking Center Name ___ 15TH & PENNSYLVANIA AVE NW ___
Associate's Phone Number ___ 202-624-4226 ___     Associate's Name ___ BRENDA H BURRELL ___
NDC
06-14-9999NF 08-2001

# Bank of America.

BANK OF AMERICA, N.A. (THE "BANK")

**Corporate Signature Card**

Account Number: 001920217115
Account Type: BUSINESS ECONOMY CHKG
Account Title: SENTRY SECURITY INTERNATIONAL INC

☐ Temporary Signature Card

Name of Corporation: SENTRY SECURITY INTERNATIONAL INC
Tax Identification Number: 522180807

By signing below, the above named Corporation agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, (3) the Miscellaneous Fees for Business Accounts and the Corporation further acknowledges the receipt of these documents.

**Substitute Form W-9. Certification** Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9.)

☐ Exempt (check if applicable)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title | Signature |
|---|---|---|
| 1. GEORGE BANKS | PRESIDENT/CEO | [signed] |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) I am the Secretary or Assistant Secretary of the Corporation named above, (2) the above named person(s) are those person(s) currently empowered to act under the Corporate resolutions authorizing this account and the other banking services provided for therein, (3) that the title and specimen signatures set forth opposite the name of each person are true and genuine, and (4) the Substitute Form W-9 is correct.

This 14th day of July 2003.

Secretary/Assistant Secretary: [signed]

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I am authorized by the resolutions which authorize this account hereby request the issuance of such cards to any of the authorized signers on this account.

Signature: _____  Title: _____

**Bank Information**

Date: 07/14/2003
Banking Center Name: 15TH & PENNSYLVANIA AVE NW
Associate's Phone Number: 202-624-4256
Associate's Name: BRENDA M BURRELL