# EXHIBIT C

Case 1:05-cv-01688-HHK   Document 49-4   Filed 03/20/2008   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE BANKS,              *

    Plaintiff,          *

v.                         *    Case No. 05-CV-01688-HHK

BANK OF AMERICA, N.A.,     *

    Defendant.          *

* * * * * * * * * * * * *

### AFFIDAVIT OF JOY WIMBERLY

State of Florida      )
                      ) to wit:
County of Broward     )

I, Joy Wimberly, being duly sworn, depose and say:

1. I am over eighteen (18) years of age, am competent to testify, and have personal knowledge of the matters contained herein.

2. I am employed as a Vice President in the Legal Order Processing area at Bank of America, N.A. ("BOA") located at 1425 N.W. 62nd Street, Fort Lauderdale, Florida 33309.

3. My present duties include, but are not limited to, the gathering of records, providing support to the legal department, organizing documents relating to litigation matters, and reviewing records related to litigation matters for the cases for which I am responsible and acting as custodian of records for those matters, including this lawsuit.

4. According to the business records of the BOA, which records are kept in the ordinary course of business, Sentry Security International, Inc. ("SSI") opened business account no. XXXXXX7118 in October 1999 and business account no. XXXXXX2903 in September 2001 (the "Accounts"). The Accounts were closed together in March 2004.

5. I have also reviewed the Corporate Signature Cards for the Accounts, true and correct copies of which are attached as Exhibit B to the attached Motion in Limine. The documents reflect that the cards were executed by Plaintiff as "President/CEO of SSI. These are the current signature cards on file for the Accounts at issue in this case and supercede all other cards.

6. I have also reviewed the "Certified Copy of Corporate Resolutions – Opening and Maintaining Deposit Accounts and Services" executed by Plaintiff, as "President/CEO" of SSI for the Accounts. These documents, true and correct copies of which are attached to the Motion in Limine as Exhibit D, are currently on file at BOA as the corporate resolutions received from Plaintiff for the Accounts.

7. In Paragraph 1 of the Corporate Resolutions, Plaintiff resolves that BOA is "hereby designated as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts...." Exh. D.

8. I have reviewed BOA's Deposit Agreement and Disclosures dated May 1, 2002 (the "Agreement"), a true and correct copy of which is attached to BOA's Motion in Limine as Exhibit E. This Agreement is the deposit agreement and disclosures applicable to all BOA business accounts in multiple states, including Washington, D.C., effective as of the date on the Agreement and is the Agreement applicable to the Accounts during June 2002, the time period relevant to the Plaintiff's Amended Complaint.

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

Dated: 3-20-2008

_____
Joy Wimberly, Bank of America

STATE OF FLORIDA, CITY/COUNTY OF BROWARD/FORT LAUDERDALE, SS:

I HEREBY CERTIFY, that on this 20th day of March, 2008, before me, a subscriber, a Notary Public of the State of Florida aforesaid, personally appeared Joy Wimberly who acknowledged the foregoing Affidavit to be his/her act.

AS WITNESS my hand and Notarial Seal.

_____
Eleanore J. Pierson
Notary Public

My Commission expires: 10/20/11

ELEANORE J. PIERSON
Notary Public, State of Florida
Commission# DD711724
My comm. expires Oct. 20, 2011

ND: 4831-0743-3730, v. 1      3