# EXHIBIT E

# Deposit Agreement and Disclosures

*Effective May 1, 2002*

**Bank of America.**

**Bank of America.**

bankofamerica.com

Bank of America, N.A. Member FDIC.
©2002 Bank of America Corporation.
♻ Printed on recycled paper.
91-11-2000B (5/02)

40745

# Table of Contents

**General Terms** .................................................................. 1
Changes to Agreement .......................................................... 1
Charging an Account ............................................................ 2
Closing an Account .............................................................. 2
Fees ................................................................................. 2
Information You Give Us ....................................................... 3

**Information About Customers** ............................................. 3
Bank of America's Privacy Policy for Consumers ..................... 4
Disclosing Information .......................................................... 4
Credit Reports and Other Inquiries ......................................... 5
Recording and Monitoring Telephone Calls ............................. 5
Release of Information .......................................................... 5
Sharing Information with Affiliates ......................................... 5

**Ownership of Accounts** ..................................................... 6
Joint Accounts ................................................................... 6
"Payable on Death" Accounts ............................................... 7
Business and Other Nonpersonal Accounts ............................. 8
Transferring Ownership ........................................................ 8

**Checking and Savings Accounts** ......................................... 9
Checking and Savings Accounts ............................................ 9
Eligibility for Interest Checking ............................................. 9
Account Conversions ........................................................... 9
Transaction Limits for Savings Accounts ................................ 10

**Time Deposit Account** ....................................................... 10

**Interest on Your Funds** ..................................................... 13
Interest-Bearing Checking and Savings Accounts .................... 13
Time Deposits .................................................................... 13

**Balance Information** .......................................................... 14
Balance Waivers ................................................................. 14
Combined Balances ............................................................. 15

i

**Statements and Notices** ........................................ 16
Statements ........................................................ 16
Notices ............................................................ 18

**When Funds Are Available For Withdrawal** ...... 18

**Insufficient Funds - Overdrafts**
Overdraft Fee ...................................................... 22
Overdraft Protection Plans ........................................ 23

**Electronic Banking Services** ............................ 24
General Information ................................................ 24
Cards for Personal Accounts ...................................... 24
Cards for Business Accounts ...................................... 25
Access ID .......................................................... 25
Online Banking and Bill Payment Services ........................ 26
Telephone Fund Transfers .......................................... 27
Electronic Banking Disclosures .................................. 27

**ATM Safety Tips** ............................................ 32

**Funds Transfer Services** .................................. 33
Fedwire ............................................................ 33
Sending Funds Transfers .......................................... 34
Receiving Funds Transfers ........................................ 34
ACH Debits and Credits ............................................ 36

**Protecting Your Account** ................................ 37
Cellular or Cordless Telephones .................................. 37
Change of Address ................................................ 37
Fingerprinting .................................................... 38
Examining Statements and Reporting Problems ...................... 38
Helping to Prevent Fraud .......................................... 40

**Processing Transactions** ................................ 41
Cutoff Time for Receipt of Orders ................................ 41
Paying Checks and Other Items .................................... 41
Returned Items .................................................... 42
Deposits .......................................................... 43
Withdrawals ...................................................... 48

**Additional Terms and Services**
Automatic Transfer Service ........................................ 52
Business Days ...................................................... 52
Check and Deposit Slip Forms ...................................... 53
Check Copies ...................................................... 53
Check Safekeeping Service .......................................... 54
Circumstances Beyond Our Control .................................. 54
Conflicting Claims About Your Account ............................ 55
Death or Incompetence ............................................ 55
Indemnification .................................................... 56
Legal Process ...................................................... 56
Notice of Withdrawal .............................................. 56
Power of Attorney .................................................. 57
Right of Setoff .................................................... 57
Stop Payment Orders and Postdating Orders ........................ 58
Sub-Accounts ...................................................... 58
Telephone Banking ................................................ 61
Treasury Management Services ...................................... 61
Unclaimed Property ................................................ 62
Waiver and Severability ............................................ 62

**Tax Information** .......................................... 63
Penalties .......................................................... 63
............................................................ 65

**Resolving Disputes** ........................................ 67

ii

iii

# General Terms

Welcome to Bank of America, and thank you for opening an account. Please read this agreement carefully and keep it for your records.

This publication and the applicable Schedule of Fees are part of the contract between you and us (the "Agreement") for your deposit relationship with us. When you open a deposit account with us, you agree to the terms and conditions described in this Agreement. Our deposit relationship with you is that of debtor and creditor. This Agreement and the deposit relationship do not create a fiduciary, quasi-fiduciary or special relationship between us.

We have banking centers in many states. This Agreement describes our deposit accounts and some related services that are available at our banking centers in the state or states listed in the Schedule of Fees for your account. Some accounts and services described in this publication may be available in other states as well, but not necessarily in every state.

Your and our rights and obligations under this Agreement are governed by and interpreted according to the laws of the state where we open your account and federal law. If state and federal law are inconsistent, federal law governs.

Throughout this Agreement, the words "you," "your" and "yours" refer to each account owner. "Bank of America," "we," "us," and "our" refer to Bank of America, N.A. "Banking center" refers to a branch of Bank of America.

We provide a copy of this Agreement to you when you open your account. You may obtain additional copies at our banking centers or by calling the number for Customer Service on your statement.

## Changes to Agreement

We may change this Agreement at any time. For example: we may add new terms and conditions and we may delete or amend existing terms and conditions. We generally send you advance notice of the change. If a proposed change is favorable to you, however, we may make

1

the change at any time without advance notice. If you do not agree with the proposed change, you may close your account. However, you indicate your agreement to the change if you continue to use your account or keep it open.

## Charging an Account

We may deduct fees and other amounts you owe us under this Agreement from your accounts with us or our affiliates, except that this provision does not apply to any consumer credit covered by the Federal Truth in Lending law. We may make these deductions at any time without prior notice. If there are not enough funds in your account to cover the fees and other amounts you owe us, we may overdraw your account. You agree to pay immediately all amounts you owe us.

## Closing an Account

You or we may close your checking or savings account at any time without advance notice, except that we may require you to give us seven days advance notice when you intend to close your savings or interest-bearing checking account by withdrawing your funds. (See *Notice of Withdrawal* in the Additional Terms and Services section.) You or we may close your time deposit account at maturity without advance notice. If your account reaches a zero balance, we may consider your account closed. This Agreement continues to govern matters related to your account even after your account closes.

If we close your account, we may mail a check to you at the address we currently show for your statement. We may either return deposits, checks and other items that we receive after your account is closed or in the case of deposits reopen the account and accept the deposit, without our being liable to you.

## Fees

A schedule of some fees associated with our personal deposit accounts is provided in the Personal Schedule of Fees. A schedule of some fees associated with our business deposit accounts is provided in the Business Schedule of Fees. The schedule that applies to your account is part of the contract between you and us. You agree to pay for our services in accordance with the fees that we tell you apply to your account.

2

The fees for many of our products and services may vary from state to state or between regions within a state. The fees for your account are based on the state or region where we open your account. Fees are not determined by your state of residence.

Your account fees and terms may differ from those of other customers with the same type of account, based on our assessment of your overall relationship with us. We send you a notice if your account fees or terms vary from the information described in this Agreement.

For some business accounts we may charge a Federal Deposit Insurance Corporation ("FDIC") assessment based on the rate the FDIC charges us. The FDIC assessment may include deposit insurance charges, financing corporation (FICO) bond interest and other charges provided by law. This charge is variable. We may change it without advance notice. Please see the Schedule of Fees for your account.

From time to time we may list fees for some non-account services (such as wire transfers, cashiers checks, travelers checks, bond redemption and so on) in the Schedule of Fees. These fees may vary from state to state. The fees you pay for non-account services will be those charged by us in the state where you purchase the service. We may change these non-account fees at any time without notice. You can get current information about non-account services and the fees that apply to them at any banking center or by calling the number for Customer Service on your statement.

### Information You Give Us

When you open a deposit account with us, you give us information about yourself and confirm that it is correct. We enter the information into our records. We may rely on that information until you notify us of a change and we have had a reasonable time to act on the new information.

# Information About Customers

For our current privacy practices, please see the information on our website at www.bankofamerica.com.

3

# Bank of America's Privacy Policy for Consumers

Our privacy policy for consumers is described in our publication, "Privacy Policy for Consumers." We provide our privacy policy to consumers who open a personal account with us. The privacy policy describes our general policy on handling customer information and contains some examples of when we disclose information. Other examples relating to your personal accounts are described in "Disclosing Information" below.

## Disclosing Information

This section applies to both business and personal accounts. We may disclose information about your accounts to credit reporting agencies and to other persons or agencies who, in our judgment, have a legitimate purpose for obtaining information.

From time to time, subject to any applicable financial privacy laws or other laws or regulations, we may provide information on you and your accounts:

- to ChexSystems, Inc. or other account information services;
- to anyone who we reasonably believe is conducting a legitimate credit inquiry, including inquiries to verify the existence or condition of an account for a third party such as a lender, merchant or credit bureau;
- in response to any subpoena, summons, court or administrative order, or other legal process which we believe requires our compliance;
- in connection with collection of indebtedness or to report losses incurred by us;
- in compliance with any agreement between us and a professional, regulatory or disciplinary body;
- in connection with potential sales of businesses; and
- to carefully selected service providers who help us meet your needs by assisting us in providing or offering our products or services.

**ChexSystems.** If we close your account because of your unsatisfactory handling, we generally report to account information services such as ChexSystems, Inc. your name, address, Taxpayer Identification Number (TIN), driver's license number and the date and reason the account was closed. The account information service may supply this information to others. This may adversely impact your ability to establish an account at any financial institution for up to five years from the date of the report.

## Credit Reports and Other Inquiries

We may make any inquiries that we consider appropriate to help us determine if we should open, maintain or close your account. This may include verification of employment and credit reports or other reports from account information services and credit reporting agencies.

## Recording and Monitoring Telephone Calls

We may record or monitor telephone calls between you and us. We need not remind you of our recording or monitoring before each call unless required to do so by law.

## Release of Information

We offer you several convenient, time-saving methods by which you can obtain information on your accounts. We have adopted reasonable security measures for each method, but we cannot ensure against "unauthorized" inquiries. You agree that we are not responsible for the release of information to anyone who has gained possession of your ATM card, Check Card or other code or access device or who has learned your identifying characteristics such as personal identification number (PIN), account number or social security number, even if you have not authorized them to obtain the information.

## Sharing Information with Affiliates

**Accounts held by Consumers.** You agree that we may share information that we have about you and your accounts among the Bank of America family of companies. Please refer to our publication, "Bank of America's Privacy Policy for Consumers," for information about the categories of information we may share among the Bank of America family of companies and how you may tell us not to share certain types of information among our family of companies.

4

5

Accounts held by Businesses. We may share information about our experiences with you with Bank of America Corporation and its subsidiaries and affiliated companies ("Bank of America Affiliates"). We may also share information that you have provided to us on applications or that we receive from outside sources among the Bank of America Affiliates. However, individuals may tell us not to share information about them from applications or outside sources compiled for purposes of determining eligibility for credit, insurance or other services by either writing us at Bank of America, Attn. Customer Information Operations, P.O. Box 27025, Richmond, VA 23261-7025 or calling 1.888.341.5000. Please provide your full name, street address, social security number and telephone number. Please allow 6 to 8 weeks for this election to become fully effective.

# Ownership of Accounts

We may determine ownership of accounts from the information in our records.

## Joint Accounts

If more than one person's name appears in the title of an account (without a fiduciary, beneficiary or other designation), the account is a joint account. All persons whose names appear on a joint account are co-owners of the account, regardless of whose money is deposited or who makes the deposits. Each co-owner acts as the agent of each other co-owner. Each co-owner authorizes each other co-owner to operate the account without the consent of any other co-owner. This includes authority to: add additional persons as co-owners; deposit funds and withdraw or transfer funds from the account; endorse for deposit to the joint account on behalf of any other co-owner an item payable to another co-owner; instruct us to stop payment on an item drawn on the account by any co-owner; obtain an ATM card or a Check Card; draw upon any overdraft or other line of credit connected to the account; obtain information about the account, including transactions conducted by other co-owners; pledge the account as security for any debts; and close the account.

Each co-owner is jointly and severally liable to us for all fees and charges assessed against the account, all

amounts owed to us on the account, such as overdrafts, and all costs, losses or liabilities related to this Agreement or the account.

All joint accounts are presumed to be joint accounts with the right of survivorship unless the applicable state law does not permit this presumption or we have otherwise agreed with you in writing that the account is owned in another capacity. If the signature card you signed when you opened your account indicates the capacity in which your account is held, we may rely on that designation.

Right of survivorship means that when a co-owner dies, the owner(s), subject to our right to charge the account for any amount the deceased co-owner or a surviving co-owner owes us. The applicable state law may impose obligations on the surviving co-owner, such as an obligation to pay claims against or expenses of the deceased co-owner's estate. When we are notified of the death of a co-owner, some state laws may require us to notify the applicable tax agency or to hold funds for both.

A joint account is governed by the applicable provisions of the law in the state where we open your account. You are solely responsible for meeting the requirements for establishing your account as a joint account with right of survivorship.

## "Payable on Death" Accounts

You may designate an account to be payable on your death to a designated payable on death ("POD") or in-trust-for ("ITF") payee or payees. Regardless of how it is designated, an account which is payable on your death (or the death of the last surviving co-owner) to one or more named payees is a POD or ITF account. A POD or ITF account may be alternatively described in the account documentation as "payable on death," "POD," "in trust for," "ITF," "as trustee for," "ATF," "transfer on death," "TOD," a "Totten Trust," or otherwise.

During your lifetime a POD or ITF account belongs to you. You may close the account, remove or add a payee, change the account type or account ownership, and withdraw all or part of the account balance. Upon the death of the owner or, if there are co-owners, upon the death of the

6

7

last surviving co-owner, any sums remaining on deposit belong to the then-surviving (if any) payee(s), subject to our right to charge the account for any amount the deceased owner, co-owner or payee owes us. The applicable state law may also impose obligations on the surviving payee, such as an obligation to pay claims against or expenses of the deceased owner's or co-owner's estate. A payee will acquire an interest in the account only after the death of all account owners and then only if the payee is alive.

A POD or ITF account is governed by the applicable provisions of the law in the state where we open your account. Some state laws may require you to include certain words in the account title to create a POD or ITF account. You are solely responsible for meeting the requirements for establishing your account as a POD or ITF account. If the applicable requirements are not met, we may treat your account as though the payee or payees have no interest in the account.

**Business and Other Nonpersonal Accounts**

If the account owner is a corporation, unincorporated association, limited liability company, limited liability partnership, fiduciary, partnership, sole proprietorship or other entity holding an account in any capacity other than an individual capacity, each person signing the signature card or other account documents represents and agrees that they are fully authorized to execute all documents in their stated capacity; have furnished all documents necessary to demonstrate that authority; and will furnish any other documents in such form as we may request from time to time. We may refuse to recognize any resolution affecting the account that is not on our form or that appears to us to be incomplete or improperly executed.

**Transferring Ownership**

Your account is for your use only. Ownership of your account is transferable only on our records. You may not transfer or assign ownership of your account to another party without our written consent. Even if we consent, we may require that you close the account and that the new account holder open a new account in their name. We may

8

refuse to acknowledge or accept attempted pledges or assignments of an account or purported security interests in an account.

# Checking and Savings Accounts

## Checking and Savings Accounts

We offer a variety of personal and business checking and savings accounts. Personal accounts are described in the Personal Schedule of Fees. Business accounts are described in the Business Schedule of Fees.

With some checking accounts, you may link several of your other Bank of America accounts and use those balances to help you meet the balance required to avoid the monthly maintenance fee on your checking account.

## Eligibility for Interest Checking

Unless a checking account is described in the Schedule of Fees as an interest-bearing checking account, it does not earn interest. Under federal regulations, eligibility for interest checking accounts is generally restricted to individuals (including sole proprietors), certain nonprofit organizations, state or local governmental entities, and legal entities where one or more individuals hold the entire beneficial interest in the funds. We may either close or convert an interest-bearing account to a non-interest-bearing account if we believe that the account holder is not eligible to hold an interest-bearing checking account.

## Account Conversions

We may either close or convert your account to another type of account when we consider it appropriate or necessary to do so. For example, we may close, revoke privileges, or convert your account to another account type if you make frequent transactions on a savings account; if your account frequently has debits against uncollected funds; if your account has excessive deposit activity or if you use a personal account for business purposes. If we convert your account, we send you information about your new account.

9

## Transaction Limits for Savings Accounts

With all personal and business savings accounts you may make an unlimited number of withdrawals from your account and transfers to your other Bank of America deposit accounts at one of our banking centers, by mail or at an ATM. A fee may apply to some withdrawals.

However, federal regulation limits you to six transactions each monthly statement cycle (or each month if you have a quarterly statement cycle) from among the following:

- Preauthorized transfers from your account (including transfers for overdraft protection).
- Telephone transfers from your account. Telephone transfers include instructions to transfer funds sent to us by facsimile or data transmission.
- Online banking or bill payment service transfers from your account.
- Of the six, if checks or debit cards are allowed on your account, no more than three checks or point of sale transactions.

Our practice is to monitor the number of limited transactions. If you are counting the number of transactions you make each statement period, please note that we count an item on the date we post it to your account. This date may be different than the date you authorize, transfer or write the item, which means the item may not be counted until a later statement period.

If you frequently exceed the transaction limits, we may revoke your privileges on that account or we may convert your account to another type of account. We send you notice before we convert your account with information about your new account. Your funds may no longer earn interest after we convert your account.

For some accounts we may change you a fee for each transaction that exceeds the limits described above.

# Time Deposit Account

A time deposit account is neither transferable nor negotiable.

This account allows you to earn interest on funds you leave on deposit for a specific period of time, called a term. We offer terms that range from seven days up to ten years, depending on the amount you deposit. Except for the Variable Rate IRA, the interest rate is fixed for the term at the time you make your deposit and is based on the rate we offer for the amount and term of your deposit. Except for the Variable Rate IRA, you may not make an additional deposit to your account except during its grace period. You may not make a deposit by wire or automated clearing house (ACH) transfer.

**Accounts That Automatically Renew.** Unless your account information states that your time deposit does not automatically renew, we automatically renew your account by reinvesting your funds. We reinvest both principal and interest, unless you elected to have your interest disbursed. (See *Disbursing Interest* in this chapter.) The term for this reinvested deposit is the same length as the previous term of your account. Except for the Variable Rate IRA, the interest rate on the reinvested deposit is based on the rate we offer on the first day of the new term for the amount and term of the reinvested deposit.

If at any maturity date we no longer offer time deposit accounts of the same term and type, we may reinvest your funds in a new time deposit which we believe offers similar features.

**Accounts That Do Not Automatically Renew.** Some time deposit accounts do not automatically renew. If your account information states that your time deposit does not automatically renew, then your account does not earn interest after its maturity date.

**Redemption.** We may redeem an automatically renewable account at the end of the term by sending a notice to you of our intent to redeem prior to the date of such redemption. You may redeem your account during its grace period.

**Grace Period Transactions.** You may make a deposit, withdrawal or change in the length of the term once during the grace period. The grace period begins on the first day after maturity date. For terms of seven through 27 days, the grace period is one calendar day. For terms of 28 days or more, the grace period is seven calendar days.

The grace period ends on the earlier of the day described above or the day you make a withdrawal or a deposit. If the

grace period ends on a weekend or bank holiday, you may make a deposit or withdrawal through the last business day before the grace period ends. We may pay interest during the grace period based on the rate we offer on the first day of the new term for the amount and term of the deposit.

Disbursing Interest. You may elect to leave your interest in your account and have us automatically reinvest it at maturity. Or you may have us disburse the interest to a checking or savings account or directly to you by check.

Depending on the term of your account, disbursement options include monthly, quarterly, semi-annually, annually on the anniversary date, and at maturity.

Early Withdrawals. You have contracted to keep your funds on deposit for the stated term. At our discretion, we may allow you to withdraw all or part of your funds at times other than the grace period. We withdraw interest before principal. Each time we permit you to make an early withdrawal of principal, we charge you an early withdrawal penalty. If your account has not earned enough interest to cover an early withdrawal penalty, we deduct any interest first and take the remainder of the penalty from your principal.

We calculate the penalty based on the term and interest rate in effect on the account on the withdrawal date. The term is the specified period of time you agreed to leave your funds on deposit – not the time remaining on your deposit.

The early withdrawal penalty for terms of less than 90 days is all interest earned on the amount withdrawn, except that if any amount is withdrawn within the first six days after the date of deposit or within six days after a partial withdrawal, the penalty is seven days interest on the amount withdrawn; for terms of 90 days up to 18 months, the penalty is 90 days interest and for terms of 18 months or longer, the penalty is 180 days interest.

We add to the early withdrawal penalty the amount of any cash bonuses we paid you when you opened or reinvested the account.

We calculate all early withdrawal penalties on the principal amount withdrawn at the current interest rate being paid on the deposit.

Availability and Reporting of Interest. On most time deposits, interest is available to you and is reported to the IRS as it is earned, whether or not it is withdrawn prior to or at maturity.

12

# Interest on Your Funds

You may obtain current rates by calling us at the number for Customer Service on your statement or by asking a banking center representative.

## Interest-Bearing Checking and Savings Accounts

If you have an interest-bearing checking or savings account, your funds earn a variable rate. Your interest rate and annual percentage yield may change. At our discretion, we may change your interest rate and annual percentage yield at any time. We compound and credit interest monthly.

We use the daily-balance method to calculate the interest on your account. The daily rate is 1/365 — or in a leap year we may use 1/366 — of the interest rate. For personal accounts and business savings accounts, this method applies a daily rate to the collected balance in the account each day. For most business checking accounts, this method applies a daily rate to the collected balance in the account each day (less an amount that we determine applies for reserves applicable generally to transaction accounts under the rules of the Federal Reserve). For Public Service Trust Accounts, this method applies a daily rate to the collected balance in the account each day (less an amount that we determine is required to offset service charges).

The rate we pay on some accounts depends on the tier into which the end-of-day balance in your account falls. A tier is a range of account balances. We may change the tiers that apply to an account at any time without notice. Different tiers may apply to different types of accounts. Different rates may apply to different tiers.

When you make a deposit, interest begins to accrue no later than the business day on which we receive credit for non-cash items, such as checks.

## Time Deposits

Your funds earn interest during the term of the account. Interest rates vary. Different rates may apply to different amounts or terms. Rates for new deposits may

13

change daily. For terms of 28 days or more, we compound interest monthly.

For fixed rate time deposits, the rate in effect on the day you make your deposit remains fixed throughout the term. For the Variable Rate IRA, your funds earn a variable rate. Your interest rate and annual percentage yield may change. At our discretion we may change your interest rate and annual percentage yield at any time.

We use the daily-balance method to calculate the interest on your account. This method applies a daily rate to the ledger balance in the account each day. The daily rate is 1/365 — or in a leap year we may use 1/366 — of the interest rate.

We credit interest to your account at maturity or pay it to you according to the interest disbursement option you select. For terms of 27 days or less, we credit interest at maturity. For terms of 28 days or more, we credit interest monthly.

If you deposit a non-cash item such as a check, interest begins to accrue on the business day the deposit is received. Deposits you give us on a weekend or bank holiday begin to earn interest the next business day.

The annual percentage yield that applies to your account assumes that interest will remain on deposit until maturity. Withdrawals will reduce earnings.

# Balance Information

## Balance Waivers

With some accounts you can avoid a monthly maintenance fee for any statement period during which you maintain the balance or one of the balances listed for your account in the applicable Schedule of Fees. Balance requirements generally vary for different types of accounts and may include the following.

- *Book or ledger balance* is the beginning balance in the account each day.
- *Current balance* is the beginning balance in the account plus current day credits, minus current day debits.
- *Collected balance* is the book or ledger balance minus that portion of deposited funds that is not available for withdrawal under the availability sched-

ule we apply to the account. The applicable availability schedule specifies the period of time during which checks and other items in a deposit are not available for withdrawal.

- *Minimum daily balance* is the lowest end-of-day ledger balance in the account during a statement cycle. The end-of-day balance is the amount of funds on deposit in the account after we finish processing that day's transactions.
- *Average daily balance* is the average ledger balance in the account during a statement cycle. We calculate it by adding the end-of-day ledger balances for each day in the statement cycle and dividing by the number of days in the statement cycle.
- *Minimum combined balance* for an account is the lowest beginning-of-day total balance of the minimum daily balances in all linked accounts during a statement cycle.
- *Average combined balance* for an account is calculated by adding the beginning-of-day ledger balance for each linked account for each day in the statement cycle and dividing by the number of days in the statement cycle.

## Combined Balances

With some personal and business checking accounts you can designate the checking account as your primary checking account and link other Bank of America checking, savings, and time deposit accounts to your primary checking account. We use the balance in your primary checking account plus the balances in all of your linked deposit accounts to calculate a combined balance for each statement period for your primary checking account. We waive the monthly maintenance fee on the primary checking account for each statement period in which the combined balance meets or exceeds the required combined balance for the primary checking account. Our Personal Schedule of Fees and Business Schedule of Fees list the required combined balance for each account to which the service applies.

We may include a balance summary of all accounts

15

14

that are linked for combined balance service on the statement for your primary checking account. You can elect to have account information for your linked personal accounts reported on the statement for your primary personal checking account or you can continue to receive individual statements on each linked account. Combined statements are not available for business accounts.

Certain restrictions apply regarding account ownership and the number, location and types of accounts that may be linked for combined balance service. These restrictions include the following: For individual accounts, the owner on the primary checking account must be an owner on the linked accounts. For accounts with more than one owner, at least one of the owners on the primary checking account must be an owner on the linked account. Personal accounts and business accounts may not be linked to each other. Analyzed accounts and some fiduciary accounts may not be linked for this service. A deposit account may only be linked to one primary checking account at a time. The period we use for linked accounts to calculate the combined balance may be different than the statement period for the primary checking account. Accounts held at banking centers in different states generally may not be linked to each other.

# Statements and Notices

Our statements and notices are in English. If you have difficulty reading English, please call us at the number for Customer Service on your statement.

## Statements

We provide you with a statement when there is activity on your checking or savings account. When there is no activity on your account, we may choose not to provide a statement. You must promptly review your statement and any accompanying items and notify us immediately of any dispute, error or other problem.

We mail your statement to you at the address we have in our records for your account unless we have agreed to

provide statements electronically. You agree to notify us if you change your address. If your statement is received at a banking center, we may mail it to you or destroy it and any accompanying items. If one or more statements we mail to you are returned to us, we may stop sending statements until a new address is provided to us.

We may destroy statements that are sent to you and accompanying items. We are not responsible for checks or statements lost while not in our possession. Statements that are received at a banking center are deemed to be delivered to you at the time that they are received at the banking center.

We provide a single statement. You may generally obtain an additional copy of your statement for a fee.

For all checking accounts and for Money Market Savings and business savings accounts, we provide you with a monthly statement. Statement periods generally vary from 28 to 33 days and may end on different days during the month. If you want to know the date your statement period ends, call us at the number for Telephone Banking on your statement.

For analyzed checking accounts, we provide an additional monthly account analysis statement. This statement includes balance and float information, quantity of services used during the period, fees and charges for these services and the earnings allowance, if any. We give you a brochure that describes this statement and the method for computing your charges and fees.

For Regular Savings and Custom Savings accounts, we provide you with a quarterly statement. However, if you perform any of the following transactions during any month, we provide a statement for that month: preauthorized or telephone transfers to or from your account; deposits or withdrawal at an ATM; or transfers to other deposit accounts through our service for your home or office computer.

Combined Statement. With most personal checking accounts, you may elect to receive a combined statement—a statement that reports activity for the accounts you have linked to your primary checking account. If you choose a combined statement, you receive one statement reflecting activity in your linked deposit accounts, rather than individual

16

17

statements. This means that each owner of the primary checking account can review information about each linked account. You may receive your cancelled checks for your primary checking account. Combined statements may not be available in some states. Combined statements are not available with business accounts. Certain other restrictions may apply.

To link accounts for this service, call us at the number for Customer Service on your statement.

**Notices**

We inform you of changes affecting your rights and obligations by providing a notice to you. In some cases we may post a notice of a change in our banking offices or on our website. Otherwise, we either mail the notice to you at the address we currently show for your statement or, if we have agreed on this method, we provide it to you electronically. We may include a notice with or on your statement.

If we receive notices at a banking center for you, we may mail them to you or destroy them. If notices we mail to you are returned to us, we may destroy them. If a notice of a change to this Agreement is received at a banking center or returned to us (including a notice sent on or with a statement), the change contained in the notice is still effective.

For accounts with more than one owner, we may send notices to any one co-owner. A notice sent to any one owner is effective for all.

# When Funds Are Available For Withdrawal

**Your Ability To Withdraw Funds.** Our policy is to make funds from electronic direct deposits and incoming wire transfers available to you on the day we receive the deposit. Our general policy is to make funds from other types of deposits available to you no later than the first business day after the day we receive your deposit. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays.

If you make a deposit at a banking center before 2:00 p.m. local time, or such later time as may be posted at that banking center, on a business day that we are open, we consider that day to be the day of your deposit. However, if you make a deposit in a banking center after such time, or on a day when we are not open, we consider that the deposit was made on the next business day we are open.

If you make an ATM deposit in the state where we opened your account before 12:00 noon, local time, or such later time as may be posted on the ATM on a business day that we are open, we consider that day to be the day of your deposit. If you make an ATM deposit in a state other than the state where we opened your account before 12:00 noon (local time in the state where your account was opened) and before the time posted on the ATM, on a business day that we are open, we consider that day to be the day of your deposit. In either case, if you make an ATM deposit after such times, or on a day when we are not open, we consider that the deposit was made on the next business day we are open.

**Government, Official, And Other Special Types Of Checks.** Our policy is to make funds from U.S. Treasury checks that are payable to you available no later than the first business day after the day of the deposit.

If you make the deposit in person to one of our employees, and meet the other conditions noted below, our policy is to make funds from the following types of deposits available no later than the first business day after the day of your deposit:

- State and local government checks that are payable to you and are deposited in an account in the same jurisdiction that issued the check.
- Cashier's, certified and teller's checks that are payable to you.
- Federal Reserve Bank checks, Federal Home Loan Bank checks and postal money orders that are payable to you.

If you do not make your deposit of these checks in person to one of our employees (for example, if you mail the

18

19

deposit), our policy is to make funds from these deposits available no later than the second business day after the day of your deposit.

**Wire Transfers From Business Accounts.** Generally, our policy is to make deposits to business customers' accounts available for withdrawal by wire transfer by the second business day after the day of deposit for local checks and by the fifth business day after the day of deposit for non-local checks. A "local check" is one that is payable by or through a financial institution that is located in the same Federal Reserve check processing region as the physical location of our banking center or ATM where you deposit the check. For assistance in distinguishing local from non-local checks, business customers should contact their relationship manager or customer service.

**Other Delays May Apply.** There are other cases when we may not make all of the funds that you deposit by check available to you by the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the fifth business day after the day of your deposit.

If we are not going to make all of the funds from your deposit available by the first business day after the day of your deposit, we generally notify you at the time you make your deposit. We also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we mail you the notice by the next business day after we receive your deposit. We do not mail this notice for deposits referred to in the sections entitled "Government, Official and Other Special Types of Checks" and "Wire Transfers from Business Accounts" above.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, we may delay the availability of funds you deposit by check for a longer period under the following circumstances:

• We believe a check you deposit will not be paid.
• You deposit checks totaling more than $5,000 on any one day.

20

• You redeposit a check that has been returned unpaid.
• You have overdrawn your account repeatedly in the last six months.
• There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the eleventh business day after the day of your deposit.

**Special Rules For New Accounts.** If you are a new customer, the following special rules may apply during the first 30 days after the account is open.

Funds from electronic direct deposits to your account are available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks are available no later than the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you and deposited in person to one of our employees. The excess over $5,000 is available by the ninth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of deposit. Funds from all other check deposits are generally available by the ninth business day after the day of your deposit. However, we may place longer holds on certain items for other reasons, such as large deposits (see "Other Delays May Apply," above).

**Holds On Other Funds.** If we cash a check for you that is drawn on another financial institution, we may withhold the availability of a corresponding amount of funds that are already in your account. If we accept for deposit a check that is drawn on another financial institution, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. In either case, we make these funds available in accordance with our policy described above for the type of check that was cashed or deposited.

21

# Insufficient Funds— Overdrafts

## Overdraft Fee

When you do not have enough available funds in your account to cover a check or other debit, we consider the check or debit an insufficient funds item. If you have enough coverage under one of our overdraft protection plans, we transfer funds to your account to cover the item. If you do not have an overdraft protection plan or enough coverage in your overdraft protection plan, we either return the item unpaid or pay it and overdraw your account. In either case, we charge you an insufficient funds fee. The insufficient funds fee that applies to your account is described in the Schedule of Fees for your account and is listed in the Schedule and on your statement as an overdraft fee.

Funds in your account are not available if we determine that they are subject to a hold, dispute or legal process that prevents their withdrawal.

Whether we return or pay an insufficient funds item depends on a number of factors, including the amount of the item and the past activity in your account. We may without notice to you either return any insufficient funds item unpaid or pay it and overdraw your account. If we overdraw your account to pay an item, you agree to immediately repay us. If we pay items by overdrawing your account on one or more occasions, we are not obligated to continue paying any future insufficient funds items and we may stop paying your insufficient funds items without notifying you.

When you do not have enough available funds to pay all items on a given day, we may pay one or more items, and return other items, in any order we deem appropriate. We may change our processing order at any time without notice to you, even though some processing orders may result in more insufficient funds fees than others.

For some business accounts, if your account is overdrawn, we may also charge you interest on the overdraft amount up to the highest rate permitted by law.

In some states the fee varies based on the number of occurrences within a 12-month period and whether the item presented is paid or returned. An "occurrence" is each day that one or more items are presented against an account with a negative balance (overdrawn) or an account with insufficient or uncollected funds. If your account is transferred to another banking center or converted to a different account, your record of insufficient funds items still applies.

## Overdraft Protection Plans

In most states and for most accounts, we offer one or more of the following overdraft protection plans to help protect your checking account from overdrafts. We generally make transfers in a minimum amount or increments of the minimum amount.

**Overdraft Protection from your Credit Card.** This service is available to Bank of America credit card holders. The service links a Bank of America credit card account to a checking account for overdraft protection. You may not link more than one checking account. At least one of the owners of the checking account must also be an owner of the credit card account. Certain other restrictions apply.

When your checking account balance falls below zero, we automatically transfer funds from your credit card account to your checking account. We transfer funds in the amount and under the terms and conditions described in the credit card agreement. We do so as long as you have sufficient credit available and as long as you are not in default under your credit card agreement. The funds transferred may be subject to fees and finance charges under your credit card agreement.

**Overdraft Protection from your Savings Account.** This service is available if you have a Bank of America savings account. The savings account must be located at a banking center in the same state as the banking center at which you have your checking account. At least one of the owner(s) of the checking account must also be an owner of the savings account. Certain other restrictions apply.

When your checking account balance falls below zero,

22

23

we automatically transfer funds from the available balance in your savings account to your checking account. Each transfer counts as one of the six limited transactions you are allowed each month from your savings account. Funds you deposit into your savings account may not be available immediately for overdraft protection. We cancel this overdraft protection plan if you close your savings or checking account. Under this plan we may charge an overdraft protection transfer fee to your checking account for each transfer.

**Overdraft Protection from your Line of Credit.** This service is available if you have an eligible line of credit. This service links your line of credit to your checking account. At least one of the owner(s) of the checking account must also be an owner of the line of credit. Certain other restrictions apply.

When your checking account balance falls below zero, we automatically transfer funds from your line of credit to your checking account in the amount and under the terms and conditions described in the line of credit agreement. We do so as long as you are not in default under your line of credit agreement. The transfer normally may not exceed the amount of available credit on your line of credit. The funds transferred are charged to your line of credit and may be subject to fees and finance charges under your line of credit agreement. Under this plan we may charge an overdraft protection transfer fee to your checking account for each transfer.

# Electronic Banking Services

## General Information

If we give you an ATM Card, Check Card or other device or code to access your account, you agree to use the card or code only in the manner and for the purposes described in the applicable agreement. If you attempt to use the card or code in any other manner or for any other purpose, we may reject the transaction, or at our discretion we may complete it without incurring any obligation to honor the same type of transaction on future occasions. We may decide not to issue a card or code to any cus-

24

tomer, and we may also terminate a card or code without cause or notice.

## Cards for Personal Accounts

We offer ATM Cards or Check Cards to most customers who have a personal checking or savings account with us. Your card, along with your personal identification number or "PIN," enables you to use our ATM services. If your card is linked to a checking account, you may also use your card as a debit card to make point-of-sale purchases.

For information about these services, please see the agreement and disclosure you receive with your card.

## Cards for Business Accounts

We offer a Business Check Card or Business ATM Card to most business customers with a business checking or savings account. Your card, along with your personal identification number or "PIN," enables you to use our ATM services. If your card is linked to a checking account, you may also use your card as a debit card to make point-of-sale purchases.

We also offer a Business Employee Check Card for authorized employees of the business. This card is linked to a business checking account and gives employees the ability to make ATM deposits, ATM cash withdrawals and to make point-of-sale purchases. This card restricts access to account balance information and prohibits funds transfers and cash back at point-of-sale locations.

We also offer a Business Deposit Card to most business customers with a business checking or savings account. You can use your card to make deposits and balance inquiries to your business accounts at Bank of America ATMs.

For information about these services, please see the agreement and disclosure you receive with your card.

## Access ID

An Access ID is a numeric code which, when used with a separate PIN number (plus, in some circumstances, another piece of identifying information called a "verbal

25

verification code"), enables consumer and small business customers to do the following via telephone, Online Banking, or in person at a banking center: obtain information about deposit and credit accounts that are linked to the Access ID; transfer funds between linked accounts; and obtain other services such as stop payments, check reorders, and copies of checks and statements. You may request an Access ID and related security codes through Telephone Banking, Online Banking, or at any banking center.

If you permit another person to use your Access ID and related code(s), you are responsible for all transactions conducted by that person (even if he or she exceeds your authorization), until you notify us that the person is no longer authorized so that we may block the codes and issue new ones.

You must review your periodic statements and promptly report to us any unauthorized funds transfers initiated through the use of your security codes or otherwise. You must also promptly notify us if any suspected loss or theft of your security codes. Failure to take these actions may affect the extent of your liability for any unauthorized transfers under federal banking regulations.

For additional details concerning your Access ID, please see the separate Access ID agreement and disclosures you receive when establishing an Access ID.

## Online Banking and Bill Payment Services

You may use your computer and telephone to obtain account information and make certain transfers and to pay bills. When you subscribe to these services, we provide you with the agreement and disclosures for the service.

**Online Banking.** This service allows you to access your Bank of America accounts and perform certain banking transactions using a computer and a modem. You can transfer money between accounts you have linked to the service, check your account balance, and download account activity information. We do not charge a monthly fee for this service.

**Bill payment option.** This service allows you to pay and receive certain bills online, using a computer and a modem. We charge a monthly fee for this service.

**Pay by Phone.** This service is available in some states to

individuals and sole proprietors. This service allows you to pay bills using a touchtone telephone. We charge a monthly fee for this service.

## Telephone Fund Transfers

If we have entered into a separate written (or electronically transmitted) agreement with you concerning telephone fund transfers, then the terms of that agreement will govern such transfers. Otherwise, the following provisions apply.

We may permit you to transfer funds from one of your Bank of America accounts to another of your Bank of America accounts through one of our telephone agents. However, we may also refuse to effect any transfer request for any reason in our sole discretion, without our being liable to you or any other party. Transfers will appear on the periodic statements for the affected accounts. We do not send separate confirmations.

In accepting such transfer requests, we may use security procedures which we believe are reasonably designed to identify the caller as an owner, authorized signer, or other person authorized to transact business on the account from which the transfer is to be made. You agree that we will have no liability to you for any allegedly unauthorized transfer, and that you will indemnify us and hold us harmless against any claims by third parties, in the event that we effect a transfer after identifying the caller using the above described procedures.

## Electronic Banking Disclosures

The following provisions apply only to accounts established primarily for personal, family, or household purposes. They generally apply to fund transfers, deposits, cash withdrawals and purchases made with any ATM card, debit card, Access ID, or other device or code which accesses a consumer account, and to direct deposits and some types of preauthorized and telephone-initiated transfers involving consumer accounts (including a transaction you may initiate by check but which a merchant converts to an electronic transfer at the point of sale). They do not apply to debits which the bank is authorized to make from

your account for service charges and other fees, to preauthorized automatic transfers you have instructed the bank to make to another of your (or a family member's) Bank of America accounts or toward payment of a Bank of America loan, and to certain other types of consumer transactions which are excluded from Regulation E of the U.S. Federal Reserve Board.

**Consumer's Liability for Unauthorized Transfers.**
Tell us AT ONCE if you believe your Bank of America ATM card, Check Card or similar card or your Access ID, Personal Identification Number (PIN) or similar code has been lost, stolen or learned by an unauthorized person. Telephoning is the best way of keeping your possible losses down. If you tell us within two business days after you learn of the loss or theft, you can lose no more than $50 for an unauthorized electronic funds transfer or a series of related unauthorized transfers should someone use your card or code without your permission.

If you do NOT tell us within two business days after you learn of the loss or theft of your card or code and we can prove we could have stopped someone from using your card or code without your permission if you had told us, you could lose as much as $500.

Losses could include the money in your account plus any advances on a credit line or overdraft protection linked to your account.

Also, if your statement shows transfers that you did not make, tell us at once. If you do not tell us in writing within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

Remember, do not write your PIN on your card or carry the PIN with you. This reduces the possibility of someone using your card without your permission if it is lost or stolen.

**Note.** These liability rules are established by Regulation E. Our liability policy regarding unauthorized transactions on personal accounts that involve a personal Bank of America Check Card or ATM card may give you more protection, provided you report the transactions promptly. Please see the

28

agreement and disclosure you receive with your ATM or Check Card. Also, the state law applicable to your account may give you more time to report an unauthorized transaction or may give you more protection.

**Telephone Number and Address to be Notified in event of Unauthorized Transfer and Lost or Stolen Bank of America ATM cards and Check Cards or Access Codes.** If you believe your card is lost or stolen, your access code has been learned by an unauthorized person, or that someone has transferred or may transfer money from your account without your permission, you must notify us immediately by calling the number listed below. If unauthorized activity occurs, you agree to cooperate during the investigation and to complete a Lost/Stolen Card and Fraud Claims Report or similar affidavit.

*Telephone:*  
AR, AZ, IA, IL, KS,  
MO, NM, NV, OK:  
1.800.944.0404  
FL, GA, MD, NC,  
SC, TN, TX, VA, DC:  
1.800.299.2265

*Write to:*  
Bank of America  
EFT Coordinator #7405  
P.O. Box 7559  
San Francisco, CA 94102-9614

**Business Days.** For purposes of these electronic banking disclosures, our business days are Monday through Friday, except legal holidays.

**Documentation of Transfers.**
*ATM transfers.* You can get a receipt at the time you make any transfer to or from your account using an ATM. However, this receipt is not final since each transaction is subject to verification by us. If the receipt and our records conflict, our records will control.

*Preauthorized credits.* If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1.800.299.2265 to find out whether or not the deposit has been made.

*Periodic statements.* We send you a monthly account statement (unless there are no transfers in a particular month). In any case, we send you a statement at least quarterly.

**Preauthorized Payments.** *Right to stop payment and procedure for doing so.* If you have told us in advance to make regular payments out of your account or you have

29

authorized someone to debit your account through the ACH system, you can stop any of these payments. Here's how. Call us at 1.800.299.2265 or write to us at Bank of America Customer Service, P.O. Box 25118, Tampa, FL 33622. You must notify us in time for us to receive your request three business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after your call. You must tell us the exact amount of the payment you have stopped, as well as other identifying information which we will request. See *Stop Payment Orders and Postdating Orders in the Additional Terms and Services* section. If we require written confirmation and do not receive it, we may remove the stop payment order after 14 days.

*Notice of varying amounts.* If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. (You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

*Liability for failure to stop payment.* If you order us to stop a preauthorized payment three business days or more before the transfer is scheduled, and you have given us the information we requested, including the exact amount of the payment, we will be liable if we fail to stop the payment for your damages directly caused by our failure to stop the payment.

**Liability for Failure to Make Transfers.** If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

• If through no fault of ours, you do not have enough money in your account to make the transfer.
• If the transfer would go over the credit limit on your overdraft line.
• If the ATM where you are making the transfer does not have enough cash.
• If the ATM was not working properly and you knew

30

about the breakdown when you started the transfer.

• If circumstances beyond our control (such as power outages, equipment failures, fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
• If the funds are subject to legal process or other encumbrance restricting the transfer.
• If an account becomes dormant, in which case we may terminate card or code access to that account.
• If your card or code has been revoked due to inactivity or at our discretion.

There may be other exceptions stated in our agreement with you or other exceptions allowed by law.

**Account Information Disclosure.** We will disclose information to third parties about your account or transfers you make as stated in the Information about Customers section near the front of this Agreement.

**Error Resolution Procedure.** In case of errors or questions about your electronic transfers, call us at 1.800.299.2265 or write us at Bank of America, EFT Coordinator #7405, P.O. Box 7559, San Francisco, CA 94102-9614.

Call or write as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we have sent you the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If the alleged error involves a transfer resulting from a point-of-sale debit card, or a transaction initiated outside a state, territory or possession of the United States, we may take up to 90 days (instead of 45) to investigate. If we decide to do this, we will credit your account within 10 business days for the amount

31

you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of any documents that we used in our investigation.

If you are a new customer and the error or question concerns an electronic transaction that occurred within 30 days after the first deposit to the account was made, we will tell you the results of our investigation within 20 business days after we hear from you. If we need more time, we may take up to 90 days to investigate. In this case, we will credit your account within 20 business days for the amount you think is in error, so that you have the use of the money during the time it takes us to complete our investigation.

NOTICE: As part of the security system to help protect your card and PIN, we may use hidden cameras and other security devices to determine who is using a card at an ATM.

## ATM Safety Tips

ATMs can make banking easier and more convenient for you. Because most ATMs are available night and day, the suggestions that follow offer some helpful hints on exercising care when using an ATM. Please review them.

**Your ATM Card and Personal Identification Number (PIN)**

- Always protect your card by keeping it in a safe place. If your card is lost or stolen, you should notify us immediately.

- Always protect your PIN. Never give your number to anyone and you should never write your number anywhere, especially on your card. If you choose your own PIN/avoid using obvious numbers such as telephone numbers, addresses, or birth dates.

- Never give information about your card or PIN over the telephone. If someone is asking for this information, refuse and immediately notify your bank.

32

### Using an ATM

- Prepare your transaction before going to an ATM with cash or checks sealed in the deposit/payment envelopes.

- Park in well lit areas close to ATMs.

- Shield the keypad with your hand or body while entering your PIN. Do not leave your transaction record at the ATM. Keep your transaction record in a safe place so you can compare it against your statement.

- Do not open locked ATM vestibule doors for others. Authorized customers should have their own card for access.

- If you use a drive-up ATM, be sure passenger windows are rolled up and your doors are locked.

- Be aware of your surroundings, especially after dark. If you must use an ATM at night, consider taking someone with you.

- If you notice anything suspicious or if the lighting is not working, use another ATM or return later.

- Put cash away promptly and count it later in the safety of your car or home.

- Report all crimes immediately to law enforcement officials and your local banking center.

# Funds Transfer Services

The following provisions apply to funds transfers you send or receive through us, but do not apply to electronic fund transfers governed by Regulation E of the U.S. Federal Reserve Board. If you have a specific agreement with us for these services, these provisions supplement that agreement to the extent these provisions are not inconsistent with the specific agreement.

The Uniform Commercial Code includes provisions relating to funds transfers. These provisions define the following terms: funds transfer, payment order and beneficiary. These terms are used here as they are defined in Article 4A of the Uniform Commercial Code – Funds Transfers as adopted by the state whose law applies to the account for which the funds transfer service is provided. In general: A funds transfer is the process of carrying out payment orders that lead to paying a beneficiary. The pay-

33

ment order is the instruction you give or we receive regarding a funds transfer. The beneficiary is the person or business who receives the payment.

We may charge fees for sending or receiving a funds transfer. We may deduct our fees from your account or from the amount of the transfer. For current fees, call us at the number for Customer Service on your statement or ask a banking center representative.

### Fedwire

Fedwire is the funds transfer system of the U.S. Federal Reserve Banks. When you send a payment order or receive a funds transfer, we, or other banks involved in the funds transfer, may use Fedwire. If any part of a funds transfer is carried out by Fedwire, your rights and obligations are governed by Regulation J of the U.S. Federal Reserve Board.

### Sending Funds Transfers

You may subscribe to certain services we offer, or you may give us other instructions to pay money or have another bank pay money, to a beneficiary. This "Sending Funds Transfers" section applies to wire transfers and transfers we make between Bank of America accounts. It does not apply to automated clearing house (ACH) system funds transfer services. You may give us payment orders for ACH system funds transfers only if you have a separate agreement with us for these services.

*Cutoff Times for Payment Orders.* We have cutoff times for processing payment orders. Cutoff times vary depending on the particular office of our bank and the type of payment order. We may treat payment orders we receive after a cutoff time as if received the next business day. We will tell you these cutoff times upon request.

*Amending or Canceling Payment Orders.* You have no right to amend or cancel a payment order after we receive it. If you ask us to do this, we may make a reasonable effort to act on your request. But we are not liable to you if, for any reason, a payment order is not amended or canceled. You agree to reimburse us for any costs, losses or damages that we incur in connection with your request to amend or cancel a payment order.

*Inconsistency of Name or Number.* A beneficiary's bank may make payment to a beneficiary based solely on the account or other identifying number, even if the name in the payment order differs from the name on the account. We or an intermediary bank may send a payment order to an intermediary bank or beneficiary's bank based solely on the bank identifying number, even if the payment order indicates a different bank name.

*Sending Payment Orders.* We may select any intermediary bank, funds transfer system or means of transmittal to send your payment orders. Our selection may differ from that indicated in your instructions.

*Notice of Rejection.* We may reject payment orders. We notify you of any rejection orally, electronically or in writing. We typically send written notices by mail by the end of the next business day.

We are not liable to you for the rejection or obligated to pay you interest for the period before you receive the notice of rejection.

*Errors or Questions About Your Payment Orders.* We notify you about funds transfers by listing them on your account statement. In some cases, we also may notify you electronically, in writing or by a report produced through one of our information reporting services.

You must notify us at once if you think a funds transfer shown on your statement or notice is incorrect. You must send us written notice, including a statement of relevant facts, no later than 14 days after the date you receive the first notice or statement on which the problem or error appears.

If you fail to notify us within this 14-day period, we are not liable for any loss of interest because of an unauthorized or erroneous debit or because your statement or notice is incorrect. We are not required to compensate you, and we are not required to credit or adjust your account for any loss of interest or interest equivalent.

*Calculations.* If we are obligated to pay for loss of interest that results from our error or delay regarding your payment order, we calculate compensation as follows. With an analyzed checking account, we credit the account to reflect the applicable value date or otherwise adjust the account under our account analysis procedure, to recalcu-

34

35

late earnings credits for the period involved. With a non-analyzed, non-interest-bearing account, we use a rate equal to the average of the Federal Funds rates set by the Federal Reserve Bank of New York, less a reserve factor. With a non-analyzed, interest-bearing account, we use the rate applicable to the account. If we have a separate agreement with you specifying a different calculation method, we use that method instead.

### Receiving Funds Transfers

We may receive instructions to pay funds to your account. We may receive funds transfers directly from the sender, through a funds transfer system or through some other communications system. This includes wire transfers, ACH transfers that may be sent through an ACH system or processed directly to an account with us, and transfers between Bank of America accounts.

*ACH Provisional Payment Rule.* Under ACH rules, funds transfers sent through an ACH are provisional and may be revoked prior to final settlement. You agree to these rules.

If the funds transfer is revoked before final settlement, we may charge your account for the amount credited. The person who sent the payment order is considered not to have paid you. If this happens, we do not send a separate notice, we report the information on your account statement.

*Notice of Funds Transfer.* We notify you that we have received funds transfers by listing them on your account statement. If you use one of our information reporting services, you may receive notice through that service.

We are not obligated to send you a separate notice of each incoming funds transfer. While we generally do not provide such separate notices, we may do so on occasion, in which case we send the notice within two business days after we credit your account.

We are not obligated to pay you interest for the period before you receive notice.

If you are expecting a funds transfer and want to find out if it has been credited to your account, call us at the number for Telephone Banking on your statement.

*Posting Your Customers' Payments.* We credit to your account electronic payments (such as bill payments) that

we receive from your customers. If you do not apply a payment to an account of your customer, you must promptly return the payment to us.

### ACH Debits and Credits

From time to time, originators that you authorize may send automated clearing house (ACH) credits or debits for your account. For each ACH transaction, you agree that the transaction is subject to the National Automated Clearing House Association (NACHA) Operating Rules and any local ACH operating rules then in effect. You agree that we may rely on the representations and warranties contained in these operating rules and either credit or debit your account, as instructed by the originator of the ACH transaction.

You should be careful about giving someone your account number to help prevent unauthorized transactions on your account. You must notify us immediately of unauthorized activity.

For information about stopping payment of an ACH transaction, see *Stop Payment Orders and Postdating Orders* in the Additional Terms and Service section.

## Protecting Your Account

Your role is extremely important in the prevention of wrongful use of your account. If you find that your records and ours disagree or if you suspect any problem or unauthorized activity on your account (such as a missing deposit or a forged or altered check or other withdrawal order), call us immediately at the number for Customer Service on your statement. If you fail to notify us in a timely manner, your rights may be limited.

### Cellular or Cordless Telephones

To help safeguard against potential unauthorized use of your account, you should not use cellular or cordless telephones to conduct your transactions with us. Confidential account information can be intercepted over the airwaves without your knowledge or authorization.

37

36

## Change of Address

You must notify us if you change your address. If we receive notice from the United States Post Office or one of its agents that your address has changed, we may change your address on our records to the address specified by the Post Office and we may send statements and notices regarding your account to that new address.

## Fingerprinting

If a person to whom you gave your check asks us to cash the check, we may require them to place their fingerprint on the check. If they refuse to provide their fingerprint, we may refuse to cash the check. We have no liability to you for refusing to cash the check.

## Examining Statements and Reporting Problems

This section applies to any problem or unauthorized transaction on your account, except electronic transactions that are subject to Regulation E.

You agree to promptly and carefully review your statement and any accompanying items. You must report problems or unauthorized transactions to us immediately, by calling the number for Customer Service on your statement. Problems or unauthorized transactions include: suspected fraud, missing deposits, unauthorized electronic transfers; missing, stolen, or unauthorized checks or other withdrawal orders; checks or other withdrawal orders bearing an unauthorized signature, endorsement or alteration; and counterfeit checks. You agree that 60 days after we send a statement (or otherwise make it available) is the maximum reasonable amount of time for you to review your statement and report any problem or unauthorized transaction related to a matter shown on the statement. If you do not notify us in writing of suspected problems or unauthorized transactions within 60 days after we send your statement, or otherwise make a claim against us relating to the unreported problems or unauthorized transactions. In addition, if you fail to report an unauthorized transaction on your account within 30 days (or such lesser period as is specified in the state law applicable to your account) following the closing date of the statement containing infor-

mation about the first unauthorized transaction, we are not liable to you for subsequent unauthorized transactions on your account by the same person.

When you report missing, stolen, or unauthorized checks, we may recommend that you close your current account and open a new one. If we recommend you close your account and you do not do so, we are not liable to you for subsequent losses or damages on the account due to forgery, fraud or other unauthorized use. When you open a new account, you must notify any third parties that need to know your new account number.

If you report to us that a forgery, alteration or other unauthorized transaction has occurred on your account, you agree to cooperate with us in the investigation and prosecution of your claim and any attempt to recover funds. You agree to provide us with an affidavit containing the information we require concerning the transaction. You also agree to assist us in identifying and prosecuting the suspected wrongdoer(s).

You agree that we have a reasonable period of time to investigate the facts and circumstances surrounding any claimed loss and that we have no obligation to provisionally credit your account. Our maximum liability is the lesser of your actual damages proved or the amount of the missing deposit or the forgery, alteration or other unauthorized withdrawal, reduced in all cases by the amount of the loss that could have been avoided by your use of ordinary care. We are not liable to you for special or consequential losses or damages of any kind, including loss of profits and opportunity or for attorneys' fees incurred by you. We are not liable to you for any items that are forged or altered in such a way that we cannot reasonably detect the forgery or alteration.

You may not bring any legal proceeding or action against us to recover any amount alleged to have been improperly paid out of your account unless you have given us the notice described above, and the action is commenced within one year after the date the statement containing the unauthorized transaction was sent or otherwise made available to you.

If your claim relates to a business account, you agree to pursue all rights you may have under any insurance coverage you maintain before making a claim against us in

38

39

connection with any transaction involving your accounts or your checks or other withdrawal orders, and to provide us with all reasonable information about your coverage, including the name of your insurance carrier, policy number, policy limits and applicable deductibles. Our liability is reduced by the amount of all insurance proceeds you receive or are entitled to receive. At our request, you agree to assign to us your rights under your insurance policy.

## Helping to Prevent Fraud

To help you protect your account, you should consider using some or all of the following preventive measures: reconciling your statements as you receive them, watching for out-of-sequence checks and checks made payable to cash, and reviewing your transaction activity for unexpected fluctuations. Business customers should consider assigning responsibilities for opening mail, reconciling bank statements and issuing checks to different individuals.

You should be cautious about giving someone your account number. If you give your account number to a third person and authorize that third person to initiate one or more transactions on your account, you may be liable for all transactions initiated by the third person even if you did not intend to authorize a particular transaction.

You should never leave unused checks out in the open or in an easily accessible location. Checks can be stolen and misused, so it is important for you to keep them locked in a safe place. When discarding checks, ensure they are properly destroyed by shredding or other means so that they cannot be copied or used. If unused checks disappear, either individually or a pad at a time, call us immediately at the number for Customer Service on your statement. We may deny a claim due to forged, altered or unauthorized checks if you do not take reasonable measures to guard against improper access to your checks.

These are suggestions of some measures you may take to help prevent fraud on your account. The suggestions are by no means a complete list of preventive measures you may take; other or additional actions may be appropriate for your particular circumstances.

# Processing Transactions

Transactions that you perform are not effective until we process them at the processing center for the banking center where we opened your account.

## Cutoff Time for Receipt of Orders

Our cutoff time for receipt at a banking center of a stop payment or postdating order, restraining order, writ of attachment or execution, levy, garnishment or similar order relating to your account is 10:00 a.m. local time or, if later, one hour after the banking center opens each business day. The cutoff time relates to our obligation to pay or return checks and other items. If we receive an order before this cutoff time, we may review items presented for payment against your account on the previous business day to determine whether we need to return any of them to comply with the order. If we receive the order after the cutoff time, we may not review items presented on the previous business day.

For example, if you give us a stop payment order after our cutoff time and the item you want to stop was presented for payment the previous business day, your order comes too late to stop payment on the item. Or, if we receive a levy before the cutoff time and you do not have enough funds in your account to cover both the levy and all items presented against your account the previous business day, we may return one or more items and apply the funds to the levy.

## Paying Checks and Other Items

We may debit your account for a check or other item drawn on your account either on the day it is presented to us for payment, by electronic or other means, or on the day we receive notice that the item has been deposited for collection at another financial institution — whichever is earlier. If you have insufficient funds to cover the item, we decide whether to return it or to pay it and overdraw your account.

We may determine your balance and make our decision on an insufficient funds item at any time between our

40

41

receipt of the item or notice and the time we must return the item. We are required to determine your account balance only once during this time period.

When you deposit checks or other items that are drawn on another account with us, we may treat such items as presented to us for payment on the business day that they are received by our office that processes checks drawn on the other account.

## Returned Items

If a check or other item you deposit or we cash is returned to us for any reason, at any time, we may debit your account for the amount of the item. We may also debit your account for any interest you may have provisionally earned on the item. We also charge you a fee for each returned item. Different fees may apply to domestic and foreign items. We may debit your account for a returned item at any time on or after the day it is returned to us by electronic or other means, or the day we receive notice that the item is being returned to us — whichever is earlier. Furthermore, if an item deposited in your account has been paid by the financial institution on which it is drawn and that institution later returns the item to us claiming that it was altered, forged or unauthorized or should not have been paid for any other reason, we may debit your account for the amount of the item. If you have insufficient funds to cover a returned item, we may overdraw your account. You agree to repay us immediately.

In some cases the financial institution on which the returned check or other item is drawn may send us an electronic notice of return instead of returning the item. We may act on, and you agree to be bound by, the electronic notice of return just as if the original item had been returned.

If we receive advance notice from another financial institution that it is returning to us unpaid a check of $2,500 or more, we generally send you a notice. We do not send a notice about returned checks of less than $2,500.

For each returned item drawn in a foreign currency, we charge your account the U.S. dollar equivalent of the item. We may calculate the U.S. dollar equivalent by using our applicable exchange rate that is in effect when we process the returned item.

42

## Deposits

**Accepting Items for Deposit:** We may accept a check or other item for deposit to your account from anyone. We do not have to question the authority of the person making the deposit.

We may refuse, accept for collection only, or return all or part of any deposit. We may also refuse to accept for deposit to your account items payable to another person.

In receiving checks or other items for deposit or collection, we act only as your collecting agent and assume no responsibility beyond the exercise of due care, including care in selecting collecting banks. We are not responsible for errors and delays made by others in the collection process. We will, however, make reasonable efforts to resolve problems. If we have given you provisional credit for an item and it is not paid for any reason, we may revoke the provisional credit and charge the amount of the item back to your account. When you send us deposits by mail, or place deposits in our lobby deposit box or other depositories, we may treat them as received at the time we receive actual delivery of deposits sent by mail or when we remove the deposits from our depositories.

If we accept a cash deposit in unusual denominations, such as a large number of loose coins, we may assess a charge for processing the deposit.

If you use a blank deposit slip from one of our banking centers, rather than your personalized deposit slip, you agree that we will not be liable for errors that may result from our hand encoding the account information.

· You agree that, without prior written approval, you will not knowingly deposit items into your account that do not have either a true original signature of the person on whose account it is drawn or an authorized mechanical reproduction of that person's signature.

**Collection Items.** We may accept certain items — such as certain securities and checks payable in foreign currencies or at foreign locations — on a collection basis only. We route and process collection items separately. We normally credit your account for collection items only after we receive payment for them. But if we do credit your account and then do not receive payment, we may debit your account for the amount of the item. We charge

43

fees for processing collection items. These fees apply even if the collection item is returned unpaid. For current fees, call us at the number for Customer Service on your statement, or ask a banking center representative.

The financial institution on which the collection item is drawn may also charge you fees. If the other financial institution requires payment of a fee before that institution will process the collection item, we may pay the fee and charge your account. Otherwise, the other financial institution may subtract its fee from the amount of the payment we receive. These fees may apply even if the collection item is returned unpaid.

**Client-Encoded Deposits.** If you are a business client, you may want to encode the dollar amount of a check on the MICR line of an item you deposit with us. We permit this under certain circumstances, and we provide you with instructions for preparing and encoding your deposits.

You must provide us with a replacement or a copy of each original check if the deposit is lost or destroyed. We are not liable to you if you are unable to do so.

If our equipment is unable to read what we consider to be a significant number of your encoded items, we may charge you additional fees. If we do charge you more, we send you a notice. If you make an encoding mistake that results in costs or losses to us, you agree to reimburse us (and we may charge your account) for our claims, costs, losses and damages, including attorneys' fees.

**Demand Drafts.** If you deposit a demand draft (an unsigned draft or a preauthorized draft) into your account, you warrant and guarantee that the draft is authorized.

**Deposit Error Correction.** When we receive your deposits, we may provisionally credit your account for the amount declared on the deposit slip, subject to later verification by us. You must ensure that the amount declared on the deposit slip is correct even if you did not prepare the deposit slip. If later we determine that the amounts declared on the deposit slip are incorrect, we may adjust (debit or credit) your account. However, if the error in completing the deposit slip was inadvertent and is less than our standard adjustment amount, we will not adjust the

deposit unless you notify us of the error within one year of the date of your periodic statement that shows the deposit. After this notice period has passed without your bringing an error to our attention, the deposit amount indicated on the statement will be considered finally settled. That is, if the actual amount deposited was less than the amount declared on the deposit slip, the difference will become your property and if the actual amount deposited was more than the amount declared on the deposit slip, the difference will become our property. We may change our standard adjustment amount from time to time without notice to you.

**Endorsing Checks.** We may accept for deposit checks payable to any signer on your account when endorsed by any other signer. We may endorse checks for you that we receive for deposit.

We restrict both how you endorse checks that you ask us to cash or deposit and what you may place or have preprinted on the back of checks. If you place or imprint information on the back of the check, it may overlap into the area reserved for the banks' endorsements. If it becomes necessary for us to return one of your checks, the material placed on the back of the check may interfere with the bank endorsements and cause delays in returning the item. You agree to reimburse us for all claims, costs, losses and damages that result from late return of a check due to material entered on the back of the check that obscured or interfered with our or another bank's endorsement.

You must endorse checks in the area that extends 1 inches from the trailing edge of the back of the check. The trailing edge is the left side of the check when you look at it from the front. If your endorsement obscures our bank's endorsement, you are liable for checks that are returned late and unpaid.

**Foreign Instruments.** The processing and collection of foreign instruments are not subject to United States laws or regulations. We may refuse to accept for deposit or collection a check, draft or other item that is payable in a currency other than U.S. dollars or that is drawn on a bank or a branch of a bank located outside of the United States (a "foreign instrument"). If we accept a foreign instrument

for deposit or collection, you bear all the risks associated with the collection process and foreign currency fluctuation (exchange rate risk). A foreign instrument may be returned unpaid much later (sometimes several months after we process the foreign instrument) than instruments that are drawn on banks located in the United States. You bear all the risks of a late return. We may decide not to credit a foreign instrument to your account until we receive the proceeds in cleared funds from the paying bank. If we do provide credit, such credit is provisional and we may reverse the credit at any time if the foreign instrument is returned unpaid or is initially paid but then subsequently returned for fraud. You agree that we may use the current exchange rate and we may charge your account for the full value of the foreign instrument, including any applicable fees, which may result in a loss to you.

If you deposit an item which is later determined to be a foreign instrument, it may or may not need to be sent for collection. If we determine the instrument needs to be sent for collection, we may reverse any provisional credit given for the item at our current exchange rate and mail the foreign instrument to you at the address we have for your account statement. You may then ask us to send the instrument for collection.

You understand that foreign instruments sent for collection are sent solely for you and at your risk and that we are not liable for any event in the collection process which is beyond our control including a default by any banks or agents involved in the collection process or for loss of the foreign instrument in transit. We may send the foreign instruments directly or through a correspondent to any bank, including the payor. We may deduct our fees and charges assessed by the payor bank and any agents involved in the collection process from the amount collected or from your account. If the collection is returned unpaid, we may mail the foreign instrument to you at the address we have for your account statement. We may also charge your account for the item at our current exchange rate and for a collection fee together with other charges assessed by the payor bank. You should note that a foreign instrument which has been sent for collection and paid may be returned later (sometimes months later) for fraud, and

that we may debit your account at our current exchange rate including fees assessed by the foreign bank for any instrument returned for fraud.

Collection of these items is subject to the Uniform Rules for Collection of Commercial Paper, International Chamber of Commerce.

If you request, we will try to determine the status of a collection. You agree to pay charges incurred for such a request. We may refuse your request if less than 30 business days have passed since we first processed the collection.

**Identifying the Account.** You must correctly identify the account to which you want funds deposited. You are responsible for any claim, cost, loss or damage caused by your failure to properly identify the account to which a deposit is made or intended to be made. We may credit an account based solely on the account number listed on the deposit slip or other instruction to credit an account, even if the name on the deposit slip or other instruction differs from the name on the account.

**Lost Checks.** When we cash a check for you or accept a check for deposit to your account, we are acting as your agent in collecting the check. We are not responsible if the check is lost or delayed in the collection process. If a check is lost during the collection process, we may charge your account for the amount of the check. If the financial institution on which the check is drawn gives us a photocopy of the check or a debit slip representing the check, we may charge your account for the amount of the check.

A lost check may not be returned to us for some time. Despite any delay, we may charge your account when we receive either the returned check, a copy of the check, or a notice of return.

**Third-Party Endorsement.** We may require that checks and other items you want to deposit or cash be endorsed by all parties to whom the items are payable. We may require verification of any endorsement either through an endorsement guarantee or personal identification.

46

47

## Withdrawals

**Check Cashing.** If a person wants to cash your check in one of our banking centers, we may require identification satisfactory to us and we may charge them a fee for cashing the check. We may also impose additional requirements, such as requiring their fingerprint or limiting the locations where we will pay the check in cash. If the person with your check fails or refuses to satisfy our requirements, we may refuse to cash the check. We are not liable to you for refusing to cash the check or for charging a check cashing fee.

Some of our banking centers do not have tellers. Checks can not be cashed at these banking centers.

We may cash checks payable to any signer on your account when endorsed by any other signer.

We are usually happy to cash checks for you. However, there may be times when we refuse to cash a check written to you because cashing checks drawn on accounts at our other banking centers or at other banks can present problems similar to using uncollected funds from deposited checks. If we do cash such a check and it is returned to us unpaid for any reason, at any time, we may deduct the amount of the check from your account and we may charge you a fee.

If a check is made payable to an entity such as a partnership or corporation, we may require that you show us evidence of your authority to cash checks on behalf of the entity shown on the check.

**Check Legends.** Some customers order checks printed with legends, or notations, such as "not valid after 60 days" or "not valid over $1,000." We may also receive checks on which conditional or restrictive endorsements or other notations are written. We may disregard these instructions and pay the item even if the restriction or other condition has not been met. We are not liable to you for any claims, costs, losses or damages that result from the placement of these restrictions or other notations on your checks, or from our disregarding them.

**Check Processing Order.** We may accept, pay, certify, or charge to the appropriate account your checks and other items in any order we choose. We may establish different processing priorities or categories for checks and

other items. For example, we may process ATM withdrawals and automatic payments before checks. Within each priority or category, we may process checks and other items in any order we choose. We may change the priorities or order at any time without notice to you. When you do not have enough available funds in your account to cover all of the items presented that day, some processing methods may result in more insufficient funds fees than other methods. We may choose our processing method at our sole discretion, regardless of whether additional fees may result.

We currently process checks and other items according to certain priorities. Within each priority, we process checks and other items in most states from the highest to lowest dollar amount. If there are insufficient funds to cover all of the items processed on any given day, this method may result in additional overdraft fees.

**Collection Items.** When another financial institution submits to us for collection an item drawn on your account, we may change the other financial institution a fee. When you do not have enough funds in your account for us to process a collection item drawn on your account, we may charge you an insufficient funds fee.

**Converting Checks to Electronic Debits.** Some businesses use a procedure to convert checks that are drawn on your account with us into electronic debits. To use this procedure, you sign an authorization slip (similar to a credit or debit card slip) that permits the business to convert the check to an electronic debit. The business passes your check through a machine that captures the account routing number, check amount, and other relevant information and then returns your check to you. An electronic debit for the transaction amount is then sent to us. When we receive the electronic debit, we charge it to your account. We may receive the electronic debit to your account immediately after the business enters the transaction, so to avoid an overdraft you must have sufficient funds in your account to cover the amount of the check at the time you authorize the transaction. Since the check is not sent to us for processing, we do not have a copy of your check. You should retain the check for your records. These electronic debits are listed on your account statement.

48

49

**Examining Checks.** We receive checks in great volume. This and compliance with expedited funds availability laws require us to use automated check processing procedures. Like most other banks, we select some checks for review on the basis of certain criteria that change from time to time. This means that most checks are processed on the basis of the MICR (Magnetic Ink Character Recognition) line printed along the bottom edge of the check, and are not individually examined for dates, maker signatures, legends or endorsements. You agree that we will have exercised ordinary care if we examine only those items that we have identified according to certain minimum criteria which we may establish for inspection. Since we do not individually examine most checks, it is critical for you to take care of your checks, promptly review your for your account for it. We agree that automated processing of your checks is reasonable and that you accept responsibility for preventing and reporting forgeries, alterations, and other unauthorized uses of your checks or accounts.

Since some types of check fraud have become more difficult to detect, we may elect in some cases to make further inquiries about certain checks which are presented for payment against your account and, if we are unable to contact you, or take other steps, to determine with reasonable certainty that these payments are authorized by you, we may return the checks unpaid without any liability by us to you.

**Facsimile Signature.** A facsimile signature can be a convenient method for signing or endorsing documents and other items. If you use a facsimile signature, you are responsible for any withdrawal from your account that bears or appears to us to bear a facsimile signature that resembles or purports to be the signature of a person authorized to withdraw funds. You are responsible even if the size, color or style of the check or the size or color of the facsimile signature is different from that of any signature previously presented to us. We may pay the withdrawal and may charge your account for it. You agree to reimburse us (and we may charge your account) for all claims, costs, losses and damages, including attorneys' fees, that

50

result from our payment of a withdrawal bearing either a facsimile that resembles or purports to bear your signature or a facsimile that we believe you authorized.

**Foreign Currency.** You may not write checks or other withdrawal orders on your account, which order payment in a foreign currency.

**Large Cash Withdrawals.** We may require reasonable advance notice for large cash withdrawals. We may also refuse to honor a request to withdraw funds in cash from your account or to cash a check (including a cashier's check or other official item) at a banking center if we believe that the amount is unreasonably large or that honoring the request would cause us an undue hardship or security risk. We may require that such withdrawals be made at one of our cash vaults by an armored courier, acceptable to us and at your sole risk and expense. We are not responsible for providing for your security in such transactions.

**Multiple Signatures.** We do not offer accounts on which two or more signatures are required for a withdrawal. If you indicate on your checks or signature card or other account documents that more than one signature is required for withdrawal, this indication is for your own internal procedures. It is not binding on us. We may pay out funds from your account if the check, item, or other withdrawal instruction is signed or approved by any one of the persons authorized to sign on the account. We are not liable to you if we do this.

**Returned Items.** If we decide not to pay a check or other item drawn on your account, we may return the original or a copy of the item or we may send an electronic notice of return and keep either the original or a copy of the item in our records. If we send an electronic notice of return, you agree that any person who receives that electronic notice may use it to make a claim against you to the same extent and with the same effect as if we had returned the original item.

**Sample Signature.** To determine the authenticity of your signature, we may refer to the signature card or to a check or other document upon which your signature appears. We may use an automated process to reproduce and retain your signature from a check based on the format

51

and other attributes of checks we offer to customers. If you create your own checks, or obtain them from someone else, and we cannot accurately verify your signature on a check by comparing it with a check that posted to your account, you are responsible for any losses that may result from our inability to use that check to verify your signature.

**Stale-Dated and Postdated Checks.** If a stale-dated check — that is, a check dated more than six months in the past — is presented for payment against your account, we may pay the check and charge it to your account. If a postdated check — a check dated in the future — is presented for payment, we may pay the check and charge it to your account even if it is presented for payment before its date. If you do not want us to pay a stale-dated or postdated check, you must place a stop payment order on it.

# Additional Terms and Services

This chapter contains additional terms that apply to your deposit account and describes other services we offer for use with your account.

## Automatic Transfer Service

With this service, you may have funds transferred automatically from most Bank of America checking or savings accounts to another Bank of America checking or savings account or to pay a Bank of America loan or credit card account or safe deposit rental fee.

Federal regulation places limits on the number of automated transfers you may make from savings accounts. Certain other restrictions apply.

In most cases, we make transfers periodically on the days and for the amounts that you specify. For Bank of America loan payments, however, transfers must be made on the due date each month. A scheduled transfer that falls on a weekend or bank holiday is made the next business day. If we are unable to complete a transfer because you do not have enough available funds in your account, we may cancel this service.

52

## Business Days

Our business days are Monday through Friday, excluding bank holidays. We may switch from one business day to the next business day before the end of the calendar day. Hours of the business day for any given banking center are available at the banking center.

## Check and Deposit Slip Forms

We offer checks, withdrawal forms and deposit slips in a number of styles and at various prices. We recommend that you use checks and other forms that we provide.

Unless we have approved them in advance, we may refuse to accept checks or other forms that you create or that do not meet our specifications. If you use checks or other forms someone else provides. If you use checks or other forms liable for all claims, costs, losses and damages that may result — for example, if our equipment is unable to read or process the non-standard checks. You may obtain a copy of our check printing specifications by calling the telephone number on your statement or asking your account representative. The specifications include the magnetically encoded numbers, the size of the check and the weight, color and type of paper. If you create or obtain checks or other forms from someone else and we cannot process some or all of them through our automated check processing systems, we may charge you per-item fees on those checks or other items.

You must also confirm information that you place or have preprinted on the back of your checks to the area that extends 1½ inches from the trailing edge of the back of the check. The trailing edge is the left side of the check when you look at it from the front. If you issue checks on your account that have a carbon band, or if you imprint information on the back of the check, it may overlap into this area reserved for the banks' endorsements and may cause delays in returning the item. You are liable for and agree to reimburse us for all claims, costs, losses and damages that result from late return of a check due to material entered on the back of the check that obscured or interfered with the depository or another bank's endorsement.

You are responsible for verifying the accuracy of all information on your checks and other forms. Our liability,

53

if any, for any printing errors on checks or other forms obtained through us is limited to the cost of replacing the forms. We are not liable for any claims, costs, losses or damages you incur when you use checks or other forms not obtained through us.

## Check Copies

We keep a copy of each check you write on your account for seven years from the date the check posts to your account. The copies are available to you and are typically kept on microfilm or as a digital image. In the rare instance where a copy is unavailable or of poor quality (e.g., checks purchased from an unapproved printer) we are not liable to you for any loss or damage of any kind. After seven years, we may destroy the copies.

**Requesting Copies.** You may request a copy of a canceled check by calling us at the number for Customer Service on your statement. Generally, we mail or make a copy available within seven business days. If we need more time, we will tell you. We may charge you a fee for check copies. For some accounts you receive a monthly allowance. Please see the Schedule of Fees for your account.

To produce a copy, we need: account number, check number, exact amount of the check, and date the check was paid. This information is on your statement.

## Check Safekeeping Service

With this service, you do not receive your canceled checks with your statement. Instead, we store copies of canceled checks (usually on microfilm or digital image) and destroy the checks. Copies of the checks are generally available for seven years from the date the checks are paid.

If you have a combined statement, you may usually have your checks returned on your primary checking account. All accounts linked to your primary account included on the combined statement automatically receive check safekeeping service.

If your statements are returned to us, you will automatically receive check safekeeping service. If you usually receive your checks with your statement but we are unable to return them because of circumstances beyond our reasonable control, we may convert your account to check

54

safekeeping service for the period that the circumstances persist.

**Unavailable Copies.** If you use our check safekeeping service and we cannot provide a check copy and you lose money as a result, we may cover the loss up to the amount of the check. We are not liable to you for any special or consequential loss or damage of any kind.

## Circumstances Beyond Our Control

We are not liable to you if circumstances beyond our reasonable control prevent us from, or delay us in, performing our obligations for a service, including acting on a payment order, crediting a funds transfer to your account, or processing a transaction or crediting your account.

Circumstances beyond our reasonable control include: a natural disaster, such as an earthquake or a flood; emergency conditions, such as a war, riot, fire, theft or labor dispute, a legal constraint or governmental action or inaction; the breakdown or failure of our equipment for any reason, including a loss of electric power; the breakdown of any private or common carrier communication or transmission facilities, any time-sharing supplier or any mail or courier service; the potential violation of any guideline, rule or regulation of any government authority; suspension of payments by another bank; or your act, omission, negligence or fault.

## Conflicting Claims About Your Account

If another person or entity makes a claim against funds in your account, or if we believe that a conflict exists between signers on the account or that there is a dispute over matters such as the ownership of the account or the authority to withdraw funds, we may take one or more of these actions without our being liable to you: continue to rely on our current signature cards and other account documents, honor the competing claim upon receipt of evidence we deem satisfactory to justify such claim, freeze all or part of the funds until the dispute is resolved to our satisfaction, close the account and send a check for the balance in the account, payable to you or to you and each claimant, or pay the funds into an appropriate court for resolution. We may charge your account for expenses and fees, including attorneys' fees, we incur.

55

## Death or Incompetence

You agree to notify us promptly if any owner or authorized signer on your account dies or is declared incompetent by a court. We may place a hold on your account and refuse to accept deposits or permit withdrawals when an owner dies or is declared incompetent. We may hold any funds in your account until we know the identity of the successor.

If a deposit — including salary, pension, Social Security and Supplemental Security Income (SSI) — payable to the deceased owner is credited to the account after the date the deceased owner died, we may debit the account for the deposit and return it to the payer.

## Indemnification

You agree to reimburse us for all claims, costs, losses and damages (including collection agencies' fees) we may incur with respect to overdrafts or otherwise in connection with your account. We are not liable to you for any claim, cost, loss or damage caused by an event that is beyond our reasonable control.

## Legal Process

We may accept and act on any legal process that we believe to be valid without any liability by us to you, whether served in person, by mail, by facsimile transmission, at locations other than the banking center or office at which the account, property or records are held or if served in a state other than the state where the property or records are held. "Legal process" includes a subpoena, restraining order, injunction, writ of attachment or execution, levy, garnishment, tax withholding order, search warrant, forfeiture or other similar order relating to your account.

If the order directs us to turn over funds or other property, then, depending on the type of order, we either immediately deliver the funds or property or hold them for a legally permitted period — usually no longer than 21 days. We do not pay interest on the funds during the period we hold them. If we use funds from a time deposit account, we may impose an early withdrawal penalty.

We may charge your account a legal process fee for

each order. You agree to pay our fees and expenses for research and copying of documents and all other expenses, including administrative expenses, that we incur in responding to any legal process related to your account. These may include attorneys' fees. We may deduct these fees and expenses from any of your accounts without prior notice to you. Any garnishment, attachment or other levy against your account is subject to our right of setoff and any security interest we have in the account.

We are not liable to you for not paying items because we have withdrawn funds from your account or in any way restricted your access to funds because of a legal process.

## Notice of Withdrawal

Federal regulations require us to retain the right to require all savings and interest-bearing checking account depositors to give seven days' written notice before making a withdrawal. It is unlikely, however, that we would require this notice.

## Power of Attorney

If you want to grant someone power of attorney over your account, we may require you to complete our power of attorney form, which is available at many of our banking centers. If your state has a statutory form power of attorney, we also generally accept that form. In some cases we may require that the attorney-in-fact confirm in an affidavit that the power has not been revoked or terminated or that you register the power with the appropriate recording authorities. We may restrict the types or sizes of transactions we permit an attorney-in-fact to conduct.

We may require a separate form for each account for which you want to grant power of attorney. If you do not use one of our forms or, if applicable, the statutory form, or if your attorney-in-fact does not present the original form, we may refuse to honor any power of attorney you grant with or without cause and with no liability to you. When we accept a power, we may continue to recognize the authority of your attorney-in-fact until we receive written notice of revocation from you and have had a reasonable time to act upon it.

56

57

## Right of Setoff

We may recover amounts you owe us from any account you maintain with us or with our affiliates without notice to you, except that this provision does not apply to any consumer credit covered by the federal Truth in Lending law. If you are a sole proprietor, we may charge any of your personal or business accounts. If your business is a partnership, we may also charge the personal accounts of any general partner.

We may use funds held in joint accounts to repay any debts on which any one of you is liable, whether jointly with another or individually. We may charge any such debt against your account at any time, without regard to the origin of deposits to the account or beneficial ownership of the funds.

Funds held in individual accounts may be used to repay your debts, whether such debts are owed jointly with another or individually. Your debts include: those owed by you arising out of another joint account of which you are a joint owner, even if they are not directly incurred by you; those on which you are secondarily liable; or any amounts for which we become liable to any governmental agency or department or any company as a result of recurring payments credited to any of your accounts after the death, legal incapacity or other termination of entitlement of the intended recipient of such funds.

If we use funds from a time deposit account, the funds withdrawn are subject to the early withdrawal penalty. We are not liable to you for dishonoring items where withdrawals described in this section result in insufficient funds in your account.

## Stop Payment Orders and Postdating Orders

**Stop Payment Orders.** You may ask us to stop payment on a check or other item if it has not already been paid, but we may not honor your request if you write a check and use as identification your Bank of America ATM Card or Check Card. You may not stop payment on a Check Card, ATM or point-of-sale transaction. In addition, you may not stop payment on a transaction that you initiate by check, which a merchant converts to an electronic transfer at the point of sale.

**Postdating Orders.** If you write and postdate a check (that is — you put a future date on the check), we may pay it and charge if to your account even if it is presented for payment before its date. You may ask us not to pay a post-dated check before its date if the check has not already been paid. To do so, you must give us a postdating order.

**Placing Stop Payment and Postdating Orders.** You may request a stop payment or postdating order by mail or by calling us at the number for Customer Service on your statement. We may require you to complete a form authorizing the order. You must give us sufficient notice so that we have a reasonable period of time to act on your request. A stop payment or postdating order takes effect only after we have a reasonable opportunity to verify that the item is unpaid. We may charge you a fee for each stop payment order, each postdating order and each renewal.

To place a stop payment or a postdating order, we need the following information: account number, exact amount of the item and item number. We may also require the date of the item, the name of the person who signed or authorized the item, and the name of the party to whom the item was made payable.

We use a computer system to identify items. Therefore, to act on your order, we need the item number and the exact amount of the item — dollars and cents. If you give us the wrong amount (even one penny off) or the wrong item number, we may pay the item.

In some cases, we may pay an item even if an order is in effect. For example, if one of our banking centers, without notice of your request, cashes a check that you have asked us to stop, we may still pay the check.

A stop payment or postdating order generally expires after six months. However, there are circumstances in which we may, in our sole discretion, elect to honor a stop payment order for a longer period of time without notice to you. If you do not want the order to expire after six months, you must renew it. Each renewal is treated as a new order. If you want the order to expire in less than six months, you must cancel the order on or after the date you want it to expire. You may cancel the order by mail or by calling us at the number for Customer Service on your statement. Your request to cancel the order is not effective until we have a reasonable opportunity to act on it. We

cancel the order automatically when the account on which the item is drawn is closed.

If the item is presented for payment after the order expires, we may pay the item.

If a check that is subject to a postdating order is presented to us for payment while the postdating order is in effect, we may return the check with the designation "payment stopped" or "refer to maker."

Our liability for paying an item subject to a proper and timely stop payment or postdating order is limited to the actual loss suffered, up to the amount of item. You must prove the loss to our satisfaction. We are not liable to you for any special or consequential loss or damage of any kind.

**Additional Information about Automated Clearing House (ACH) Stop Payment Orders.** From time to time, we may receive ACH debits to your account from senders you previously authorized to debit your account. You may ask us to stop payment on a future ACH debit to your account if the item has not already been paid. You are responsible for notifying your sender that you have revoked your previous authorization for ACH debits.

For an ACH stop payment order, we generally need the information listed above under "Placing Stop Payment and Postdating Orders." We also need your name and telephone number and the type of account (checking or savings). We may also need the date the prior ACH debit from this sender posted to your account so that we can obtain the company name and company identification number used by your sender and printed on your statement. Otherwise, you must provide us with the company name and company identification number.

If you do not know the amount of the ACH debit, we may still be able to place the stop payment based on the company name and company identification number of the sender, but this may stop all ACH items from this sender. If you give us the wrong company identification number or if the sender changes the company identification number, we may pay the item.

The ACH stop payment takes effect within three business days. If you give us oral instructions, we may require you to confirm them in writing. If you do not, we may

60

remove the stop payment after 14 days. Otherwise, your order will be effective for six months.

For more information on stopping a preauthorized payment on a personal account, see *Preauthorized Payments* in the section titled *Electronic Banking Services*.

**Sub-Accounts**

For regulatory accounting purposes we may classify checking accounts as two sub-accounts: a checking sub-account and a savings sub-account. For interest-bearing checking accounts, we calculate and pay interest at the same rate and in the same way on both sub-accounts. For non-interest-bearing checking accounts, we do not pay interest on either sub-account. We may transfer funds between these sub-accounts. We record the sub-accounts and any transfers between them on our internal accounting records only. Otherwise, the sub-accounts are subject to the same terms as the checking and savings accounts described in this Agreement.

**Telephone Banking**

You may use this telephone service to make transactions and inquiries on your account by calling the number for Customer Service on your statement. In some states, to obtain account information, you need to enter your account number and identification number. In other states you enter your Access ID and PIN. You may change your identification number by calling the number for Customer Service on your statement.

There are two categories of customer service calls:

• Automated service inquiry calls: These are inquiries you make by using the self-service (touch-tone) feature. You get an automated response.
• Representative inquiry calls: These are calls for which you request the assistance of a Telephone Banking representative.

**Call Fee.** For checking accounts, you may make a specified number of calls about your account each statement period without incurring a call fee. If you make more than a specified number of calls during a statement period, we may charge a call fee. The call fee does not apply to some accounts. Please see the Schedule of Fees for more information.

61

We do not count calls you make to a Telephone Banking Representative for questions that cannot be answered, or for assistance that cannot be handled, through the automated telephone service. You may request information about more than one account during a call.

### Treasury Management Services

We offer Treasury Management Services to help business customers manage their cash flow, gather information on their accounts and perform automated transactions. If you are interested in information on Treasury Management Services, please contact a Treasury Management representative.

### Unclaimed Property

Unclaimed property laws require us to turn over abandoned accounts to the applicable state. The applicable state is generally the state listed in the address for your account statement. Your account is usually considered abandoned if you have not performed at least one of the following activities for the period of time specified in the applicable state's unclaimed property law: made a deposit or withdrawal, written to us about the account, or otherwise shown an interest in the account, such as asking us to keep the account active.

Before we turn over an abandoned account, we may send a notice to the address we currently show for the account statement. If mail we previously sent to this address was returned, we may not send this notice.

If you have not made a deposit to or withdrawal from your account for a period of time that we consider substantial, then (unless prohibited by federal law or the law of the state where we maintain your account) we may charge dormant account fees on the account in addition to regular monthly maintenance and other fees and, if the account received interest, we may stop paying interest on the account. We may also refuse to pay items drawn on or payable out of the account. If you re-establish contact with us, we do not have to reimburse you for these fees and we are not liable to you for any interest that would otherwise have accrued on your account.

62

### Waiver and Severability

We may delay enforcing our rights under this Agreement without losing them. No delay in enforcing our rights will affect your obligation to pay us fees and other amounts you owe us under this Agreement. If we waive a provision of this Agreement, the waiver applies only in the specific instance in which we decide to waive the provision and not to future situations or other provisions.

If any part of this Agreement is inconsistent with any applicable law, then to the extent the law can be amended and that the law is amended by this Agreement governs by contract, you and we agree that this Agreement governs and that the law is amended by this Agreement. A determination that any part of this Agreement is invalid or unenforceable will not affect the remainder of this Agreement.

# Tax Information

We are required to report annually to you and to the Internal Revenue Service (IRS) interest payments that total $10 or more during the year on your deposit account with us. We may also report this information to the appropriate state revenue authority.

When you open an account, we are required to obtain — and each U.S. citizen or resident alien must give us — a certified U.S. Taxpayer Identification Number (TIN) and information regarding your backup withholding status. (See below.) When you sign the signature card for an account, you certify — that is, sign under penalties of perjury — that you have provided the correct TIN for the accountholder named on the signature card ("name and TIN") and the correct backup withholding status.

For personal accounts, the TIN is your Social Security Number (SSN). For personal accounts with more than one owner, we report taxpayer information for the person listed first on the signature card. Resident aliens who do not qualify for Social Security should provide their Individual Taxpayer Identification Number (ITIN). For other accounts, the TIN is the owner's Employer Identification Number (EIN). (For more information on providing the correct name and TIN, see the chart at the end of this chapter.)

63

If you do not give us a certified name and TIN, if the IRS notifies us that the name and TIN you gave us is incorrect, or if the IRS notifies us that you failed to report all your interest and dividends on your tax return, we are required to backup withhold at the current rate on interest earned on your account and pay it to the IRS. Backup withholding is not an additional tax. You should claim amounts withheld and paid to the IRS as a credit on your federal income tax return.

### EXEMPT FOREIGN PERSON

Accounts held by a foreign person that are properly certified are exempt from backup withholding and information reporting, with the following exceptions:

- If we are required to backup withholding by the IRS, we report interest and withholding to you and the IRS on IRS Form 1099-INT.
- If you provide us with a Canadian permanent foreign address when opening an account or recertifying your exempt foreign person status, we report interest of $10 or more paid on your account to you and the IRS on IRS Form 1042-S.
- If you certify on a Form W-8ECI that your deposit account is effectively connected with the conduct of a trade or business within the United States, we report interest of $10 or more paid on your account to you and the IRS on IRS Form 1042-S.

For accounts with more than one owner, all owners must qualify and certify their status as foreign persons exempt from Form 1099-INT reporting. For U.S. tax purposes, you generally may qualify as a foreign person exempt from Form 1099-INT reporting if you are the beneficial owner of the account and you meet all of the following conditions:

- You are not a citizen or resident of the United States;
- You do not have a U.S. Immigration Card; and
- You are not present in the United States for at least 31 days during the current year, or if you are present for this period of time, the total number of days you were present in the United States during the current and two preceding years does not equal or exceed 183 days, when calculated as follows:

64

For days in the current year, multiply by $1$; for days in the first preceding year, multiply by $\frac{1}{3}$; and for days in the second preceding year, multiply by $\frac{1}{6}$. Then add the numbers together and compare them to 183. If the number exceeds 183, you are considered a resident alien.

The definition of foreign person exempt from Form 1099-INT reporting also generally includes foreign diplomats, foreign teachers, foreign students, foreign partnerships, foreign estates, and foreign trusts. Some limited exemptions exist. If you are married to a U.S. citizen or resident and have made an election under section 6013(g) or (h) of the Internal Revenue Code, you may not claim to be a foreign person exempt from Form 1099-INT reporting.

As a foreign person exempt from Form 1099-INT reporting, you must give us the address of your permanent foreign residence. You must also renew your status as an exempt foreign person prior to the end of the third calendar year following the year in which you last certified your status. During that year, we send you the necessary forms. If you fail to renew your status by the last day of that calendar year, your interest payments are subject to backup withholding at the then current rate.

If you become a U.S. citizen or resident after opening your account, you must notify us within 30 days and provide us with your certified name and TIN (Form W-9).

For more information or to determine whether this information applies to you, consult your U.S. tax advisor.

### AVAILABILITY AND REPORTING OF INTEREST

For interest bearing checking and savings accounts, interest is reported to the IRS as it is earned. On time deposits, interest is available to you and is reported to the IRS as it is earned, whether or not it is withdrawn prior to maturity.

### Penalties

If you fail to furnish a correct name and TIN, you may be subject to a $50 IRS penalty. If you make a false statement that has no reasonable basis and that results in no backup withholding, you may be subject to a $500 IRS penalty. If you deliberately give false information, you may be subject to criminal penalties.

65

## What name and number to give the requester

| For this type of account: | Give name and Social Security number of: |
|---|---|
| 1) Individual | The individual |
| 2) Two or more individuals (joint account) | The actual owner of account or, if combined funds, the first individual on account[1] |
| 3) Custodian account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 4) a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 5) Sole proprietorship | The owner[3] |

| For this type of account: | Give name and Employer ID number of: |
|---|---|
| 6) Sole proprietorship | The owner[3] |
| 7) A valid trust, estate, or pension trust | Legal entity[4] |
| 8) Corporate | The corporation |
| 9) Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10) Partnership | The partnership |
| 11) Broker or registered nominee | The broker or nominee |
| 12) Account with Dept. of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first the name of the person whose number you furnished. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] List the minor's name and furnish the minor's SSN.

[3] You must show your individual name, but you may also enter your business or "DBA" name. You may use either your SSN or EIN (if you have one).

66

[4] List first the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

*Note:* If there is more than one name, the number will be considered to be that of the first name listed.

# Resolving Disputes

If you or we request, any controversy or claim ("controversy") concerning your deposit account relationship with us, including any claim based on or arising from an alleged tort, will be determined by arbitration, reference, or trial by a judge as provided below. A controversy that involves an amount in dispute of less than $1 Million will be determined by arbitration as described below. Any other controversy will be determined by judicial reference of the controversy to a referee appointed by the court or, if the court where the controversy is venued lacks the power to appoint a referee, by trial by a judge without a jury, as described below. The arbitration, judicial reference or trial by a judge will take place on an individual basis without resort to any form of class action.

WHETHER THE CONTROVERSY IS DECIDED BY ARBITRATION, BY JUDICIAL REFERENCE, OR BY TRIAL BY A JUDGE, YOU AGREE AND UNDERSTAND: (i) THAT YOU AND WE ARE GIVING UP THE RIGHT TO TRIAL BY JURY, AND THERE WILL BE NO JURY AND (ii) THAT THIS SECTION PRECLUDES YOU AND US FROM HAVING THE RIGHT TO PARTICIPATE OR BE REPRESENTED IN ANY FORM OF CLASS ACTION OR ANY OTHER LITIGATION FILED IN COURT BY OTHERS.

**Arbitration.** Since this Agreement touches and concerns interstate commerce, an arbitration under this Agreement will be conducted in accordance with the United States Arbitration Act (Title 9, United States Code), notwithstanding any choice of law provision in this Agreement. Arbitration, including selection of an arbitrator, will be conducted in accordance with the then-current rules for arbitration of financial services disputes of J.A.M.S. ("JAMS"). You may call JAMS at 1.800.352.5267 to obtain rules and forms to initiate

67

arbitration or visit their Web site at *www.jamsadr.com* for, more information. If JAMS is unable or unwilling to serve as the provider of arbitration, we may substitute another national arbitration organization with similar procedures. The arbitrator(s) will follow the law and will give effect to statutes of limitation in determining any claim. Any controversy concerning whether an issue is arbitrable will be determined by the arbitrator(s). The award of the arbitrator(s) will be in writing and include a statement of reasons for the award. The award will be final. Judgment upon the award may be entered in any court having jurisdiction, and no challenge to entry of judgment upon the award will be entertained except as provided by Section 10 of the United States Arbitration Act or upon a finding of manifest injustice.

**Judicial Reference or Trial by a Judge.** If you or we request, any controversy concerning your deposit account relationship with us that is not submitted to arbitration as provided above will be determined by reference to a referee appointed by the court who, sitting alone and without a jury, will decide all questions of law and fact. The referee will be an active attorney or retired judge. If the court where the controversy is venued lacks the power to appoint a referee, the controversy instead will be decided by trial by a judge without a jury.

**Self-Help and Provisional Remedies.** Either you or we may exercise self-help remedies such as set-off or obtain provisional or ancillary remedies from a court of competent jurisdiction before, after, or during the pendency of any arbitration or reference. Neither the obtaining nor the exercise of any such remedy will waive the right of either party to demand that the related or any other controversy be determined by arbitration or reference as provided above.

**Jurisdiction and Venue.** Any arbitration, lawsuit or other proceeding regarding your account must be brought in the state where we opened, or if different, currently maintain your account and you submit to the personal jurisdiction of that state.

68