# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| George Banks )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Bank of America )<br>)<br>Defendant. )<br>) | Case No. 05-CV-01688<br>Judge Henry Kennedy<br>Deck Type: Civil |

## PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES

COMES NOW Plaintiff, George Banks by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure hereby responds to Defendant Bank of America's ("BOA") Interrogatories.

Subject to the objections and responses as set forth below, the Plaintiff says:

(a) The information supplied in these Answers to Interrogatories is not based solely on the knowledge of the executing party, but includes the knowledge of the party and attorneys, unless privileged.

(b) The word usage and sentence structure may be that of the attorneys assisting in preparation of these Answers and, thus, does not necessarily purport to be the precise language of the executing party.

(c) Plaintiff reserves the right to amend these answers after discovery from the Defendant, with further information as it may come to the party prior to hearing dates.

statements in any form from any persons regarding any of the events that occurred at the scene of the incident referred to in the Complaint immediately before, at the time of or immediately after the incident.

If so, state:

    a. name and address of the person from whom any statements were taken;

    b. the dates on which the statements were taken;

    c. the name and addresses of the persons and employers of the persons who took the statements;

    d. the name and addresses of the persons having custody of the statements; and

    e. whether the statements were written or recorded by recording device, court reporter or stenographer.

Answer: See attached deposition transcripts.

24. Identify every act and/or omission on the part of the Bank upon which you rely to support the claims set forth in your Complaint.

Answer: Not Applicable.

25. Explain the factual and legal basis of your contention in Paragraphs 17-21 of the Complaint that the Bank was negligent.

Answer: The Bank breached their policies of serving and protecting Plaintiff as a customer.

26. Explain the factual and legal basis of your contention in Paragraphs 22-24 of the complaint that the Bank violated 42 U.S.C. Section 1981.

Answer: Plaintiff was treated differently on the basis of his race and impeded from the enjoyment of his contract as a customer—and specifically denied from making withdrawals from his accounts.

27. If you contend that your arrest as described in the complaint was due to any fault on the part of the Bank, describe in detail the factual basis for such a contention.

Answer: See answer to number 25.

28. Identify any and all lawsuits or claims filed by you against any other party in connection with the same incident described in your Complaint, including in your Answer the name of the party(ies) against whom you filed a claim or complaint, the name of the court and case or claim number, the current status of the claim or complaint and the amount of any settlement you received as a result of the filing of such claim or complaint.

Answer: <u>George Banks v. D.C. et al.</u>, U.S. District Court for the District of Columbia, CA-02-2304, $29,000.

29. Described in detail and itemize all damages allegedly suffered by you as a result of the allegations in the Complaint. If you contend that you have suffered actual damages, state whether you seek an award of actual damages in this lawsuit and identify and quantify each and every element of such actual damages.

Answer: Compensatory damages for emotional pain and suffering. Plaintiff also demands punitive damages.

_____
George Banks

APRIL 20, 2006
Date

Respectfully submitted,

_____
Donald M. Temple (Bar# 407849)
1229 15th Street, NW
Washington, DC 20005
Phone: 202-628-1101
Fax: 202-628-1149

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2006, a true and correct copy of the foregoing Response to Defendant's Interrogatories was mailed, first class, postage prepaid to:

Tessa Laspia Frederick
Miles & Stock bridge P.C.
10 Light Street
Baltimore, MD 21201
(410) 727-6464

Jefferson V. Wright
Miles & Stock bridge P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464

Attorneys for Defendant

_____
Donald M. Temple, Esq.