# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **George Banks** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Bank of America** )<br>)<br>Defendant. )<br>) | Case No. 05-CV-01688<br>Judge: Henry Kennedy<br>Deck Type: Civil |

## PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW Plaintiff, George Banks by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure Rule 34, hereby responds to Defendant Bank of America's ("BOA") Request for Production of Documents. Subject to the objections and responses as set forth below, Plaintiff:

1. States that the information supplied in these Responses is not based solely on the knowledge of the executing party, but includes the knowledge of the party and attorneys, unless privileged.

2. States that the word usage and sentence structure may be that of the attorneys assisting in the preparation of these Responses, and thus, does not necessarily purport to be the precise language of the executing party.

3. Reserves the right to amend these Responses after discovery is served upon Defendant, as further information becomes available to the Plaintiff.

**REQUEST FOR PRODUCTION 9:**

All documents relating to the damages you allegedly suffered as a result of the allegations in this case, including, but not limited to, actual damages and statutory damages and any claim for attorneys' fee or costs.

**RESPONSE:**

Document(s) to be provided.

**REQUEST FOR PRODUCTION 10:**

All documents relating to your contention in paragraphs 17-21 of your Complaint that the Bank was negligent.

**RESPONSE:**

Document(s) to be provided.

**REQUEST FOR PRODUCTION 11:**

All documents relating to your contention in paragraphs 22-24 of your Complaint that the Bank violated 42 U.S.C. Section 1981.

**RESPONSE:**

Document(s) to be provided.

**REQUEST FOR PRODUCTION 12:**

All documents related to the criminal charges brought against you in the District of Columbia stemming from the incident described in the Complaint.

**RESPONSE:**

Plaintiff has attached herein copies of documents from the Criminal Court file.