IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Bank of America, N.A.'s First Motion in Limine, any opposition thereto and any hearing thereon, it is the _____ day of _____, 2008; hereby

ORDERED that Bank of America, N.A.'s Motion in Limine to exclude evidence of any contract other than the contract relating to the business bank accounts at issue in this case be, and the same hereby is, GRANTED; it is further

ORDERED that Plaintiff, George Banks is precluded from testifying to or offering any evidence of any agreement between Plaintiff, individually, and Bank of America, N.A.; and it is further

ORDERED that judgment as a matter of law be, and the same hereby is, granted in favor of Bank of America, N.A.

**IT IS SO ORDERED.**

_____
Henry K. Kennedy, Jr.
United States District Judge