# EXHIBIT C





- Home
- President's Message
- About Us
- Current Students
- Prospective Students
- Enroll Now
- Spanish Department
- Logos Blog
- Logos News
- Logos Bible Software
- Affiliates
- FAQ'S
- Donate Now
- Contact Us

### Can I study from home?
Yes. The State of Florida, by statue and by rule, is not an attendance state, which means that any of Logos' programs of study can be completed from locations other than our main campus. Even postgraduate, doctoral degrees through Logos Graduate School, can be completed without a residency requirement. We recognize that you have a life and a ministry, and want to facilitate the earning of your degree as much as possible.

### Is Logos accredited?
Logos has authorization to grant degrees from the Florida Commission for Independent Education. The degree programs offered through Logos meet all applicable degree granting requirements and are fully registered with the Florida Commission for Independent Education.

<u>Logos does not hold Regional Accreditation, nor is Logos approved by the Federal Department of Education.</u> However, many schools that are so approved have accepted transfer of Logos students.



Logos is approved to educate veterans with disabilities.

### Is my degree or credit from Logos transferable?
Acceptance of transfer credit is always at the discretion of the accepting institution. However, so long as your transfer is within the same discipline

and/or major, the likelihood is greater that credit from courses taken at Logos will be accepted.

For example, if your have earned credits in theology, it is unlikely that you would be able to transfer into a program in the discipline of education.

If you intend to earn an undergraduate degree from Logos and then apply to another institution for admission to a graduate program upon completion, we suggest that you identify that fact in advance so that Logos can coordinate with that institution and assure the maximum transferability of your credit hours. A list of these schools is provided in the catalog.

### Are scholarships available?
First of all, since the tuition charged by Logos is between one-third to two-thirds less expansive than most private schools our size, we have a "built-in scholarship" for all students who are accepted. Logos does offer a ten percent discount on tuition if it is paid in full at the beginning of the program.

Furthermore, every student accepted by Logos is eligible for a guaranteed student loan that covers 100% of their tuition. This loan is funded by Logos and is completely interest free.

For cases of extreme hardship and other special circumstances, feel free to contact the admissions office for additional requests and information.

### What can I do with my degree?
That's a good question! And that is why it is important that you look carefully at the various programs of study available, the requirements for any specific vocation you intend to pursue and your own personal goals.

If you have a call to ministry, Logos' theological programs will prepare you for any avenue of ministry. If you are part of a denomination, you will want to ensure that your particular denomination will accept your degree from Logos as qualification for ordination. If you desire to start or run a business, our business administration classes will assist you in that endeavor. If you intend to enter a licensed vocation, such as counseling or education, you should consider the requirements in your state to determine if Logos' program meets those requirements.

### I am a disabled veteran, what help can I expect with my educational

[Quick Links]

**expenses?**
Logos University is fully approved to offer educational services to disabled veterans. Many of our students who are disabled veterans have had their entire tuition, as well as their books and other educational materials, fully covered by the Agency for Disabled Veterans.

The admissions office will work with you to coordinate your application to the Veteran's Administration for your educational benefits.

**What about student housing?**
Historically, Logos has primarily been a nontraditional and distance learning, having only begun our resident program within the past four years.

Though we have no on-campus dormitories, we are happy to provide prospective students who desire to be a part of our resident program with information on locally available housing upon request.

**What job placement services are available?**
Many of our educational programs involve internships and/or practicums that allow the student to demonstrate their skills and build job experience with potential employers which may lead to offers of employment. Logos University will also assist our graduates in every way possible by means of resume construction, interview preparation and job search assistance and, where necessary, skill remediation.

Since most of our students who have a theological major come to Logos from denominational background and have resources within their denominational structure, we receive relatively few requests for ministerial placement. However, graduates who desire such assistance will be assisted by Logos Global Network, our affiliated ministerial association.

**Can I "upgrade" my Logos Christian College or Logos Graduate School degree to one which is issued by Logos University?**
Yes. However, additional courses of study to fulfill university-level requirements mandated by the State of Florida may be required. Also, you should be aware that all degrees issued by Logos University have a general education requirement which must be satisfied.

Copyright ©2007 Logos Christian College. All rights reserved.
Logos Christian College, 9000 Regency Square Blvd, Jacksonville, FL 32211



# LOGOS
## CHRISTIAN COLLEGE AND GRADUATE SCHOOLS

*"Training Today's Learners to be Tomorrow's Leaders"*

## Philosophy and Statement of Faith

We affirm the Divine inspiration, truthfulness, and authority of both the Old and New Testament Scriptures, in their entirety, as the only written Word of God, without error in all that it affirms, and the only infallible rule of life, faith, and practice.

We also affirm the power of God's Word to accomplish His purpose of salvation. The message of the Bible is addressed to all mankind, for God's revelation in Christ and in Scripture is unchangeable. Through it, the Holy Spirit still speaks today. He illuminates the minds of God's people in every culture to preserve its truth freshly through their own eyes. Jesus Christ is the image of the invisible God, which is to say, He is Himself truly God. He took upon Himself our nature, being conceived by the Holy Spirit and born of the Virgin Mary. He died on the cross as a substitutionary sacrifice for the sins of the world. He arose from the dead in the body in which He was crucified. He ascended into heaven in that glorified body, where He is now, our interceding High Priest.



- Home
- President's Message
- About Us
- Current Students
- Prospective Students
- Enroll Now
- Spanish Department
- Logos Blog
- Logos News
- Logos Bible Software
- Affiliates
- FAQS
- Donate Now
- Contact Us

President's Message



# LOGOS
## CHRISTIAN COLLEGE AND GRADUATE SCHOOLS

*"Training Today's Learners to be Tomorrow's Leaders"*



Greetings in the name of our wonderful Lord and Savior, Jesus Christ!

Logos was founded in 1978 and is a trans-denominational education ministry of Logos Global Network which does not interfere with the local church's life, its discipline, or its doctrinal emphasis.

Although we have over 200 national and international schools of ministry, we also offer individual distance learning programs of study which meets each student's own unique needs.

With the increase in enrollment of mature adults and professionals in career transitions, it is imperative that colleges design educational systems that serve the student and allows them to reach their goals. Now that we have entered the 21st century, we must create learning environments that are people and schedule sensitive, and not locked into traditions of the past. Whether it is the conventional classroom, the intensive weekend seminar, or the individualized self-study program, Logos can accommodate your educational needs.

The International Office of Logos is located in Jacksonville, Florida, and is always available to assist our students. Should you need any additional information or if we can be of service to you, please contact our office at (904) 745-3311, Monday - Friday, 9:00 AM -5:00 PM EST. You can also fax us at (904)

- Home
- President's Message
- About Us
- Current Students
- Prospective Students
- Enroll Now
- Spanish Department
- Logos Blog
- Logos News
- Logos Bible Software
- Affiliates
- FAQS
- Donate Now
- Contact Us

President's Message



**743-8866, or e-mail us at info@logos.edu.**

**Come and join with us as we learn together.**

**Because of Him,**

**Dr. Charles Travis**
**President**



# LOGOS
## CHRISTIAN COLLEGE AND GRADUATE SCHOOLS

*"Training Today's Learners to be Tomorrow's Leaders"*

## Admission Requirements

- Students must be committed to the absolute Lordship of Christ, through an ongoing relationship with Him, and by a desire to reach greater maturity in Him, in full obedience to His will.
- A copy of a high school diploma, or its equivalent, for entrance into the College at the undergraduate level.
- A copy of a bachelor's degree or equivalent, for entrance into all levels of the graduate programs.
- Original and sealed official transcripts from all previous learning institutions, including high school, sent directly to Logos.
- Students are to be actively involved in a local church.
- Admission to Logos is subject to approval by the Admissions Committee.



Home | President's Message | About Us | Current Students | Prospective Students | Enroll Now | Spanish Department | Logos Blog | Logos News | Logos Bible Software | Affiliates | FAQ'S | Donate Now | Contact Us