# EXHIBIT D


DEPOSITION EXHIBIT
Exh. 2

Rev. **Reginald D. Randolph**, MA, LPC, CSOTS
Wisdom Ministries

3108 Ladova Way
Springdale, Maryland 20774
Phone: 301-773-4133   Fax

# INVOICE

DATE: 7/24/06

TO:

FOR: Spiritual Counseling / Crisis Counseling

Re: George Banks

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| (2003) | | | |
| Spiritual Counseling (7-21-03) | 1hr 5 min | 150.00 | 150.00 |
| Spiritual Counseling (8-7-03) | 1 hr | 125.00 | 125.00 |
| Spiritual Counseling (8-18-03) | 50 mins | 100.00 | 100.00 |
| " (9-17-03) | 1 hr. | 100.00 | 100.00 |
| Spiritual Counseling (10-2-03) | 45 mins | 100.00 | 100.00 |
| Spiritual Counseling (11-3-03) | 1 hr | 100.00 | 100.00 |
| (2004) | | | |
| Fri. January 9, 2004 Spiritual Counseling | 1 hr 20 | 100.00 | 100.00 |
| Mon. January 26, 2004 Spiritual Counseling | 1 hr | 100.00 | 100.00 |
| Spiritual/Crisis Counseling (2-16-04) | 55 mins | 55.00 | 100.00 |
| Spiritual/Crisis Counseling (3-24-04) | 45 mins | 90.00 | 90.00 |
| Spiritual/Crisis Counseling (4-23-04) | 1 hr | 100.00 | 100.00 |
| Crisis/Spiritual Counseling (5-12-04) | 1 hr | 100.00 | 100.00 |
| Spiritual Counseling (5-31-04) | 30 mins | 50.00 | 50.00 |
| No meet in June, 2004 | | | |
| | | TOTAL | 1,315.00 |

Make all checks payable to: **Reginald D. Randolph** LPC MA CSOTS
Wisdom Ministries

**Reginald D. Randolph**, MA LPC, CSOTS          INVOICE
/WISDOM MINISTRIES

3108 Ladova Way
Springdale, Maryland 20774
Phone: 301-773-4133   Fax

DATE: 7/24/06

TO:                    FOR: SPIRITUAL COUNSELING
                            CRISIS Counseling

Re. MR. GEORGE BANKS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SPIRITUAL/CRISIS Counseling (7-2-04) | 1.0 | 100.00 | 100.00 |
| SPIRITUAL COUNSELING (7-19-04) | 1.0 | 50.00 | 50.00 |
| SPIRITUAL COUNSELING (8-27-04) | 40 mts | 50.00 | 50.00 |
| " Counseling (9-24-04) | 45 mts | 50.00 | 50.00 |
| 10-28-04 Counseling (Spiritual) | 43 mts | 50.00 | 50.00 |
| NO MEETING/SESSION / NOV 2004 | | | |
| CRISIS Counseling/SPIRITUAL Counseling (12-15-04) | 41 mts | 50.00 | 50.00 |
| SPIRITUAL Counseling (1-11-05) | 30 mts | 50.00 | 50.00 |
| CRISIS/SPIRITUAL Counseling (2-19-05) | 30 mts | 50.00 | 50.00 |
| SPIRITUAL Counseling (3-23-05) | 40 mts | 50.00 | 50.00 |
| " " (4-30-05) | 30.00 | 50.00 | 50.00 |
| "SPIRITUAL COUNSELING" (5-24-05) | 32.00 | 50.00 | 50.00 |
| SPIRITUAL Counseling (6-29-05) | 30.00 | 50.00 | 50.00 |
| SPIRITUAL COUNSELING (7-22-05) | 30 mts | 50.00 | 50.00 |
| SPIRITUAL Counseling (8-15-05) | 30 mts | 50.00 | 50.00 |
| | | TOTAL | 750.00 |

Make all checks payable to: Reginald D. Randolph
WISDOM MINISTRIES

**Reginald D. Randolph**, MA LPC, CSoTS

3108 Ladova Way
Springdale, Maryland 20774
Phone: 301-773-4133   Fax

TO:

FOR: Spiritual Counseling
Crisis Counseling

# INVOICE

DATE: 7-24-06

Re: George Banks

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SPIRITUAL COUNSELING (9-26-05) | 30 mnts | 50.00 | 50.00 |
| SPIRITUAL Counseling (10-13-05) | 32 mnts | 50.00 | 50.00 |
| SPIRITUAL Counseling (11-19-05) | 38 (40.00) | 50.00 | 50.00 |
| SPIRITUAL Counseling (12-12-05) | 35 mnts | 50.00 | 50.00 |
| Spiritual Counseling (2-10-06) | 30 mnts | 50.00 | 50.00 |
| Spiritual Counseling (3-20-06) | 38 (40) | 50.00 | 50.00 |
| Spiritual Counseling (5-22-06) | 30 mns | 50.00 | 50.00 |
| Spiritual Counseling (6-21-06) | 30 mnt | 50.00 | 50.00 |
| Spiritual Counseling (7-7-06) | 30 mnts | 50.00 | 50.00 |
| | | TOTAL | 450.00 |

Make all checks payable to: **Reginald D. Randolph**   LPC

Grand Total of $ 2,515.00