IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon due consideration of Bank of America, N.A.'s Motion in Limine to Exclude Testimony of Minister Reginald Randolph and to Exclude Evidence Relating to any Damages Claimed as a Result of Counseling Received from Minister Randolph ("Motion"), any opposition thereto and any hearing thereon, it is the _____ day of _____, 2008; hereby

ORDERED that Bank of America, N.A.'s Motion be, and the same hereby is, GRANTED; it is further

ORDERED that Minister Reginald Randolph is precluded from testifying to or offering any expert opinions at trial regarding the mental health of Plaintiff, George Banks or offering any testimony regarding to the cause of his mental health; and it is further

ORDERED that the billing records and other evidence related to Plaintiff's damages arising from his counseling with Minister Reginald Randolph and any testimony based upon or regarding the same is inadmissible at the trial in this matter.

**IT IS SO ORDERED**

_____
Henry K. Kennedy, Jr.
United States District Judge