# EXHIBIT A

ITEMIZATION OF DAMAGES
OUT OF POCKET COSTS
**Hospital costs**
$777.49
$340.00
$50.00
$198.00 (Emergency Medicine Associates)

**Prescription medication**
$41.00

**Comprehensive Rehab. Services**
$497.50

**Private Physician**
$50.00
$110.00
$140.00
$50.00
$85.00

**Rev. Randolph**
**Counseling and Dr. Nana Expenses thus far**-approximately $9400 ($200 per month)

**Transportation expenses (for visits to Randolph and Dr. Nana)**- approximately $450.00

COMPENSATORY DAMAGES
in excess of $400,000.00 for embarrassment, humiliation, fear, mental anguish, ongoing trauma and depression.  See Jury Instruction 13.2

PAIN AND SUFFERING

PUNITIVE DAMAGES
$750,000.00 (gross negligence and violation of 42 U.S.C. 1981