# EXHIBIT B

```
                                                              Page 1
 1           IN THE UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MARYLAND

 3    - - - - - - - - - - - -x

 4    GEORGE BANKS              :

 5           Plaintiff          :

 6       vs.                    :   Case No.

 7    BANK OF AMERICA, N.A.,    :   05-CV-01688

 8           Defendants         :

 9    - - - - - - - - - - - - x

10

11

12           The deposition of George Banks was held on

13    Monday, July 17, 2006, commencing at 9:40 a.m., at

14    Hamilton & Hamilton, LLP, 1900 M Street, Suite 410,

15    Washington, D.C.  20036, before Okeemah S. Henderson,

16    LSR, Notary Public.

17

18

19

20

21    REPORTED BY: Okeemah S. Henderson
```

Page 74

1  A.  I can't remember.
2  Q.  Morning, afternoon, evening?
3  A.  I can't remember.
4  Q.  So that would have been Sunday the
5  next day?
6  A.  Yes.
7  Q.  Did you go to work on Monday?
8  A.  No.
9  Q.  How did you get to Adventist the next
10 day?
11 A.  Someone drove me there.
12 Q.  Do you remember who it was?
13 A.  I can't remember.
14 Q.  What happened at Adventist?
15 A.  I went to the emergency and they gave
16 me treatment, they held me there for a while, they do
17 X-ray, check my neck and everything.
18 Q.  Was there -- were you told that there
19 was anything wrong with you? Was there a diagnosis
20 given to you?
21 A.  Yes.

Page 75

1  Q.  And what was that?
2  A.  I don't remember.
3  Q.  Were you given any painkillers or any
4  pills at the time?
5  A.  Yes.
6  Q.  Do you recall what they were?
7  A.  I can't remember.
8  Q.  Do you know what they were for?
9  A.  For my pain. For my whatever injury I
10 have.
11 Q.  After you went to Adventist, did you
12 then go for follow up treatment anywhere?
13 A.  With my doctor.
14 Q.  Dr. Nana?
15 A.  Yes.
16 Q.  What did Dr. Nana do for you?
17 A.  Whatever prescription they gave from
18 the emergency, he continue the process up to today.
19 Q.  Did you receive treatment from any
20 other doctors or health care providers with regard to
21 the injuries that you say you sustained on June 15th

Page 76

1  of 2002?
2  A.  Dr. Nana send me to a therapist and
3  that's about it.
4  Q.  What kind of therapist?
5  A.  I think it's physical -- I'm not
6  quite sure.
7  Q.  Physical therapist?
8  A.  I guess so.
9  Q.  Do you know how many times you went to
10 a physical therapist?
11 A.  I can't remember.
12 Q.  Are you still going to a physical
13 therapist?
14 A.  No, I'm not.
15 Q.  And you said your pain has not
16 resolved; is that right?
17 A.  Yes.
18 Q.  You said earlier at the beginning of
19 the deposition that you were seeing -- you didn't say
20 whether it was a psychologist or psychiatrist. Are
21 you seeing anyone, any other doctors?

Page 77

1  A.  Yes. Not a doctor.
2  Q.  Who were you seeing?
3  A.  Counselor.
4  Q.  Who is that?
5  A.  Minister Reginald Randolf.
6  Q.  I'm sorry?
7  A.  Randolf.
8  Q.  Where is Ms. Randolf's office?
9  A.  Mr. Minister.
10 Q.  Well, you said Minister Regina
11 Randolf. Is it a woman?
12     MR. TEMPLE: Objection. It's
13 Reginald.
14 A.  No. It's a man.
15 Q.  Oh, Reginald?
16 A.  Yes.
17     BY MS. FREDERICK:
18 Q.  I'm sorry. Where is Mr. Randolf's
19 office. Is he associated with the church?
20     MR. TEMPLE: You got two questions.
21 Which one?

20 (Pages 74 to 77)

Page 78

1   BY MS. FREDERICK:
2   Q.   I'm sorry. Where is his office, do
3   you know?
4   A.   7705 Georgia Avenue, Northwest,
5   Washington, D.C.
6   Q.   Is he associated with a church?
7   A.   Yes.
8   Q.   What church is that?
9   A.   Church of God.
10  Q.   Are you in his congregation?
11  A.   No.
12  Q.   So how did you get to -- how did you
13  find Minister Randolf to help you?
14  A.   He has a counseling service.
15  Q.   And who referred you to Mr. Randolf's
16  counseling service?
17  A.   A friend of mine.
18  Q.   Was it a doctor that referred you?
19  A.   My doctor actually told me to do that,
20  to go to counseling.
21  Q.   What doctor told you to go to

Page 79

1   counseling?
2   A.   Dr. Nana.
3   Q.   When did you first go to Minister
4   Randolf's for counseling?
5   A.   On or about -- end of about 2003,
6   2004.
7   Q.   Okay. I don't understand.
8   A.   The ending part of 2003 towards 2004.
9   Q.   How long did you -- are you still in
10  counseling with Minister Randolf?
11  A.   I see him once every month sometimes
12  twice depending on the schedule.
13  Q.   Is it your testimony that you're
14  seeing Minister Randolf for because of problems that
15  arose with regard to the incident that occurred on
16  June 15th of 2002?
17  A.   Yes.
18  Q.   Are you paying Minister Randolf for
19  his services?
20  A.   Yes.
21  Q.   Do you know how much you've paid him

Page 80

1   for your services?
2   A.   I have to look.
3   Q.   Do you know whether your lawsuit
4   encompasses any damages for medical expenses or
5   counseling services?
6   A.   I don't know.
7        MS. FREDERICK: Well, I just request
8   that we get some information about Minister Randolf.
9   Why he's going there and how much if anything you're
10  claiming with regard to payment for his services.
11       MR. TEMPLE: Okay.
12       BY MS. FREDERICK:
13  Q.   Other than Minister Randolf, are you
14  seeing any other counselors, psychiatrists, doctors
15  or anyone else with regard to any injuries that you
16  might have incurred on June 15th of 2002?
17  A.   No.
18  Q.   Who is Dr. Cedric Pokie-Dankwah?
19  A.   He owns the clinic that Dr. Nana works
20  at.
21  Q.   He's also a doctor?

Page 81

1   A.   Yes.
2   Q.   Did he ever see you?
3   A.   No.
4   Q.   And does Comprehensive Rehabilitation
5   Services ring a bell?
6   A.   Yes.
7   Q.   Is that your physical therapy?
8   A.   Yes.
9   Q.   Your answer to interrogatory No. 19
10  which requested information regarding medical
11  attention that you've received for injuries that
12  stemmed from the lawsuit, from the incident says that
13  you went to Comprehensive Rehabilitation Services
14  from August 14th of 2002 to August 22nd of 2002, so
15  about a week. Does that sound accurate?
16  A.   It's possible.
17  Q.   Do you know how long you went to
18  physical therapy, whether it was longer than a week?
19  A.   I can't recall.
20  Q.   Do you know why you went to physical
21  therapy so long after the incident, almost two