IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE BANKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-CV-01688-HHK |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon due consideration of Defendant, Bank of America, N.A.'s Motion in Limine to Exclude Evidence and Testimony of Certain Damages Claimed by Plaintiff and to Exclude any Testimony Vincent Jones or any Other Medical or Mental Health Care Professional Not Disclosed in Discovery ("Motion"), any opposition thereto, and any hearing thereon, it is this _____ day of _____ 2008, hereby

ORDERED that the Motion be, and the same hereby is, GRANTED; it is further

ORDERED that Plaintiff is barred from offering any testimony and/or evidence of damages that flow from any physical or mental injuries or damages sustained by the Plaintiff as a direct result of his arrest by an off duty D.C. police officer on June 15, 2002; it is further

ORDERED that Plaintiff is barred from calling as a witness Dr. Vincent Jones or offering any testimony and/or evidence related to Dr. Jones or from any other medical or mental health care professional not previously identified in discovery in this case.

IT IS SO ORDERED.

_____
Henry H. Kennedy, Jr.
United States District Judge