# EXHIBIT A

## Temple Law Offices

1229 15TH STREET, N.W.
WASHINGTON, D.C. 20005

TELEPHONE (202) 628-1101
FACSIMILE (202) 628-1149

July 21, 2006

By Facsimile
Tessa L. Frederick, Esq.
10 Light Street
Baltimore, MD 21202-1487

Re: **George Banks vs. Bank of America, N.A.**

Dear Tessa:

I am in receipt of your letter of July 19, 2006. We are concerned that you did not make us aware sooner that the supplemented responses to your client's interrogatories were insufficient or objectionable. We submitted our supplemented responses in mid-June, and we expressly asked you after the depositions of July 17, 2006, whether there were any further concerns regarding the discovery responses we submitted to you, to which you replied in the negative with the exception of the estimation of actual damages. The decidedly hostile tone of your letter conflicts with your aforementioned response, to say the least.

To your concern regarding the actual damages, we responded that they would not entail economic losses. Our client's losses include his expenses for hospital and doctor's visits, and psychological counseling costs he has incurred as a result of harm he suffered in the incident of June 15, 2002. We will provide you with an estimation of expenses in our supplemented Responses to Defendant's Requests for Production of Documents of the doctor's visits and counseling costs as soon as we receive the same from Dr. Eric Nana and Rev. Reginald Randolph.

Moreover, following your deposition of our client on July 17, 2006, we acknowledged that we needed to provide you with additional information regarding the exact interrogatories you mention in your letter of July 19, 2005. We are in the process of further supplementing our client's interrogatory responses, and we will both fax and e-mail you the supplemented responses on the 21st of this month. The additional documents in response to your client's Request for Production of Documents will be sent to you by first class mail.

Thank you in advance for your cooperation. Should you have any questions, please feel free to call me at (202) 628-1101.

Respectfully,

Donald M. Temple