# EXHIBIT B



1229 15TH STREET, N.W.
WASHINGTON, D.C. 20005

TELEPHONE (202) 628-1101
FACSIMILE (202) 628-1149

October 5, 2006

By Facsimile
Tessa L. Frederick, Esq.
10 Light Street
Baltimore, MD 21202-1487

Re: **George Banks vs. Bank of America, N.A.**

Dear Tessa:

I am in receipt of your letter of August 11, 2006 as well as your facsimile of September 28, 2006. The following is submitted in response to your concerns.

On September 22, 2006, I faxed to you a Proposed Stipulated Protective Order for submission of the plaintiff's tax and wage earnings records. You stated in your letter of August 11, 2006, that you would consent to a Stipulated Protective Order. While I appreciate the time and effort you put into composing an entirely new draft, I would suggest, for the sake of efficiency, that we integrate our revisions into one draft, which is attached. We must receive your consent to the proposed order before we can submit the tax and wage earnings documents you have requested.

Regarding our client's damages, I stated, following the depositions of Roxanna Fuentes and Valentina Elebesunu, that our client would not be claiming economic losses in his damages. I stated the same in our response letter to you on July 21, 2006.

In our letter to you on July 21, 2006, I informed you that our client's losses include his expenses for hospital and doctor's visits, and psychological counseling costs that he has incurred as a result of harm he suffered in the incident of June 15, 2002. We provided you with an estimation of those expenses in our supplemental Responses to Defendant's Requests for Production of Documents. We are resubmitting by first class mail the documents originally submitted in estimation of expenses in response to your Requests for Production of Documents. Please refer to Civil Jury Instruction 13.2 should you need any further clarification regarding any further basis for compensatory damages.

Thank you in advance for your cooperation. Should you have any questions, please feel free to call me at (202) 628-1101.

Respectfully,

Donald M. Temple

response letter to T. Frederick's 8/11 letter and 9/28
Revised Protective Order