# EXHIBIT C

## 2005 CA 004542 B BANKS, GEORGE Vs. BANK OF AMERICA

| File Date | 06/15/2005 | Case Status | Closed | Case Status Date | 06/15/2005 |
|---|---|---|---|---|---|
| | | Case Disposition | Notice of Removal To USDC | Case Disposition Date | 10/04/2005 |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| BANKS, GEORGE | | PLAINTIFF | TEMPLE, Mr DONALD M | (202)628-1102 |
| BANK OF AMERICA | | Defendant | | |

### Financial Entries

| Receipt # | Date | Received From | | Amount Paid |
|---|---|---|---|---|
| 3047 | 06/15/2005 | TEMPLE, Mr DONALD M | | 120.00 |
| | **Payment** | | **Fee** | |
| | Check | 120.00 | Cost | 120.00 |

### Docket Entries

| Date | Text |
|---|---|
| 08/25/2005 | Notice of Hearing Mailed Next Business Day Notice Of Removal Sent on: 08/25/2005 10:25:39 |
| 08/25/2005 | Notice of Removal to USDC For District of Columbia ref#05CV1688HHK |
| 08/25/2005 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 09/16/2005 at 9:30 am has been resulted as follows: Result: Event Cancelled |
| 08/23/2005 | Praecipe Filed: |
| 08/15/2005 | Praecipe Filed Noting that the Parties Agreed to a One Time Extension of not more than 20 Days within in which to Plead or Ortherwise Respond Pursuant to Super. Ct. Civ. R. 55(a)(2) GEORGE BANKS (PLAINTIFF); BANK OF AMERICA (Defendant); |
| 08/05/2005 | Proof of Service Method : Service Issued Issued : 06/16/2005 Service : Summons Issued Served : 07/25/2005 Return : 08/05/2005 On : BANK OF AMERICA Signed By : Reason : Proof of Service Comment : Tracking #: 5000001840 |
| 08/05/2005 | Affidavit of Service of Summons & Complaint on BANK OF AMERICA (Defendant); |
| 06/16/2005 | Issue Date: 06/16/2005 Service: Summons Issued Method: Service Issued Cost Per: $ BANK OF AMERICA 100 North Tyron Street CHARLOTTE, NC 28255 Tracking No: 5000001840 |
| 06/15/2005 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 09/16/2005 Time: 9:30 am Judge: KRAVITZ, NEAL E. Location: Courtroom 415 |
| 06/15/2005 | Complaint for Negligence Filed Receipt: 3047 Date: 06/15/2005 |