# EXHIBIT A

## Temple Law Offices

1229 15TH STREET, N.W.
WASHINGTON, D.C. 20005

TELEPHONE (202) 628-1101
FACSIMILE (202) 628-1149

July 21, 2006

<u>By Facsimile</u>
Tessa L. Frederick, Esq.
10 Light Street
Baltimore, MD 21202-1487

Re:   <u>George Banks vs. Bank of America, N.A.</u>

Dear Tessa:

I am in receipt of your letter of July 19, 2006. We are concerned that you did not make us aware sooner that the supplemented responses to your client's interrogatories were insufficient or objectionable. We submitted our supplemented responses in mid-June, and we expressly asked you after the depositions of July 17, 2006, whether there were any further concerns regarding the discovery responses we submitted to you, to which you replied in the negative with the exception of the estimation of actual damages. The decidedly hostile tone of your letter conflicts with your aforementioned response, to say the least.

To your concern regarding the actual damages, we responded that they would not entail economic losses. Our client's losses include his expenses for hospital and doctor's visits, and psychological counseling costs he has incurred as a result of harm he suffered in the incident of June 15, 2002. We will provide you with an estimation of expenses in our supplemented Responses to Defendant's Requests for Production of Documents of the doctor's visits and counseling costs as soon as we receive the same from Dr. Eric Nana and Rev. Reginald Randolph.

Moreover, following your deposition of our client on July 17, 2006, we acknowledged that we needed to provide you with additional information regarding the exact interrogatories you mention in your letter of July 19, 2005. We are in the process of further supplementing our client's interrogatory responses, and we will both fax and e-mail you the supplemented responses on the 21st of this month. The additional documents in response to your client's Request for Production of Documents will be sent to you by first class mail.

Thank you in advance for your cooperation. Should you have any questions, please feel free to call me at (202) 628-1101.

Respectfully,

Donald M. Temple

## Temple Law Offices

1229 15TH STREET, N.W.
WASHINGTON, D.C. 20005

TELEPHONE (202) 628-1101
FACSIMILE (202) 628-1149

October 5, 2006

By Facsimile
Tessa L. Frederick, Esq.
10 Light Street
Baltimore, MD 21202-1487

Re:   **George Banks vs. Bank of America, N.A.**

Dear Tessa:

I am in receipt of your letter of August 11, 2006 as well as your facsimile of September 28, 2006. The following is submitted in response to your concerns.

On September 22, 2006, I faxed to you a Proposed Stipulated Protective Order for submission of the plaintiff's tax and wage earnings records. You stated in your letter of August 11, 2006, that you would consent to a Stipulated Protective Order. While I appreciate the time and effort you put into composing an entirely new draft, I would suggest, for the sake of efficiency, that we integrate our revisions into one draft, which is attached. We must receive your consent to the proposed order before we can submit the tax and wage earnings documents you have requested.

Regarding our client's damages, I stated, following the depositions of Roxanna Fuentes and Valentina Elebesunu, that our client would not be claiming economic losses in his damages. I stated the same in our response letter to you on July 21, 2006.

In our letter to you on July 21, 2006, I informed you that our client's losses include his expenses for hospital and doctor's visits, and psychological counseling costs that he has incurred as a result of harm he suffered in the incident of June 15, 2002. We provided you with an estimation of those expenses in our supplemental Responses to Defendant's Requests for Production of Documents. We are resubmitting by first class mail the documents originally submitted in estimation of expenses in response to your Requests for Production of Documents. Please refer to Civil Jury Instruction 13.2 should you need any further clarification regarding any further basis for compensatory damages.

Thank you in advance for your cooperation. Should you have any questions, please feel free to call me at (202) 628-1101.

Respectfully,

Donald M. Temple

response letter to T. Frederick's 8/11 letter and 9/28
Revised Protective Order