IN THE UNITED STATES DISTRICT COURT FOR THE COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| **George Banks** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-CV-01688 |
| | ) | |
| **Bank of America** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**LINE**

Plaintiff, by and through undersigned counsel, withdraws the Pretrial Statement filed on March 31, 2008.

Respectfully submitted

 /Donald M. Temple/
Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, DC 20005
202-628-1101
202-628-1149 (fax)