**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

|   |   |   |
|---|---|---|
| **GEORGE BANKS** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-01688 |
| **BANK OF AMERICA, N.A.** | ) | |
| Defendant. | ) | |

**PRAECIPE**

Will the Clerk of this Honorable court please dismiss the above captioned case without prejudice. Upon execution of settlement agreement, within fifteen (15) days, the parties will dismiss with prejudice.

Respectfully submitted,

/Donald M. Temple/
Donald M. Temple, Esq.
TEMPLE LAW OFFICES
1229 15TH Street, N.W.
Washington, D.C. 20005
202-628-1101
202-628-1149 (fax)
Templelaw@aol.com

Case 1:05-cv-01688-HHK    Document 65    Filed 04/04/2008    Page 2 of 2