UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE BANKS,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**BANK OF AMERICA, N.A.,**<br><br>　　　　　　**Defendant.** | Civil 05-01688 (HHK) |

**ORDER**

A praecipe has been filed informing this court that the parties have reached a settlement of this action.

ACCORDINGLY, it is this 4th day of April, 2008, hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for twenty days to permit the parties to finalize their settlement; and it is further

**ORDERED** that the Clerk of the Court shall accept for docketing a praecipe that is filed within twenty days of the docketing of this order that dismisses this case with prejudice; and it is further

**ORDERED** that either party may file a praecipe with the Clerk of the Court within twenty days from entry of this Order to reinstate this case; and it is further

**ORDERED** that if neither party moves to reopen this case within twenty days, it shall be **DISMISSED WITH PREJUDICE** without further order of the court.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge